CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK: PART B

|  |  |
|---|---|
| JOYCE CULVER, LUZ D. LAUREANO, ARTHUR SOUFFRONT JR., LUCAS R. FERNANDEZ, JAD AYOUJIL, RASHED AL QUDAH, JOSE ALFONSO, SUDCHAI BOONMEE, MARGARET WARGO, PETER WARGO, MARLAINE WAIDE, RENA MILLER DEVEZA, NICOLE RUIMY, BEVERLY SHENKMAN, GERARD W. CARACCIOLI, PAUL J. CASALE, DAVID JOHNSON, MARIE GRACE WILLIAMS, MICHAEL KAHN, TONY CANDELA, SALLY WILFERT, MARK SETLOCK, JILL COOPER, and SAMANTHA KUGLER, | Index No. 6118/19 |
| Petitioners-Tenants, | |
| — against — | STIPULATION and CONSENT ORDER |
| 230 W 107STREET LLC, MICHAEL GOLD, PESACH MILLER, ARCHROCK GROUP, and DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, | |
| Respondents-Owners. | |

Premises:    230 West 107th Street
New York, New York 10025

Upon reading the Order to Show Cause, filed June 20, 2019, the affirmation/ affidavit of petitioner, and the petitioner and respondent DHPD having appeared and no one having appeared in opposition,

Now, on motion of petitioner and DHPD for an order, and such motion having been heard by me on July 19, 2019.

IT IS HEREBY FOUND:

1.   That the respondents were properly served.

2.   Attached is a list of the violations issued by the Department of Housing Preservation and Development and by the Department of Buildings. Also attached is Schedule A which contains additional conditions that petitioners claim require correction.

IT IS HEREBY ORDERED as follows:

a)   Tenant Samantha Kugler (Apt. 1K) is individually added as petitioner in this proceeding.  The caption is amended to reflect their inclusion.

b) The respondents 230 W 107 Street LLC, Michael Gold, Pesach Miller, and Archrock Group shall correct all HPD violations, DOB violations, under the following schedule:

c) The respondents shall correct all violations listed in the inspection report and on Schedule A and classified as "B" and "C" (hazardous) violation within 60 days of the date of service of this order, or be subject to civil penalties of $25-$100 per violation plus $10 per day per violation, said penalty to accrue from the end of the period set for compliance until the violation is corrected.

d) The respondents shall correct all violations listed in the inspection report and on Schedule A and classified as "A" (non-hazardous) violations within 90 days of the date of service of this order, or be subject to civil penalties of $10-$50, said penalty to accrue commencing at the end of the period for compliance.

e) Respondent owners shall correct the outstanding violations issued by the Department of Buildings as follows:

i. If the violation can be corrected without filing plans, respondent owners shall correct the violation within 60 days;

ii. If the violation requires the filing of plans, respondent owners shall file plans and applications within 60 days, and shall have until 6 months fron the date of this consent order to correct the violation; if the department of buildings does not approve the filed plans and applications, respondent owners shall diligently address any issue raised by the department, so the violations can be corrected within 6 months from the date of this consent order.

f) Tenants shall provide access on three days' written notice from respondents in advance of requested access. Work to take place between 9 a.m. and 5 p.m. weekdays, however, if the respondents' workers do not arrive by 12 p.m. noon, tenant need not remain in the apartment to provide access. In the event that a worker should fail to appear, or tenant should fail to provide access, notice shall be given promptly to opposing counsel by email, who shall attempt to resolve the issue.

g) As to violations pertaining to concealed water leaks, respondents shall present proof to court of all steps taken to correct said condition if proceeding is restored to the court calendar.

h) Failure by the respondents 230 W 107 Street LLC, Michael Gold, Pesach Miller, and Archrock Group, to correct violations listed on the inspection report and on Schedule A within the time periods required herein shall subject them to the contempt power of the Court. Petitioners shall be subject to comtempt for failure to provide access.

i)   Respondents shall replace all individual apartment heating systems to provide petitioners with central heat as required by the Housing Maintenance Code by October 1, 2019, unless the appropriate city department authorizes the individual apartment systems as provided by the Hoiusing Maintenance Code by that date.

j)   Attorneys acknowledge service of this order on behalf of their clients.

k)   This court will retain continuing jurisdiction over this mater.

l)   This proceeding may be restored to the calendar of the Housing Part where this order was signed to obtain a hearing on the issue of civil penalties, and a continuing order to correct the violations enumerated on Schedule A, and inspection report of this order, and such other and further relief, as the court deems just and proper by filing notice with the Clerk of the Housing Pat, Civil Court of the City of New York, 111 Centre Street, New York, New York, and by then mailing copies of said notice to all parties, including any attorney who may appeared for any party, at least (8) days prior to the date on which the proceeding will appear on the calendar, at the address listed below.

m) Petitioners' claim for attorneys' fees is reserved.

[signatures on the following page]

We hereby consent to the entry of the above Order and Notice of Violation.

Dated: August 9, 2019

KELLNER HERLIHY GETTY & FRIEDMAN, LLP

By: _Douglas A Kellner_

　　　Douglas A. Kellner

*Attorneys for Petitioners*
470 Park Avenue South, 7ᵗʰ Floor
New York NY 10016-6819
Telephone: (212) 889-2121
Email: dak@khgflaw.com

LAW OFFICE OF TODD ROTHENBERG, ESQ.

By: _____

　　　Todd Rothenberg

*Attorneys for Respondents-Owners*
271 North Avenue, Suite 115
New Rochelle NY 10801
Telephone: (914) 235-7234
Email: todd@trothenbergesq.com

DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT OF THE CITY OF NEW YORK

By: _____  VALENTINE J. MORETTI
100 Gold Street, 6ᵗʰ Floor
New York, New York 10038

SO ORDERED:

_____

Hon. Jack Stoller
Judge of the Housing Court

We hereby consent to the entry of the above Order and Notice of Violation.

Dated: August 9, 2019

KELLNER HERLIHY GETTY & FRIEDMAN, LLP

By: _____
     Douglas A. Kellner
*Attorneys for Petitioners*
470 Park Avenue South, 7ᵃ Floor
New York NY 10016-6819
Telephone: (212) 889-2121
Email: dak@khgflaw.com

LAW OFFICE OF TODD ROTHENBERG, ESQ.

By: _____
     Todd Rothenberg
*Attorneys for Respondents-Owners*
271 North Avenue, Suite 115
New Rochelle NY 10801
Telephone: (914) 235-7234
Email: todd@trothenbergesq.com

DEPARTMENT OF HOUSING PRESERVATION AND
DEVELOPMENT OF THE CITY OF NEW YORK

By: _____

100 Gold Street, 6ᵃ Floor
New York, New York 10038

SO ORDERED:

_____
     Hon. Jack Stoller
Judge of the Housing Court

**230 West 107th Street**

| Tenant | Apt. # | Location | Condition |
|---|---|---|---|
| Luz O. Loreano | 4I | Entrance door | • There is over ½ gap under door. Roaches, water bugs & mice have entered through the gap. |
| | | Hallway | • Light fixture does not work properly. The light string has to be pulled constantly before it remains on, the string also needs to be replaced.<br>• Intercom is not working properly. |
| | | Kitchen | • Some tiles are loose.<br>• Shelves in cabinet are not anchored properly. Some shelves are bowing.<br>• Fridge still has remnants of rat nest in the back, fridge also leaks on bottom and light bulb inside needs to be replaced (the whole fridge should be replaced because of rat's nest).<br>• Rat fecal matter on stove and oven and under oven. Stove should be replaced.<br>• Wood piece under sink that was taken out to catch rat needs to be put back |
| | | Livingroom | • Pipe needs cover on top. It is always raining grit and cement pieces, especially when pipes expand and contract.<br>• Two electrical sockets do not work.<br>• Floor has not been treated in over 30 years. Many loose slats, wood is rough, always getting splinters, needs to be sanded and polyed.<br>• Light switch does not work<br>• Wall sources do not work properly |
| | | Alcove | • Electrical socket does not work<br>• Light fixture does not work<br>• Light switch does not work<br>• Floor needs to be sanded and |

| | | | • polyed |
|---|---|---|---|
| Tennant | Apt. # | Location | • Condition |
| Arthur Souffront | 1F | Bedroom | • Rats can be heard in the walls |
| | | Bathroom | • Mold |
| Lucas E. Fernandez & Rashed Al Qudah & Jad Ayoujil | LL2 | Whole apartment | • More than 50% underground<br>• No proper fire exit (very small window)<br>• Rats in walls and ceiling |
| | | Bathrooms and Kitchen | • Cockroach infested |
| Jose Alfonso | 1D | Bathroom | • The outer glass of the double glass window in the bathroom has been partially broken for a long time and mold has accumulated in the borders between glasses |
| Joyce Culver | 6H | Entire Apartment | • Has not been painted in 9 years |
| | | Ceiling | • Cracks in hallways ceiling<br>• Cracks in office off living rooms<br>• Cracks in bathroom ceiling<br>• Cracks in bedroom ceiling |
| | | Bathroom/Kitchen | • Hot water not hot enough<br>• Water takes 5-10 minutes to become hot |
| Margaret Wargo Peter | 5F | Bathroom/Kitchen | • Insufficient hot water and water pressure on regular basis<br>• Cockroach infestation |
| | | Bathroom | • Ceiling has holes & loose falling plaster<br>• Mold all around the tub and edges of floor tiles<br>• Floor tiles are missing and moldy-whole floor should be replaced |
| | | Bedroom/Living Room | • Windows do not hang properly<br>• Several window panes need to be replaced due to film between layers |
| | | Paint | • Apt. has not been painted in 6+ years |

| | | | |
|---|---|---|---|
| | | Floors | • Need to be sealed, sanded and polyurethaned |
| | | Entrance door | • Slams too quickly and loudly<br>• Needs to be painted |
| Jill Cooper | 6B | Dining area | • Window needs to be replaced |
| | | Kitchen | • Window needs to be replaced |
| Mark Setlock | 4J | Entire 4th floor | • Rat infestation |
| Tony Candela | 6I | Bathroom/Kitchen | • Water doesn't drain in the sink since moving in<br>• Windows don't stay open<br>• Hot water takes too long to heat up |
| Michael Kaan | 5K | Foyer | • Electric switch sticks, sometimes does not engage when flipped. Has to be flipped 2-3 times to engage |
| | | Kitchen | • Tile floor lifted up and missing |
| | | Apartment | • Needs painting |
| Marlaine Wade | 2B | Basement (common) | • Multiple sightings of rats<br>• Horrible stench |
| | | Bathroom | • Hole in ceiling by heat pipe<br>• Extremely slow drainage in bath tub<br>• Difficult to flush toilet<br>• Loose tiles by bath tub |
| | | Kitchen | • Mouse hole behind stove<br>• Mouse hole behind sink |
| | | Living room | • Mouse hole under radiator |
| | | Bed room | • Mouse hole in corner (next to bathroom)<br>• Floorboards under radiator need repair |
| | | Whole apartment | • All windows difficult to open and close |
| Beverly Shenkman | 1E | Bedroom | • Install radiator (there is none)<br>• Bed bug infestation |
| | | Living room | • Patch up rotted floor boards by radiator |
| | | Bathroom | • Leaky sink & bath tub |
| | | Entrance door | • Lock is loose |

| | | Whole apartment | • Several electrical sockets need repair – open, loose |
|---|---|---|---|
| Gerard W. Caraccioli | 2E | Kitchen | • Rats present through a hole behind the stove |
| | | Bathroom | • Rats scratching and clawing in the bathroom walls |
| | | Bedroom | • Cracks in the wall<br>• Broken French doors leading to balcony<br>• Rotten door frame<br>• Doors fell off in middle of winter<br>• Doors removed for 4 days while trying to be "prepared"<br>• Terrible draft throughout the winter months making the apartment very cold |
| | | Hot water | • Not consistently hot all year<br>• No need for use of cold water tap |
| | | Heat | • Sporadic heat throughout the winter<br>• Multiple periods where tenants had days w/out heat<br>• Heat pole in bathroom has not worked in at least 2 years<br>• Forced to use electrical heaters on many occasions which increased out electricity bill |
| | | Gen. building maintenance | • Filthy laundry rooms/machines<br>• Filthy garbage rooms/chutes<br>• Dirty hallways |
| | | Front door | • Sporadic in closing and locking |
| | | Security cameras | • Low quality, we saw some of the monitors in the basement and you could not determine faces clearly |
| | | Cleanliness | • Students constantly dumping belongings in common areas; from furniture to food |
| Paul J Casale | 3J | Whole apartment | • Needs to be painted (requested for 5 years and told appt. was "on the list")<br>• Mice and roach problems<br>• Floors need sanding & coating |

| | | | |
|---|---|---|---|
| | | Ceilings | • Extensive chipping on ceilings & cracks from numerous floods in the apartment above<br>• Possible mold |
| | | Bathroom | • Heat fixture in bathroom needs replacement or removal – exposed wires |
| Nicole Ruimy | 6E | Bedroom | • Ceiling light fixture/plug has not worked for years (requested calling electrician but was never done)<br>• Big hole near radiator<br>• Crack on the wall |
| | | Bathroom | • Toilet does not flush properly & leaks every time it is flushed<br>• Heat pipe does not work if its freezing during winter |
| | | Kitchen | • Sink cabinet is rotten<br>• Sink will often overflow<br>• Heat pipe does not work |
| | | Whole apartment | • Impossible to lower heat, too hot during winter |

8/1/2019
071119

HPD Building, Registration & Violation       Services --- Select --- ⬦   Home

**The selected address: 230 WEST 107 STREET, Manhattan 10025**

This building has filed records with the <u>New York State Division of Housing and Community Renewal</u> at least one time from 1993 to the present year and may contain one or more regulated apartments.

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|------|-------|-------|-----|----|----|----|----|----|----|----|----|
| 37676 Active | 230-232 | 01878 | 0047 | 7 | 19500 | 6 | 66 | 0 | PVT | 121705 | B |

Other Units
Property Owner
Registration
Information
Charges
Complaint Status
Complaint History
Litigation/Case Status
Tenant Harassment Report
All Open Violations
prior year Open Viol.s
Ecertification
Overdue Lead Paint Viol. Correction
Vacate Orders
I-Card Images
PROS Online
Bed Bugs
Map

THERE IS AN OPEN ORDER TO ORDER TO REPAIR/VACATE ORDER AGAINST THIS PROPERTY

### Building Registration Summary Report

Find Apartment# [        ]   [ Clear ]   [ Search ]

| Owner | Last Reg Dt Reg Expire Dt | Organization | Last Nm | First Nm | House No | Street Nm | Apt | City | State | Zip |
|-------|------|------|------|------|------|------|------|------|------|------|
| Head Officer | 07/24/2019 09/01/2020 | | MILLER | PESACH | 102 | EAST 116 STREET | ST1 | New York | NY | 10029 |
| Corporation | 07/24/2019 09/01/2020 | 230 W 107 STREET LLC | | | 102 | EAST 116 STREET | ST1 | New York | NY | 10029 |
| Managing Agent | 07/24/2019 09/01/2020 | | EDELL | ARI | 102 | EAST 116 STREET | ST1 | New York | NY | 10029 |

### Open Violations - ALL DATES
**There are 173 Violations. Arranged by category:  A class: 51   B class: 83   C class: 37   I class: 2**

For Definitions of the columns indicated below, select glossary under the Services option (located at the upper right).

To sort the columns, click on their underlined headers below in the blue area.

| Apt Story | Reported Date, nov ISSUED Date | Hzrd Class | Order no | Violation ID, NOV ID, NOV Type | Violation Description | Status Status Date | Certify By Date Actual Cert. Date |
|------|------|------|------|------|------|------|------|
| 6F 6 | 2019/07/05 2019/07/09 | B | 508 | 13158647 6534340 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and west wall in the 1st room from east located at apt 6f, 6th story, 1st apartment from west at north | NOV SENT 2019/07/09 | 2019/08/27 |
| 6G 6 | 2019/07/05 2019/07/09 | B | 501 | 13158783 6534339 Original | § 27-2005 adm code properly repair the broken or defective intercom bell and return buzzer system located at apt 6g, 6th story, 2nd apartment from west at north | NOV SENT 2019/07/09 | 2019/08/27 |
| Basement | 2019/07/05 2019/07/09 | C | 672 | 13158783 6534338 Original | § 27-2033 adm code provide ready access to buildings heating system boiler room door locked at basement | NOV CERT 2019/07/10 | 2019/07/22 |
| 2B 2 | 2019/07/01 2019/07/08 | B | 508 | 13152549 6532955 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/08 | 2019/08/26 |
| 2B 2 | 2019/07/01 2019/07/08 | A | 550 | 13152550 6532956 Original | § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling 2 square feet in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOI SENT 2019/07/08 | 2019/10/25 |
| 2B 2 | 2019/07/01 2019/07/08 | B | 502 | 13152551 6532955 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at east wall in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/08 | 2019/08/26 |

| Apt | Dates | Class | Order | ID / Original | Description | Status | Date |
|---|---|---|---|---|---|---|---|
| 5F 5 | 2019/07/03 C 2019/07/08 | | 508 | 13156760 6532143 Original | § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 5f, 5th story, 2nd apartment from north at east | NOI SENT | 2019/08/03 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 529 | 13156792 6532141 Original | § 27-2005 adm code refit the upper sash of the south wall window in the 4th room from north located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 583 | 13156830 6532141 Original | § 27-2026, 2027 hmc: properly repair the source and abate the evidence of a water leak at ceiling in the bathroom located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5F 5 | 2019/07/03 B 2019/07/08 | | 508 | 13156836 6532142 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and east wall in the bathroom located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/08/26 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 502 | 13156871 6532141 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at floor in the bathroom located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 556 | 13156902 6532141 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the kitchen located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 550 | 13156910 6532961 Original | § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling (2 sq ft) in the bathroom located at apt 5f, 5th story, 5th apartment from north at east | NOI SENT | 2019/07/08 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 529 | 13156961 6532141 Original | § 27-2005 adm code refit the upper sash of the south wall window in the 1st room from north located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5F 5 | 2019/07/03 A 2019/07/08 | | 554 | 13156967 6532141 Original | § 27-2005 adm code paint metal in accordance with dept. regulation the apartment door in the entrance located at apt 5f, 5th story, 2nd apartment from north at east | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 502 | 13157003 6532140 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at floor in the bathroom located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 556 | 13157024 6532140 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the bathroom located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 556 | 13157032 6532140 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the 3rd room from north at east located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 556 | 13157041 6532140 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the 2nd room from north located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 556 | 13157044 6532140 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the kitchen located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 554 | 13157053 6532958 Original | § 27-2005 adm code paint metal in accordance with dept. regulation heat riser in the bathroom located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 554 | 13157063 6532958 Original | § 27-2005 adm code paint metal in accordance with dept. regulation heat riser in the foyer located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 506 | 13157071 6532958 Original | § 27-2005 adm code replace with new the missing escutcheon plate at top of riser in the foyer located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 505 | 13157083 6532958 Original | § 27-2005 adm code replace with new the broken or defective base cabinet at sink in the foyer located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5J 5 | 2019/07/03 A 2019/07/08 | | 556 | 13157088 6532140 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department the ceiling and all walls in the foyer located at apt 5j, 5th story, 4th apartment from east at south | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 501 | 13157125 6532138 Original | § 27-2005 adm code properly repair the broken or defective light switch at east wall in the foyer located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 502 | 13157132 6532138 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at floor in the kitchen located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 508 | 13157142 6532957 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the 1st room from north located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 508 | 13157145 6532957 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the private hallway located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 508 | 13157149 6532957 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the kitchen located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT | 2019/10/25 |
| 5K 5 | 2019/07/03 A 2019/07/08 | | 508 | 13157150 | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in | NOV | 2019/10/25 |

| Apt/Story | Dates | Class | No. | ID | Description | Status |
|---|---|---|---|---|---|---|
| 5K 5 | 2019/07/03 2019/07/08 | A | 508 | 13157152 6532957 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the bathroom located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT 2019/07/08 | 2019/10/25 |
| 5K 5 | 2019/07/03 2019/07/08 | A | 508 | 13157153 6532957 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling and all walls in the 4th room from north located at apt 5k, 5th story, 1st apartment from south at west | NOV SENT 2019/07/08 | 2019/10/25 |
| 5K 5 | 2019/07/03 2019/07/08 | C | 568 | 13157157 6532957 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 5k, 5th story, 1st apartment from south at west | NOI SENT 2019/07/08 | 2019/08/03 |
| 6B 6 | 2019/07/03 2019/07/08 | C | 505 | 13157183 6532137 Original | § 27-2005 adm code replace with new the broken or defective glass pane at upper sash window at north wall in the kitchen located at apt 6b, 6th story, 1st apartment from west at north | NOV SENT 2019/07/08 | 2019/07/21 |
| 5F 5 | 2019/07/03 2019/07/08 | A | 556 | 13159025 6532960 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department at ceiling in the bathroom located at apt 5f, 5th story, 5th apartment from north at east | NOV SENT 2019/07/08 | 2019/10/25 |
| 5J 5 | 2019/07/03 2019/07/08 | C | 568 | 13159280 6532960 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 5j, 5th story, 4th apartment from east at south | NOI SENT 2019/07/08 | 2019/08/03 |
| 6F 6 | 2019/07/05 2019/07/08 | B | 508 | 13158633 6532964 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and west wall in the 1st room from east located at apt 6f, 6th story, 1st apartment from west at north | NOV SENT 2019/07/08 | 2019/08/26 |
| 6F 6 | 2019/07/05 2019/07/08 | B | 550 | 13158728 6532965 Original | § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... at ceiling approx 10 square feet in the bathroom located at apt 6f, 6th story, 1st apartment from west at north | NOI SENT 2019/07/08 | 2019/08/26 |
| 6F 6 | 2019/07/05 2019/07/08 | C | 568 | 13158761 6532966 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 6f, 6th story, 1st apartment from west at north | NOI SENT 2019/07/08 | 2019/08/03 |
| Basement | 2019/07/05 2019/07/08 | C | 672 | 13158828 6532963 Original | § 27-2033 adm code provide ready access to buildings heating system boiler room door locked at basement | NOV CERT 2019/07/10 | 2019/07/21 |
| 6H 6 | 2019/07/05 2019/07/08 | B | 508 | 13158831 6532962 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and east wall in the 1st room from east located at apt 6h, 6th story, 3rd apartment from west at north | NOV SENT 2019/07/08 | 2019/08/26 |
| 6H 6 | 2019/07/05 2019/07/08 | B | 508 | 13158854 6532962 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 2nd room from east located at apt 6h, 6th story, 1st apartment from west at north | NOV SENT 2019/07/08 | 2019/08/26 |
| 6H 6 | 2019/07/05 2019/07/08 | C | 670 * | 13158864 6531995 Original | § 27-2031 adm code provide hot water at all hot water fixtures in the entire apartment located at apt 6h, 6th story, 3rd apartment from west at north | NOV SENT 2019/07/08 | 2019/07/18 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 501 | 13152420 6529171 Original | § 27-2005 adm code properly repair the broken or defective electricial outlets at south and west walls in the 4th room from north located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 579 | 13152422 6529171 Original | § 27-2026 adm code repair the leaky and/or defective faucets cold water at washbasin in the bathroom located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 579 | 13152423 6529171 Original | § 27-2026 adm code repair the leaky and/or defective faucets hot water at tub in the bathroom located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 501 | 13152424 6529171 Original | § 27-2005 adm code properly repair the broken or defective mortise lock and assembly at apt entrance door located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 1E 1 | 2019/06/28 2019/07/03 | C | 568 | 13152425 6529172 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches located at apt 1e, 1st story, 1st apartment from north at east | NOI SENT 2019/07/03 | 2019/07/29 |
| 1E 1 | 2019/06/28 2019/07/03 | C | 569 | 13152426 6529172 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice located at apt 1e, 1st story, 1st apartment from north at east | NOI SENT 2019/07/03 | 2019/07/29 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 1503 | 13152427 6529171 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). which is defective located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 1E 1 | 2019/06/28 2019/07/03 | B | 702 | 13152428 6529171 Original | § 27-2045 adm code repair or replace the smoke detector which is defective located at apt 1e, 1st story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 649 * | 13152514 6529178 Original | § 27-2026 adm code remove all obstructions and repair all defects in drain at bathtub in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 593 * | 13152516 6529178 Original | § 27-2026 adm code repair the flushing apparatus and maintain same so as to flush effectively the water closet .. in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 501 | 13152518 6529178 | § 27-2005 adm code properly repair the broken or defective mortise lock at door in the entrance located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT | 2019/08/21 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2B 2 | 2019/07/01 2019/07/03 | C | 530 | 13152519 6529179 Original | § 27-2005, 2007 adm code arrange and make self-closing the doors .. in the entrance located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/07/29 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 502 | 13152520 6529178 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at floor and east wall in the bathroom located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 508 | 13152525 6529178 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the kitchen located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 508 | 13152532 6529178 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the 4th room from north located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 501 | 13152535 6529178 Original | § 27-2005 adm code properly repair the broken or defective electrical outlet at east wall in the 4th room from north located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 508 | 13152539 6529178 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the 2nd room from north located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2B 2 | 2019/07/01 2019/07/03 | B | 502 | 13152546 6529178 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 1st room from north located at apt 2b, 2nd story, 2nd apartment from west at north | NOV SENT 2019/07/03 | 2019/08/21 |
| 2E 2 | 2019/07/01 2019/07/03 | C | 569 | 13152559 6529177 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 2e, 2nd story, 1st apartment from north at east | NOI SENT 2019/07/03 | 2019/07/29 |
| 2E 2 | 2019/07/01 2019/07/03 | B | 508 | 13152563 6529175 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the 1st room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 2E 2 | 2019/07/01 2019/07/03 | C | 501 | 13152567 6529176 Original | § 27-2005 adm code properly repair the broken or defective wood door to patio in the 1st room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/07/16 |
| 2E 2 | 2019/07/01 2019/07/03 | B | 502 | 13152568 6529175 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 1st room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 2E 2 | 2019/07/01 2019/07/03 | B | 508 | 13152569 6529175 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling in the 1st room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 2E 2 | 2019/07/01 2019/07/03 | B | 508 | 13152570 6529175 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the 3rd room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 2E 2 | 2019/07/01 2019/07/03 | B | 502 | 13152571 6529175 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at east wall in the bathroom located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 508 | 13152578 6529173 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the foyer located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 508 | 13152579 6529173 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the kitchen located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | C | 569 | 13152581 6529174 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 3j, 3rd story, 4th apartment from east at south | NOI SENT 2019/07/03 | 2019/07/29 |
| 3J 3 | 2019/07/01 2019/07/03 | C | 568 | 13152582 6529174 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 3j, 3rd story, 4th apartment from east at south | NOI SENT 2019/07/03 | 2019/07/29 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 502 | 13152585 6529173 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the foyer located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 689 | 13152587 6529173 Original | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed electrical wiring at west wall in the bathroom located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 508 | 13152588 6529173 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the bathroom located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 502 | 13152590 6529173 Original | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tiles at west and south walls in the bathroom located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 502 | 13152591 6529173 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the kitchen located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 508 | 13152592 6529173 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color at ceiling and all walls in the 3rd room from north located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT 2019/07/03 | 2019/08/21 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3J 3 | 2019/07/03 | | | 6529173 Original | wood floor in the 3rd room from north located at apt 3j, 3rd story, 4th apartment from east at south | SENT | 2019/07/03 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 702 | 13152594 6529173 Original | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT | 2019/08/21 |
| 3J 3 | 2019/07/01 2019/07/03 | B | 1503 | 13152595 6529173 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 3j, 3rd story, 4th apartment from east at south | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | A | 505 | 13152655 6529180 Original | § 27-2005 adm code replace with new the broken or defective marble door saddle in the bathroom located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4K 4 | 2019/07/02 2019/07/03 | A | 554 | 13152656 6529180 Original | § 27-2005 adm code paint metal in accordance with dept. regulation steam riser in the bathroom located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4K 4 | 2019/07/02 2019/07/03 | A | 529 | 13152657 6529180 Original | § 27-2005 adm code refit doors to upper cabinet at south wall in the kitchen located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4K 4 | 2019/07/02 2019/07/03 | A | 529 | 13152658 6529180 Original | § 27-2005 adm code refit doors to upper cabinet at north wall in the kitchen located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 501 | 13152659 6529181 Original | § 27-2005 adm code properly repair the broken or defective base cabinet at sink in the kitchen located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 501 | 13152660 6529181 Original | § 27-2005 adm code properly repair the broken or defective counter balances at lower window sash in the kitchen located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 501 | 13152661 6529181 Original | § 27-2005 adm code properly repair the broken or defective mortise lock at door in the entrance located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 702 | 13152662 6529181 Original | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 1503 | 13152663 6529181 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | C | 568 | 13152664 6529181 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOI SENT | 2019/07/29 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 501 | 13152665 6529181 Original | § 27-2005 adm code properly repair the broken or defective counter balances at lower window sash in the 1st room from north located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 508 | 13152666 6529181 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all the walls through-out in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4K 4 | 2019/07/02 2019/07/03 | B | 508 | 13152667 6529181 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all the ceilings through-out in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4A 4 | 2019/07/02 2019/07/03 | C | 530 | 13152669 6529189 Original | § 27-2005, 2007 adm code arrange and make self-closing the doors ..... in the entrance located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/07/29 |
| 4A 4 | 2019/07/02 2019/07/03 | A | 554 | 13152670 6529186 Original | § 27-2005 adm code paint metal in accordance with dept. regulation the radiator in the 1st room from north located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4A 4 | 2019/07/02 2019/07/03 | B | 508 | 13152671 6529187 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all the walls in the 1st room from north located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4A 4 | 2019/07/02 2019/07/03 | C | 508 | 13152672 6529188 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the 1st room from north located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/07/16 |
| 4A 4 | 2019/07/02 2019/07/03 | A | 502 | 13152673 6529186 Original | § 27-2005 adm code properly repair with similar material the broken or defective vinyl floor tiles in the kitchen located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4A 4 | 2019/07/02 2019/07/03 | A | 502 | 13152674 6529186 Original | § 27-2005 adm code properly repair with similar material the broken or defective caulking around bathtub area in the bathroom located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/10/20 |
| 4A 4 | 2019/07/02 2019/07/03 | B | 501 | 13152675 6529187 Original | § 27-2005 adm code properly repair the broken or defective base cabinet at wash/basin in the bathroom located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4A 4 | 2019/07/02 2019/07/03 | B | 1503 | 13152676 6529187 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 4a, 4th story, 2nd apartment from south at west , section at west | NOV SENT | 2019/08/21 |
| 4A 4 | 2019/07/02 2019/07/03 | B | 702 | 13152677 | § 27-2045 adm code repair or replace the smoke detector defective in the entire | NOV | 2019/08/21 |

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order — Culver V. 230 W. 107th Street LLC — Index No. 6    Pg 16 of 61

| Apt | Date | Class | No. | Violation ID | Reg. | | Description | Status | Date |
|---|---|---|---|---|---|---|---|---|---|
| 4J 4 | 2019/07/02 2019/07/03 | C | 508 | 13152678 6529184 | Original | | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the bathroom located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/07/16 |
| 4J 4 | 2019/07/02 2019/07/03 | C | 508 | 13152679 6529184 | Original | | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceiling in the kitchen located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/07/16 |
| 4J 4 | 2019/07/02 2019/07/03 | B | 508 | 13152680 6529184 | Original | | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color the ceilings and all walls through-out in the entire apartment located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4J 4 | 2019/07/02 2019/07/03 | B | 1503 | 13152681 6529183 | Original | | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4J 4 | 2019/07/02 2019/07/03 | B | 702 | 13152682 6529183 | Original | | § 27-2045 adm code repair or replace the smoke detector missing in the entire apartment located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4J 4 | 2019/07/02 2019/07/03 | C | 568 | 13152683 6529185 | Original | | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOI SENT 2019/07/29 | 2019/07/29 |
| 4J 4 | 2019/07/02 2019/07/03 | C | 569 | 13152684 6529185 | Original | | hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 4j, 4th story, 3rd apartment from east at south , section at west | NOI SENT 2019/07/29 | 2019/07/29 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152685 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective electrical outlet at west wall in the 3rd room from north at west located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152686 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective electrical ceiling light fixture in the 3rd room from north at west located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152687 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective electrical outlet at east wall in the 2nd room from north located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152688 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective electrical light switch at north wall in the 2nd room from north located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 702 | 13152689 6529191 | Original | | § 27-2045 adm code repair or replace the smoke detector defective in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 1503 | 13152690 6529191 | Original | | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). missing in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | A | 502 | 13152691 6529190 | Original | | § 27-2005 adm code properly repair with similar material the broken or defective caulking around bathtub area in the bathroom located at apt 4i, 4th story, 1st apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/10/20 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152692 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective base cabinet at wash/basin in the bathroom located at apt 4i, 4th story, 1st apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 501 | 13152693 6529191 | Original | | § 27-2005 adm code properly repair the broken or defective electrical light fixture at east wall in the bathroom located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | A | 502 | 13152694 6529190 | Original | | § 27-2005 adm code properly repair with similar material the broken or defective ceramic tile at south wall in the bathroom located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/10/20 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 508 | 13152695 6529191 | Original | | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all the ceilings through-out in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | C | 569 | 13152696 6529192 | Original | | hmc adm code: § 27-2017.4 abate the infestation consisting of mice in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOI SENT 2019/07/29 | 2019/07/29 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 508 | 13152697 6529191 | Original | | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color all the walls through-out in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 505 | 13152698 6529191 | Original | | § 27-2005 adm code replace with new the broken or defective gasket seal at refrigerator door in the kitchen located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 502 | 13152699 6529191 | Original | | § 27-2005 adm code properly repair with similar material the broken or defective vinyl floor tiles in the kitchen located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 2019/07/03 | A | 501 | 13152700 6529190 | Original | | § 27-2005 adm code properly repair the broken or defective shelf to upper cabinet at north wall in the kitchen located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/10/20 |
| 4I 4 | 2019/07/02 2019/07/03 | B | 502 | 13152701 6529191 | | | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 2nd room from north located at apt 4i, 4th story, 2nd apartment | NOV SENT | 2019/08/21 |

HPD Building Info
20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver V 230 W 107 Street LLC    Index No 6    Pg 17 of 61
8/1/19, 1:23 PM
Original    Main Mashet Suttiv Directory of View
Page 7 of 61

| | | | | | | |
|---|---|---|---|---|---|---|
| 4I 4 | 2019/07/02 A 2019/07/03 | 501 | 13152702 6529190 Original | § 27-2005 adm code properly repair the broken or defective intercom system at east wall in the foyer located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/10/20 |
| 4I 4 | 2019/07/02 C 2019/07/03 | 568 | 13152703 6529190 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOI SENT 2019/07/03 | 2019/07/29 |
| 4I 4 | 2019/07/02 B 2019/07/03 | 501 | 13152704 6529191 Original | § 27-2005 adm code properly repair the broken or defective electrical ceiling light fixture in the foyer located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/08/21 |
| 4I 4 | 2019/07/02 A 2019/07/03 | 529 | 13152705 6529190 Original | § 27-2005 adm code refit fire rated door in the entrance located at apt 4i, 4th story, 2nd apartment from east at south , section at west | NOV SENT 2019/07/03 | 2019/10/20 |
| Yards / Courts | 2019/06/27 B 2019/07/01 | 552 | 13147316 6526914 Original | § 27-2010, 2011, 2012 adm code remove the accumulation of refuse and/or rubbish and maintain in a clean condition the floor in compactor room at cellar | NOV CERT 2019/07/10 | 2019/08/19 |
| 1 | 2019/06/27 B 2019/07/01 | 566 | 13147317 6526914 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of vermin flies in compactor closet at public hall, 1st story | NOV CERT 2019/07/10 | 2019/08/19 |
| Basement | 2019/06/27 C 2019/07/01 | 567 * | 13147318 6526089 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of rodents rats at basement | NOV CERT 2019/07/10 | 2019/07/27 |
| 1 | 2019/06/27 A 2019/07/01 | 722 | 13147319 6526913 Original | § 27-2053 adm code post sign on wall of entrance story bearing name, address including apartment number if any, and telephone number of superintendent, janitor or housekeeper. at public hall, 1st story | NOV CERT 2019/07/10 | 2019/10/18 |
| 1D 1 | 2019/06/28 A 2019/07/01 | 556 | 13147361 6526090 Original | § 27-2013 adm code paint with light colored paint to the satisfaction of this department west wall in the bathroom located at apt 1d, 1st story, 2nd apartment from west at north | CIV 14 MAILED 2019/07/25 | 2019/10/18 2019/07/24 |
| 1D 1 | 2019/06/28 A 2019/07/01 | 550 | 13147362 6526092 Original | § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... west wall around window frame in the bathroom located at apt 1d, 1st story, 2nd apartment from west at north | CIV 14 MAILED 2019/07/25 | 2019/10/18 2019/07/24 |
| 1D 1 | 2019/06/28 B 2019/07/01 | 505 | 13147363 6526091 Original | § 27-2005 adm code replace with new the broken or defective exterior glass pane in lower window sash in the bathroom located at apt 1d, 1st story, 2nd apartment from west at north | CIV 14 MAILED 2019/07/25 | 2019/08/19 2019/07/24 |
| Basement | 2019/06/05 C 2019/06/07 | 672 | 13108645 6504161 Original | § 27-2033 adm code provide ready access to buildings heating system boiler room door locked at basement | CIV 10 MAILED 2019/07/01 | 2019/06/20 |
| Basement | 2019/06/04 C 2019/06/06 | 567 * | 13106251 6502572 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of rodents rat excreta at basement | NOV CERT 2019/07/02 | 2019/07/02 |
| Basement | 2019/06/04 C 2019/06/06 | 567 * | 13107014 6502572 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of rodents live rats at yard | NOV CERT 2019/07/02 | 2019/07/02 |
| Fire Escape | 2019/05/28 A 2019/06/03 | 106 | 13093012 6498127 Original | § 53, 187, 231 m/d law and department rules and regulations. provide a shoe properly secured to bottom of string of dropladder 2nd from east building front at fire escape | NOV SENT 2019/07/10 | 2019/09/20 |
| Fire Escape | 2019/05/28 C 2019/06/03 | 512 * | 13093028 6498128 Original | § 27-2005 adm code fire escape defective. replace with new the broken, defective and/or missing 1st rung from bottom up 2nd dropladder from east at building front at fire escape | NOV SENT 2019/06/03 | 2019/06/16 |
| Cellar | 2019/05/28 B 2019/06/03 | 761 | 13097215 6498129 Original | § 27-2081 adm code discontinue use of rooms for living, disconnect plumbing fixtures and properly seal pipe connections kitchen sink, water closet, wash basin and bath tub at cellar south east | NOV SENT 2019/06/03 | 2019/07/22 |
| Cellar | 2019/05/28 B 2019/06/03 | 761 | 13097225 6498129 Original | § 27-2081 adm code discontinue use of rooms for living, disconnect plumbing fixtures and properly seal pipe connections kitchen sink, 2 water closets, 2 wash basin and 2 bath tubs at cellar north east | NOV SENT 2019/06/03 | 2019/07/22 |
| Cellar | 2019/05/28 B 2019/06/03 | 741 * | 13097242 6498129 Original | § 27-2070 adm code discontinue unlawful cooking space or file plans and application with this department to legalize same, if lawfully feasible, electric range at cellar north east | NOV SENT 2019/06/03 | 2019/07/22 |
| Cellar | 2019/05/28 B 2019/06/03 | 741 * | 13097252 6498129 Original | § 27-2070 adm code discontinue unlawful cooking space or file plans and application with this department to legalize same, if lawfully feasible, electric range at cellar south east | NOV SENT 2019/06/03 | 2019/07/22 |
| Cellar | 2019/05/28 C 2019/06/03 | 568 | 13097268 6498131 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches at public hall | NOV CERT 2019/06/28 | 2019/06/29 |
| Fire Escape | 2019/05/28 A 2019/06/03 | 106 | 13097278 6498127 Original | § 53, 187, 231 m/d law and department rules and regulations. provide a shoe properly secured to bottom of string of dropladder 1st from east building front at fire escape | NOV SENT 2019/07/10 | 2019/09/20 |
| Cellar | 2019/05/28 C 2019/06/03 | 689 | 13097286 6498130 Original | § 27-2005, 2006, 2037 hmc: properly repair and abate unsafe electric wiring condition consisting of exposed wires west wall traversing floor to noth wall at cellar north east at public hall | NOV SENT 2019/06/16 | |
| 4K 4 | 2019/05/22 A 2019/05/24 | 508 | 13085190 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the 2nd room from north located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24 | 2019/09/10 |

| Apt | Dates | Class | No. | ID | Description | Status |
|---|---|---|---|---|---|---|
| 4 | 2019/05/22 2019/05/24 | | 508 | 13085216 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the 1st room from north located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/09/10 |
| 4K 4 | 2019/05/22 2019/05/24 | A | 508 | 13085216 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the 3rd room from north located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/09/10 |
| 4K 4 | 2019/05/22 2019/05/24 | A | 508 | 13085245 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the private hallway located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/09/10 |
| 4K 4 | 2019/05/22 2019/05/24 | A | 508 | 13085251 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the foyer located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/09/10 |
| 4K 4 | 2019/05/22 2019/05/24 | A | 508 | 13085278 6490917 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the kitchen located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/09/10 |
| 4K 4 | 2019/05/22 2019/05/24 | C | 550 | 13085316 6490919 Original | § 27-2017.3 hmc: trace and repair the source and abate the visible mold condition... 6 sq ft at north wall 6 sq ft at east wall 14 sq ft at west wall 14 sq ft at south wall 14 sq at ceiling in the bathroom located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOI SENT 2019/06/19 |
| 4K 4 | 2019/05/22 2019/05/24 | B | 508 | 13085321 6490918 Original | § 27-2005 adm code repair the broken or defective plastered surfaces and paint in a uniform color ceiling and all walls in the bathroom located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/07/12 |
| 4K 4 | 2019/05/22 2019/05/24 | B | 702 | 13085336 6490918 Original | § 27-2005 adm code repair or replace the smoke detector defective in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/07/12 |
| 4K 4 | 2019/05/22 2019/05/24 | B | 1503 | 13085342 6490918 Original | § 27-2046.1 hmc: repair or replace the carbon monoxide detecting device(s). defective in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | NOV SENT 2019/05/24   2019/07/12 |
| 4K 4 | 2019/05/22 2019/05/24 | C | 568 | 13085351 6490920 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches in the entire apartment located at apt 4k, 4th story, 1st apartment from south at west , section at west | 1 NO ACCESS 2019/07/25   2019/06/19 2019/06/18 |
| 4 | 2019/05/22 2019/05/24 | B | 510 | 13085389 6490921 Original | § 27-2005 adm code & 309 m/d law abate the nuisance consisting of hook and eye bolt capable of being padlocked at fire door at public hall, 4th story | NOV SENT 2019/05/24   2019/07/12 |
| 6F 6 | 2019/05/10 2019/05/14 | B | 702 | 13064516 6479857 Original | § 27-2045 adm code repair or replace the smoke detector improperly installed in the entire apartment located at apt 6f, 6th story, 2nd apartment from north at east | CIV14 MAILED 2019/07/03   2019/07/02 2019/07/02 |
| Basement | 2019/05/10 2019/05/13 | C | 672 | 13064510 6478023 Original | § 27-2033 adm code provide ready access to buildings heating system at boiler room door at basement level | CIV14 MAILED 2019/05/20   2019/05/26 2019/07/01 |
| | 2019/04/10 2019/04/15 | C | 569 | 13009962 6450285 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice at basement | NOV SENT 2019/04/15   2019/05/11 |
| | 2019/04/10 2019/04/15 | C | 568 | 13009964 6450285 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of roaches at basement | NOV SENT 2019/04/15 |
| 1 | 2019/04/10 2019/04/15 | C | 569 | 13009965 6450285 Original | hmc adm code: § 27-2017.4 abate the infestation consisting of mice at lobby, 1st story | NOV SENT 2019/04/15   2019/05/11 |
| B1 Cellar | 2019/03/18 2019/03/20 | B | 502 | 12967668 6426152 Original | § 27-2005 adm code properly repair with similar material the broken or defective wood floor in the 1st room from north at west located at cellar apt b1, 1st cellar apt from east at south | NOV SENT 2019/03/20   2019/05/08 |
| B1 Cellar | 2019/03/18 2019/03/20 | B | 501 | 12967670 6426152 Original | § 27-2005 adm code properly repair the broken or defective window sash lock in the 4th room from north at east located at cellar apt b1, 1st cellar apt from east at south | NOV SENT 2019/03/20   2019/05/08 |
| 2E 2 | 2018/12/20 2018/12/24 | A | 529 | 12818916 6344973 Original | § 27-2005 adm code refit the doors leading to the balcony in the 1st room from north located at apt 2e, 2nd story, 1st apartment from north at east | NOV SENT 2018/12/24   2019/04/12 |
| All Stories | 2019/06/07 | I | 765 | 13111971 | § 27-2142 adm code apts have been vacated by this department and cannot be reoccupied until so ordered after proof of compliance for apts cellar story east north apartment ll1 under vacate #148364 | INFO NOV SENT 2019/06/12   - |
| All Stories | 2019/06/07 | I | 765 | 13117081 | § 27-2142 adm code apts have been vacated by this department and cannot be reoccupied until so ordered after proof of compliance for apts cellar story east south apartment ll2 under vacate #148364 | INFO NOV SENT 2019/06/12   - |

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 19 of 61

| NYC gov | Services | News & Features | City Life | City Agencies | Office of the Mayor | Contact Us | Search |
|---|---|---|---|---|---|---|---|

NYC.gov - NEW YORK CITY'S OFFICIAL WEB SITE



# Buildings



☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## Property Profile Overview

**230 WEST 107 STREET**

| | | | | | | |
|---|---|---|---|---|---|---|
| WEST 107 STREET | 230 - 232 | **MANHATTAN** 10025 | | **BIN#** 1056644 | | |
| | | Health Area | : 2310 | Tax Block | : 1878 | |
| | | Census Tract | : 195 | Tax Lot | : 47 | |
| | | Community Board | : 107 | Condo | : NO | |
| | | Buildings on Lot | : 1 | Vacant | : NO | |

**View DCP Addresses...**     **Browse Block**

**View Zoning Documents**     **View Challenge Results**     **Pre - BIS PA**     **View Certificates of Occupancy**

PARTIAL VACATE EXISTS ON THIS PROPERTY

VIOLATION FOR FAILURE TO CERTIFY CORRECTION OF CLASS 1 VIOLATION EXISTS ON THIS
PROPERTY - DOB CIVIL PENALTIES DUE

| | | | |
|---|---|---|---|
| **Cross Street(s):** | AMSTERDAM AVENUE,  BROADWAY | | |
| **DOB Special Place Name:** | | | |
| **DOB Building Remarks:** | | | |
| **Landmark Status:** | | **Special Status:** | N/A |
| **Local Law:** | YES | **Loft Law:** | NO |
| **SRO Restricted:** | NO | **TA Restricted:** | NO |
| **UB Restricted:** | NO | | |
| **Environmental Restrictions:** | N/A | **Grandfathered Sign:** | NO |
| **Legal Adult Use:** | NO | **City Owned:** | NO |
| **LL 158/17 Pro Cert Restriction until:** | 06/30/2020 | | |
| **LL 158/17 Enhanced Civil Penalties:** | Yes | | |
| **Additional BINs for Building:** | NONE | | |

**Special District:**     UNKNOWN

**This property is not located in an area that may be affected by Tidal Wetlands, Freshwater Wetlands, Coastal Erosion Hazard Area, or Special Flood Hazard Area.** Click here for more information

**Department of Finance Building Classification:**     D1-ELEVATOR APT

**Please Note:** The Department of Finance's building classification information shows a building's tax status, which may not be the same as the legal use of the structure. To determine the legal use of a structure, research the records of the Department of Buildings.

| | Total | Open | |
|---|---|---|---|
| | | | **Elevator Records** |
| **Complaints** | 55 | 1 | **Electrical Applications** |
| **Violations-DOB** | 23 | 2 | **Permits In-Process / Issued** |
| **Violations-ECB (DOB)** | 35 | 18 | **Illuminated Signs Annual Permits** |
| | | | **Plumbing Inspections** |
| This property has **5 open ECB** "Work Without A Permit" Violations and may be subject to DOB civil penalties upon application for a permit. After obtaining the permit, a certificate of correction must be filed on the ECB violations. | | | **Open Plumbing Jobs / Work Types** |
| | | | **Facades** |
| **Jobs/Filings** | 39 | | **Marquee Annual Permits** |
| **ARA / LAA Jobs** | 4 | | **Boiler Records** |

Property Profile Overview

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 21 of 61

8/9/19, 2:07 PM

**Total Jobs**    43

**Actions**    40

**DEF Boiler Information**

**Crane Information**

**After Hours Variance Permits**

**OR Enter Action Type:** [          ]

**OR Select from List:** [ Select...    ⌄ ]

**AND** [ Show Actions ]

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.





## Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings
### ECB Query By Location

Page: 1 of 1

**Premises: 230 WEST 107 STREET MANHATTAN**      **BIN: <u>1056644</u>   Block: 1878   Lot: 47   CB: 107**

| Dept. of Buildings Violations & Compliance | | ECB Hearings | |
|---|---|---|---|
| Total Issued = 35 | Open (Non-Compliance) = 18 | Completed / Defaulted = 17 | Pending = 18 |

| ECB Number | Dept. of Buildings Violation Status | Respondent | ECB Hearing Status | Viol Date | Infraction Codes | ECB Penalty Due |
|---|---|---|---|---|---|---|
| <u>35425452M</u> | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 06/10/2019 | 273 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: MIDTOWN TASK FORCE | | Viol Type: PLUMBING | | |
| <u>35425453Y</u> | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 06/10/2019 | 189 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: MIDTOWN TASK FORCE | | Viol Type: CONSTRUCTION | | |
| <u>35425455H</u> | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 06/10/2019 | 102 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: MIDTOWN TASK FORCE | | Viol Type: CONSTRUCTION | | |
| <u>39007059J</u> | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC ATTE | PENDING | 08/05/2019 | 187 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: ELECTRICAL DIVISION | | Viol Type: CONSTRUCTION | | |
| <u>35402318J</u> | OPEN - NO COMPLIANCE RECORDED | 230 WEST 107 STREET LLC A | PENDING | 06/05/2019 | 1D1 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: ELECTRICAL | | |
| <u>35402319L</u> | OPEN - NO COMPLIANCE RECORDED | 230 WEST 107 STREET LLC A | PENDING | 06/05/2019 | 1C9 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: ELECTRICAL | | |
| <u>35414724N</u> | OPEN - NO COMPLIANCE RECORDED | 230 W/07 STREET LLC/AHUVA | PENDING | 06/05/2019 | 103 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| <u>39004478K</u> | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC ATTE | PENDING | 06/19/2019 | 202 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |

ECB Query By Location

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 23 of 61

8/9/19, 2:15 PM

| Violation | Status | Respondent | Hearing | Date | Unit | Amount |
|---|---|---|---|---|---|---|
| **39004479M** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC ATTE | PENDING | 06/19/2019 | 201 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |
| **35399224Y** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 05/25/2019 | 187 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **35399450M** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 05/25/2019 | 263 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **35386107M** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC ATTN | PENDING | 03/19/2019 | 103 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **35386108Y** | OPEN - NO COMPLIANCE RECORDED | 230 WEST 107 STREET LLC A | PENDING | 03/19/2019 | 101 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **35402320Z** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC/AHUV | PENDING | 06/05/2019 | 103 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **35402321K** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC/AHUV | PENDING | 06/05/2019 | 101 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **39002406M** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC ATTE | PENDING | 04/27/2019 | 201 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: MANHATTAN CONSTRUCTION | | Viol Type: CONSTRUCTION | | |
| **35425454X** | OPEN - NO COMPLIANCE RECORDED | 230 W 107 STREET LLC | PENDING | 06/10/2019 | 106 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: MIDTOWN TASK FORCE | | Viol Type: CONSTRUCTION | | |
| **35434272J** | OPEN - NO COMPLIANCE RECORDED | 230 WEST 107TH STREET LLC | PENDING | 06/25/2019 | 103 | $0.00 |
| | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| **38045060H** | RESOLVED - CERTIFICATE ACCEPTED | RUBIN,PIKUS | IN VIOLATION | 10/11/1994 | B8G | $0.00 |
| | Severity: NON-HAZARDOUS | | | Viol Type: ELEVATOR | | |
| **38027529R** | RESOLVED - CERTIFICATE | PIKUS, RUBIN | IN | 07/17/1992 | B8G | $0.00 |

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 24 of 61

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Severity: NON-HAZARDOUS | | | | Viol Type: ELEVATOR |
| 38061142L | RESOLVED - CURE ACCEPTED | K R F MGMT. CO. | CURED/IN-VIO | 07/31/1997 | BP7 | $0.00 |
| | | Severity: NON-HAZARDOUS | | | | Viol Type: ELEVATOR |
| 38095842H | RESOLVED - CURE ACCEPTED | OWNER OF BLDG. | CURED/IN-VIO | 03/14/2000 | BP7 | $0.00 |
| | | Severity: NON-HAZARDOUS | | | | Viol Type: ELEVATOR |
| 34642043X | RESOLVED - CURE ACCEPTED | KRF MANAGEMENT CO | CURED/IN-VIO | 03/24/2008 | B04 | $0.00 |
| | | Severity: NON-HAZARDOUS | Inspect Unit: MANHATTAN CONSTRUCTION | | | Viol Type: CONSTRUCTION |
| 38125199M | RESOLVED - CURE ACCEPTED | K.R.F MANAGEMENT CO. L | CURED/IN-VIO | 09/03/2002 | BP7 | $0.00 |
| | | Severity: NON-HAZARDOUS | | | | Viol Type: ELEVATOR |
| 38192466H | RESOLVED - N/A - DISMISSED | CHARLES HIRSCH AGENT MILB | DISMISSED | 10/21/2008 | 251 | $0.00 |
| | | Severity: CLASS - 2 | Inspect Unit: ELEVATOR DIVISION | | | Viol Type: ELEVATOR |
| 34512045Y | RESOLVED - CURE ACCEPTED | KRF MANAGEMENT CO. | CURED/IN-VIO | 04/26/2006 | B04 | $0.00 |
| | | Severity: NON-HAZARDOUS | Inspect Unit: MANHATTAN CONSTRUCTION | | | Viol Type: CONSTRUCTION |
| 34843817L | RESOLVED - CERTIFICATE ACCEPTED | NYC 107 LLC | DEFAULT | 04/08/2010 | 206 | $0.00 |
| | | Severity: CLASS - 2 | Inspect Unit: MANHATTAN CONSTRUCTION | | | |
| 35158854L | RESOLVED - CERTIFICATE ACCEPTED | 230 WEST 107 STREET LLC | IN VIOLATION | 02/11/2016 | 2D4 | $0.00 |
| | | Severity: CLASS - 2 | Inspect Unit: ELECTRICAL DIVISION | | | Viol Type: ELECTRICAL |
| 35207284R | RESOLVED - CERTIFICATE ACCEPTED | 230 W 107 LLC | IN VIOLATION | 09/20/2016 | 101 | $0.00 |
| | | Severity: CLASS - 1 | Inspect Unit: SPECIAL OPERATIONS | | | Viol Type: CONSTRUCTION |
| 35158853J | RESOLVED - CERTIFICATE ACCEPTED | 230 WEST 107 LLC | IN VIOLATION | 02/11/2016 | 1C9 | $0.00 |
| | | Severity: CLASS - 1 | Inspect Unit: ELECTRICAL DIVISION | | | Viol Type: ELECTRICAL |
| 35154272N | RESOLVED - CERTIFICATE ACCEPTED | 230 W 107 LLC | IN VIOLATION | 11/09/2015 | 101 | $0.00 |

ECB Query By Location                                                                                8/9/19, 2:15 PM

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Client Um... 230 W 107... Index No. 6... Pg 25 of 61
CONSTRUCTION

| 35207280J | RESOLVED - CURE ACCEPTED | 230 WST 107 LLC | CURED/IN-VIO | 09/09/2016 | 282 | $0.00 |
|---|---|---|---|---|---|---|
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| 35207281L | RESOLVED - CURE ACCEPTED | 230 WEST 107, LLC | CURED/IN-VIO | 09/09/2016 | 303 | $0.00 |
| | Severity: CLASS - 3 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| 35164493X | RESOLVED - CURE ACCEPTED | 230 WEST 107 LLC | CURED/IN-VIO | 02/23/2016 | 203 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |
| 35164494H | RESOLVED - CURE ACCEPTED | 230 WET 107 LLC | CURED/IN-VIO | 02/23/2016 | 201 | $0.00 |
| | Severity: CLASS - 2 | Inspect Unit: SPECIAL OPERATIONS | | Viol Type: CONSTRUCTION | | |

**Compliance Status** (Open/Resolved) relates to whether a violation has been corrected/uncorrected. Dismissed violations do not require filing a Certificate of Correction.

**ECB Hearing Status** and the **ECB Penalty Due** are separate from **Compliance Status** (i.e. a penalty is still due in many cases even when the violating condition has been fixed).

| Severity Class | |
|---|---|
| Class 1 - Immediately Hazardous | HAZ - Hazardous - 1968 Building Code |
| Class 2 - Major | NON-HAZ - Non-hazardous - 1968 Building Code |
| Class 3 - Lesser | |

| Violation Status Descriptions | ECB Hearing Status |
|---|---|
| OPEN - No Compliance Recorded | CURED/IN-VIO - In Violation/no hearing required |
| OPEN - Certificate Pending (Certificate of Correction submitted and under review) | STIPULATION/IN-VIO - No hearing required/in violation |
| OPEN - Certificate Disapproved (Certificate of Correction disapproved/not in compliance) | IN VIOLATION - Hearing decision completed |
| RESOLVED - N/A-Dismissed (at ECB - no Certificate of Correction required) | DISMISSED - Hearing decision completed |
| RESOLVED - Certificate Accepted (Certification of Correction Accepted/in compliance) | DEFAULT - Respondent failed to appear at hearing |
| RESOLVED - Cure Accepted (early correction accepted - in violation/no penalty or hearing) | PUBLICLY-OWNED - No hearing required |
| RESOLVED - Compliance Insp/Doc (condition verified by Inspector or by Dept. documentation) | PENDING - Awaiting ECB hearing or decision |
| | ADMIT/IN-VIO - In Violation/no hearing required |
| | WRITTEN OFF - Imposed penalty legally uncollectable |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details                                                                8/9/19, 2:07 PM

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 26 of 61



 ☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

# Buildings

NYC Department of Buildings

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**          Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** <u>1056644</u>   **Block:** 1878   **Lot:** 47                    Community Board: 107

## ECB Violation Summary                          VIOLATION OPEN

ECB Violation Number: 35425452M

**Severity: CLASS - 2**                          Certification Status: NO COMPLIANCE RECORDED

**Penalty Balance Due: $0.00**                    Hearing Status: PENDING

## Respondent Information
**Name:**              230 W 107 STREET LLC
**Mailing Address:**   1 BATTERY PARK PLAZA SUITE 3100 , NEW YORK , NY 10004

## Violation Details
**Violation Date:**    06/10/2019         **Violation Type:**    PLUMBING
**Served Date:**       06/10/2019         **Inspection Unit:**   MIDTOWN TASK FORCE

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 273 | 28-301.1 | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER: PLUMBING FIXTUR E(S) NOT TRAPPED AND/OR VENTED PER PC 916.1 & PC 1002.1; 27-901(O) |

**Specific Violation Condition(s) and Remedy:**
PERMANENT DWELLING USED/CONVERTED FOR OTHER THAN PERMANENT- RESIDENTIAL PURPOSES. C OR O
#19740 INDICATES BUILDING TO BE LEGALLY APPROVED AS A CLASS "A" MULTI DWELLING. NOW APT #1J
USED/CONVERTED TO TRANSIENT U

**Issuing Inspector ID:**    3043                      **DOB Violation Number:** 061019CMTFHZ01
**Issued as Aggravated Level:**  NO

## Dept. of Buildings Compliance History and Events
**Certification Status:**    NO COMPLIANCE RECORDED          **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information
**Scheduled Hearing Date/Time:**  08/08/2019  8:30    **Hearing Status:**    PENDING

## ECB Penalty Information
**Penalty Imposed:**    $0.00
**Adjustments:**        $0.00                **Amount Paid:**    $0.00

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 27 of 61

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center
by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details                                                                                    8/9/19, 2:08 PM

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 28 of 61



## Buildings

⊠ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

NYC Department of Buildings

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**          **Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** 1056644   **Block:** 1878   **Lot:** 47                           **Community Board:** 107

## ECB Violation Summary                                              **VIOLATION OPEN**

ECB Violation Number:  35425453Y

**Severity:** CLASS - 1                              **Certification Status:** NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                        **Hearing Status:** PENDING

---

## Respondent Information
**Name:**                    230 W 107 STREET LLC
**Mailing Address:**         1 BATTERY PARK PLAZA SUITE 310 , NEW YORK , NY 10004

---

## Violation Details
**Violation Date:**   06/10/2019          **Violation Type:**   CONSTRUCTION
**Served Date:**      06/10/2019          **Inspection Unit:**  MIDTOWN TASK FORCE

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 189 | 28-301.1 | FAILURE TO MAINTAIN BUILDING IN CODE COMPLIANT MANNER: LACK OF REQUIRE D NUMBER OF MEANS OF EGRESS FOR EVERY FLOOR PER BC 1018.1 (2008 CODE); 27-366; BC 1021.1 (2014 CODE) |

**Specific Violation Condition(s) and Remedy:**
FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER LACK OF REQUIRED NUMBER OF MEANS OF
EGRESS FOR EVERY FLOOR PER BC 10184 (2008 CODE);27-366; BC1021.1 (2014 CODE) FOR TRANSIENT USE AT APT
#1J. REMEDY: DISCO

**Issuing Inspector ID:**   3043                          **DOB Violation Number:** 061019CMTFHZ02
**Issued as Aggravated Level:**  NO

---

## Dept. of Buildings Compliance History and Events
**Certification Status:**        NO COMPLIANCE RECORDED                **Compliance On:**
A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

---

## ECB Hearing Information
**Scheduled Hearing Date/Time:** 08/08/2019 8:30        **Hearing Status:**      PENDING

## ECB Penalty Information
**Penalty Imposed:**          $0.00

---

ECB Violation Details

8/9/19, 2:08 PM

20-12960-lgb     Doc 15-1     Filed 01/03/21     Entered 01/03/21 19:59:17     Exhibit
Stipulations and Consent Order     Culver v 230 W 107 St Street Ltd Co     Index No 6     Pg 29 of 61

**Penalty Balance Due:**        $0.00

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

8/9/19, 2:08 PM

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 30 of 61



**Buildings**

⊠ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** <u>1056644</u>  **Block:** 1878  **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

### ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 35425455H

**Severity:** CLASS - 1

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

### Respondent Information

| | |
|---|---|
| **Name:** | 230 W 107 STREET LLC |
| **Mailing Address:** | 1 BATTERY PLAZA SUITE 3100 , NEW YORK , NY 10004 |

### Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 06/10/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 06/10/2019 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 102 | 28-301.1 | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER |

**Specific Violation Condition(s) and Remedy:**

FAILURE TO MAINTAIN BUILDING IN CODE COMPLIANT MANNER, LACK OF A SYSTEM OF AUTOMATIC SPRINKLET WHERE IS REQUIRED AS OER BC 903.2 AND 27-954FOR TRANSIENT USE AT APT#1J. REMEDY: DISCONTINUE ILLEGAL OCCUPANCY.

**Issuing Inspector ID:**  3043

**Issued as Aggravated Level:**  NO

**DOB Violation Number:** 061019CMTFHZ04

### Dept. of Buildings Compliance History and Events

**Certification Status:**    NO COMPLIANCE RECORDED    **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

### ECB Hearing Information

**Scheduled Hearing Date/Time:**  08/08/2019  8:30    **Hearing Status:**    PENDING

### ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 31 of 61

8/9/19, 2:08 PM

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details                                                                                    8/9/19, 2:09 PM

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 32 of 61



# Buildings

☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

**NYC Department of Buildings**

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN                **Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** <u>1056644</u>  **Block:** 1878  **Lot:** 47                      **Community Board:** 107

## ECB Violation Summary                                              **VIOLATION OPEN**

ECB Violation Number: 39007059J

**Severity: CLASS - 1**                              **Certification Status:** NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                         **Hearing Status:** PENDING

## Respondent Information

**Name:**                230 W 107 STREET LLC ATTE

**Mailing Address:**      P OBOX 967 , NEW YORK , NY 10272

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 08/05/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 08/05/2019 | **Inspection Unit:** | ELECTRICAL DIVISION |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 187 | 28-201.1 | UNLAWFUL ACTS. FAILURE TO COMPLY WITH COMMISSIONER'S ORDER |

**Specific Violation Condition(s) and Remedy:**
FAILURE TO COMPLY WITH THE COMMISSIONER'S ORDER SUMMONS 35402319L AND35402318J STILL EXIST,
COMPLY WITH COMMISSIONER'S ORDER; COMPLY WITH CODE

**Issuing Inspector ID:**   2276                        **DOB Violation Number:**

**Issued as Aggravated Level:**  NO

## Dept. of Buildings Compliance History and Events

**Certification Status:**   NO COMPLIANCE RECORDED                **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:** 09/19/2019  11:30         **Hearing Status:**      PENDING

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

ECB Violation Details

8/9/19, 2:09 PM

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 33 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 34 of 61

8/9/19, 2:11 PM

# NYC

# NYC

## Buildings

☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

NYC Department of Buildings

### ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** <u>1056644</u>   **Block:** 1878   **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary                              **VIOLATION OPEN**

ECB Violation Number: 35402318J

**Severity:** CLASS - 1

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

---

## Respondent Information

**Name:**             230 WEST 107 STREET LLC A

**Mailing Address:**  PO BOX 967 , NEW YORK , NY 10272

---

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 06/05/2019 | **Violation Type:** | ELECTRICAL |
| **Served Date:** | 06/05/2019 | **Inspection Unit:** | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 1D1 | EC-MISC | MISCELLANEOUS VIOLATION OF THE ELECTRICAL CODE TECHNICAL STANDARDS |

**Specific Violation Condition(s) and Remedy:**

400.8 FLEXIBLE CORDS USED AS PERMANENT WIRING I OBSERVED THROUGHOUT THE ENTIRE CELLAR, FLEXIBLE EXTENSIONS USED AS A PERMANENT WIRING METHOD, CUT, SPLICED, RAN THROUGH CEILINGS, AND DOORWATS, COVERED IN RUGS, S

**Issuing Inspector ID:** 2638

**Issued as Aggravated Level:** NO

**DOB Violation Number:** 060519ECSPOMQ02

---

## Dept. of Buildings Compliance History and Events

**Certification Status:**   NO COMPLIANCE RECORDED                **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

---

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  08/08/2019  8:30      **Hearing Status:**      PENDING

---

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



 **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

NYC Department of Buildings

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**          **Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025**

**BIN:** <u>1056644</u>   **Block:** 1878   **Lot:** 47          **Community Board: 107**

## ECB Violation Summary                                                      VIOLATION OPEN

ECB Violation Number: 35402319L

**Severity:** CLASS - 1                          Certification Status: NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                      Hearing Status: PENDING

## Respondent Information
**Name:**              230 WEST 107 STREET LLC A

**Mailing Address:**   PO BOX 967 , NEW YORK , NY 10272

## Violation Details
**Violation Date:**     06/05/2019          **Violation Type:**      ELECTRICAL

**Served Date:**        06/05/2019          **Inspection Unit:**     SPECIAL OPERATIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 1C9 | 27-3018(B) | ELECTRICAL WORK WITHOUT A PERMIT |

**Specific Violation Condition(s) and Remedy:**

ELECTRICAL WORK WITHOUT A PERMIT. I OBSERVED IN THE CELLAR APARTMENT LL1,LL2,B1,J AND G WIRED AND
IN USE WITHOUT ANY ELECTRICAL PERMIT ON FILE AT THE DEPARTMENT OF BUILDINGS COVERING THIS
ELECTRICAL INSTALLATIO

**Issuing Inspector ID:**    2638                  **DOB Violation Number:** 060519ECSPOMQ01

**Issued as Aggravated Level:**   NO

## Dept. of Buildings Compliance History and Events
**Certification Status:**      NO COMPLIANCE RECORDED          **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

## ECB Hearing Information
**Scheduled Hearing Date/Time:** 08/08/2019 8:30      **Hearing Status:**    PENDING

## ECB Penalty Information
**Penalty Imposed:**       $0.00

**Adjustments:**           $0.00          **Amount Paid:**    $0.00

**Penalty Balance Due:**   $0.00

ECB Violation Details                                                                    8/9/19, 2:11 PM

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 37 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 38 of 61

# NYC

# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**                          **Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** <u>1056644</u>  **Block:** 1878  **Lot:** 47                                                          **Community Board:** 107

## ECB Violation Summary                                                        **VIOLATION OPEN**

ECB Violation Number: 35414724N

**Severity: CLASS - 1**                                          **Certification Status:** NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                                          **Hearing Status:** PENDING

## Respondent Information

**Name:**                230 W/07 STREET LLC/AHUVA

**Mailing Address:**                PO BOX 967 , NEW YORK , NY 10272

## Violation Details

**Violation Date:**        06/05/2019            **Violation Type:**        CONSTRUCTION

**Served Date:**           06/05/2019            **Inspection Unit:**        SPECIAL OPERATIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 103 | 28-118.3.2 | OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERTIFICATE OF OCCUPANCY OR BUILDINGS DEPARTMENT RECORDS |

**Specific Violation Condition(s) and Remedy:**

OCCUPANCY CONTRARY TO CERTIFICATE OF OCCUPANCY OR DEPARTMENT OF BUILDING RECORDS. AT TIME OF INSPECTION NOTED AT CELLAR APT #LL1 IS BEING OCCUPIED AS A (1) BEDROOM DWELLING UNIT WITH FULL HEIGHT PARTITIONS, DOO

**Issuing Inspector ID:**        2844                    **DOB Violation Number:** 060519CSPODG08

**Issued as Aggravated Level:**  AGGRAVATED OFFENSE LEVEL 1

## Dept. of Buildings Compliance History and Events

**Certification Status:**        NO COMPLIANCE RECORDED                **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:** 08/15/2019  8:30        **Hearing Status:**        PENDING

## ECB Penalty Information

**Penalty Imposed:**        $0.00

**Adjustments:**            $0.00                **Amount Paid:**        $0.00

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 39 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 40 of 61

8/9/19, 2:12 PM



# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** 1056644   **Block:** 1878   **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary

ECB Violation Number: 39004478K

**VIOLATION OPEN**

**Severity:** CLASS - 2

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

## Respondent Information

**Name:**   230 W 107 STREET LLC ATTE

**Mailing Address:**   P OBOX 967 , NEW YORK , NY 10272

## Violation Details

**Violation Date:**   06/19/2019

**Served Date:**   07/01/2019

**Violation Type:**   CONSTRUCTION

**Inspection Unit:**   MANHATTAN CONSTRUCTION

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 202 | 28-301.1 | FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER |

**Specific Violation Condition(s) and Remedy:**

FAILURE TO MAINTAIN BUILDING IN CODE-COMPLIANT MANNER. NOTED, AT THE TIME OF INSPECTION OBSERVED ONE STEP MISSING IN THE FIRE ESCAPE AT THE2ND FLOOR ABOVE THE SIDE ENTRY DOOR, ALSO OBSERVED 3 INCH PIPE ON THE

**Issuing Inspector ID:**   3081

**Issued as Aggravated Level:**  NO

**DOB Violation Number:**

## Dept. of Buildings Compliance History and Events

**Certification Status:**   NO COMPLIANCE RECORDED

**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:** 08/29/2019 9:30

**Hearing Status:**   PENDING

## ECB Penalty Information

**Penalty Imposed:**   $0.00

**Adjustments:**   $0.00

**Amount Paid:**   $0.00

**Penalty Balance Due:**   $0.00

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 41 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 42 of 61

# NYC

# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

### NYC Department of Buildings

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** <u>1056644</u>   **Block:** 1878   **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary

ECB Violation Number: 39004479M

**VIOLATION OPEN**

**Severity:** CLASS - 2

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

## Respondent Information

**Name:** 230 W 107 STREET LLC ATTE

**Mailing Address:** P OBOX 967 , NEW YORK , NY 10272

## Violation Details

**Violation Date:** 06/19/2019

**Served Date:** 07/01/2019

**Violation Type:** CONSTRUCTION

**Inspection Unit:** MANHATTAN CONSTRUCTION

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 201 | 28-105.1 | WORK WITHOUT A PERMIT |

**Specific Violation Condition(s) and Remedy:**

WORK WITHOUT A PERMIT. NOTED, AT THE TIME OF INSPECTION OBSERVED ERECTED LAUNDRY ROOM INCLUDES WASHING AND DRYERS MACHINES AND PLUMBING CONNECTIONS IN THE CELLAR LEVEL. WORK DONE 100%. , OBTAIN ALL PERMITS

**Issuing Inspector ID:** 3081

**Issued as Aggravated Level:** NO

**DOB Violation Number:**

## Dept. of Buildings Compliance History and Events

**Certification Status:** NO COMPLIANCE RECORDED

**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:** 08/29/2019  9:30

**Hearing Status:** PENDING

## ECB Penalty Information

**Penalty Imposed:** $0.00

**Adjustments:** $0.00   **Amount Paid:** $0.00

**Penalty Balance Due:** $0.00

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 43 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details                                                                                    8/9/19, 2:12 PM

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 44 of 61

# NYC Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

**NYC Department of Buildings**

## ECB Violation Details

Premises: 230 WEST 107 STREET MANHATTAN

Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025

BIN: 1056644   Block: 1878   Lot: 47

Community Board: 107

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 35399224Y

Severity: CLASS - 1

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00

Hearing Status: PENDING

## Respondent Information

Name:                        230 W 107 STREET LLC

Mailing Address:         P.OBOX 967 , NY , NY 10272

## Violation Details

Violation Date:          05/25/2019          Violation Type:        CONSTRUCTION

Served Date:             05/25/2019          Inspection Unit:       SPECIAL OPERATIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 187 | 28-201.1 | UNLAWFUL ACTS. FAILURE TO COMPLY WITH COMMISSIONER'S ORDER |

Specific Violation Condition(s) and Remedy:

FAILURE TO COMPLY WITH THE COMMISSIONERS' ORDER CONTAINED IN SUMMONS/VIOLATION #35386108Y ISSUED ON 3/19/19 AND TO FILE A CERT.OF CORRECTIONPURSUANT TO 28-201.1 AND 1RCNY 102-01.WORK W/O PERMIT.REM:COMPLY WITH

Issuing Inspector ID:        2882          DOB Violation Number: 052519ASPOMO03

Issued as Aggravated Level:  NO

## Dept. of Buildings Compliance History and Events

Certification Status:        NO COMPLIANCE RECORDED          Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time:  09/19/2019  10:30          Hearing Status:        PENDING

## ECB Penalty Information

Penalty Imposed:         $0.00

Adjustments:             $0.00          Amount Paid:          $0.00

Penalty Balance Due:     $0.00

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

# NYC Buildings

☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS** 

NYC Department of Buildings

## ECB Violation Details

Premises: 230 WEST 107 STREET MANHATTAN

Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025

BIN: 1056644  Block: 1878  Lot: 47

Community Board: 107

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 35399450M

Severity: CLASS - 2

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due: $0.00

Hearing Status: PENDING

---

## Respondent Information

| | |
|---|---|
| Name: | 230 W 107 STREET LLC |
| Mailing Address: | P.OBOX 967 , NY , NY 10272 |

---

## Violation Details

| | | | |
|---|---|---|---|
| Violation Date: | 05/25/2019 | Violation Type: | CONSTRUCTION |
| Served Date: | 05/25/2019 | Inspection Unit: | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 263 | 28-204.4 | FAILURE TO COMPLY WITH THE COMMISSIONER'S ORDER TO FILE A CERTIFICATE OF CORRECTION WITH THE DEPARTMENT OF BUILDINGS |

Specific Violation Condition(s) and Remedy:

FAILURE TO COMPLY WITH THE COMMISSIONERS' ORDER CONTAINED IN SUMMONS/VIOLATION #35386107M ISSUED ON 3/19/19 AND TO FILE A CERT.OF CORRECTIONPURSUANT TO 28-201.1 AND 1RCNY 102-01.OCCUPANCY CONTRARY TO THAT ALLOW

Issuing Inspector ID: 2882

DOB Violation Number: 052519ASPOMO04

Issued as Aggravated Level: AGGRAVATED OFFENSE LEVEL 1

---

## Dept. of Buildings Compliance History and Events

Certification Status:    NO COMPLIANCE RECORDED    Compliance On:

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

---

## ECB Hearing Information

Scheduled Hearing Date/Time:  09/19/2019  10:30    Hearing Status:    PENDING

---

## ECB Penalty Information

| | | | |
|---|---|---|---|
| Penalty Imposed: | $0.00 | | |
| Adjustments: | $0.00 | Amount Paid: | $0.00 |

---

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 47 of 61

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

8/9/19, 2:13 PM

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 48 of 61

# NYC

## Buildings

☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

# NYC

**NYC Department of Buildings**

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**

**BIN:** <u>1056644</u>  **Block:** 1878  **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary

ECB Violation Number: 35386107M

**VIOLATION OPEN**

**Severity:** CLASS - 1

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

## Respondent Information

**Name:**                  230 W 107 STREET LLC ATTN

**Mailing Address:**       P.O. BOX 967 , NY , NY 10272-096

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 03/19/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 03/19/2019 | **Inspection Unit:** | SPECIAL OPERATIONS |

| **Infraction Codes** | **Section of Law** | **Standard Description** |
|---|---|---|
| 103 | 28-118.3.2 | OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERTIFICATE OF OCCUPANCY OR BUILDINGS DEPARTMENT RECORDS |

**Specific Violation Condition(s) and Remedy:**

OCCUPANCY CONTRARY TO CERT TO OCCUPANCY OR DOB RECORDS AT CELLAR,AT TIME OF INSPECTION. NOTED: CREATED ADDITIONAL 1 CLASS'A'APT W/FULL HEIGHT PARTITIONS,3PC BATHROOM FULL KITCHEN W/GAS STOVE FOR COOKING,WATER

**Issuing Inspector ID:**    2844

**Issued as Aggravated Level:**  NO

**DOB Violation Number:** 031919CSPODG09

## Dept. of Buildings Compliance History and Events

**Certification Status:**    NO COMPLIANCE RECORDED            **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  10/31/2019  8:30    **Hearing Status:**    PENDING

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 49 of 61

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.



# Buildings

☒ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

NYC Department of Buildings

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** <u>1056644</u>  **Block:** 1878  **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 35386108Y

**Severity:** CLASS - 1

**Penalty Balance Due:**  $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

## Respondent Information

**Name:**                230 WEST 107 STREET LLC A

**Mailing Address:**     PO BOX 967 , NY , NY 10272

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 03/19/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 03/19/2019 | **Inspection Unit:** | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 101 | 28-105.1 | WORK WITHOUT A PERMIT |

**Specific Violation Condition(s) and Remedy:**

WORK WITHOUT A PERMIT.AT TIME OF INSPECTION AT CELLAR NOTED ERECTED FULL HEIGHT PARTITIONS WITH DOORS AND LOCKING DEVICES CREATING TWO ADDITIONAL DWELLING UNITS (1)CLASS A APT WITH 3 PIECE BATHROOM FULL KITCHE

**Issuing Inspector ID:**     2844

**DOB Violation Number:**
03192019CSPODG10

**Issued as Aggravated Level:**  NO

## Dept. of Buildings Compliance History and Events

**Certification Status:**     NO COMPLIANCE RECORDED          **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  10/31/2019  8:30      **Hearing Status:**      PENDING

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

ECB Violation Details

20-12960-lgb     Doc 15-1     Filed 01/03/21     Entered 01/03/21 19:59:17     Exhibit
Stipulation and Consent Order     Culver v 230 W 107 Street LLC     Index No 6     Pg 51 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 52 of 61

# NYC Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

## NYC Department of Buildings
## ECB Violation Details

Premises: 230 WEST 107 STREET MANHATTAN

Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025

BIN: 1056644   Block: 1878   Lot: 47

Community Board: 107

## ECB Violation Summary

**VIOLATION OPEN**

ECB Violation Number: 35402320Z

Severity: CLASS - 1

Certification Status: NO COMPLIANCE RECORDED

Penalty Balance Due:  $0.00

Hearing Status: PENDING

## Respondent Information

| | |
|---|---|
| **Name:** | 230 W 107 STREET LLC/AHUV |
| **Mailing Address:** | POXBOX 967 , NEW YORK , NY 10272 |

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 06/05/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 06/05/2019 | **Inspection Unit:** | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 103 | 28-118.3.2 | OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERTIFICATE OF OCCUPANCY OR BUILDINGS DEPARTMENT RECORDS |

**Specific Violation Condition(s) and Remedy:**
OCCUPANCY CONTRARY TO CERTIFICATE OF OCCUPANCY OR DEPT OF BUILDING RECORDS AT TIME OF INSPECTION NOTED: AT 1ST FL APT# 1G CREATED DUPLEX APT JOB# 121367644 IS FOR CELLAR RECREATION ROOM NOT FOR SLEEPING IN CONS

Issuing Inspector ID:   2844

DOB Violation Number: 060519CSPODG04

Issued as Aggravated Level:  NO

## Dept. of Buildings Compliance History and Events

**Certification Status:**       NO COMPLIANCE RECORDED          **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

Scheduled Hearing Date/Time:  08/08/2019  8:30       **Hearing Status:**       PENDING

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

ECB Violation Details

20-12960-lgb   Doc 15-1   Filed 01/03/21   Entered 01/03/21 19:59:17   Exhibit
Stipulation and Consent Order   Culver v 230 W 107 Street LLC   Index No 6   Pg 54 of 61

# NYC

# NYC

## Buildings

⊠ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

NYC Department of Buildings

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**

**Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025**

**BIN:** 1056644   **Block:** 1878   **Lot:** 47

**Community Board:** 107

## ECB Violation Summary

## VIOLATION OPEN

ECB Violation Number: 35402321K

**Severity: CLASS - 1**

**Certification Status:** NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00

**Hearing Status:** PENDING

## Respondent Information

**Name:**                230 W 107 STREET LLC/AHUV

**Mailing Address:**     PO BOX 967 , NEW YORK , NY 10272

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 06/05/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 06/05/2019 | **Inspection Unit:** | SPECIAL OPERATIONS |

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 101 | 28-105.1 | WORK WITHOUT A PERMIT |

**Specific Violation Condition(s) and Remedy:**

WORK WITH OUT A PERMIT AT TIME OF INSPECTION NOTED AT CELLAR APT #11-2 ERECTED FULL HEIGHT PARTITIONS CREATING (1) THREE BEDROOM DWELLING WITH TWO (3) PIECE BATHS (1) FULL KITCHEN WITH GAS STOVE FOR COOKING WAS

**Issuing Inspector ID:**   2844

**DOB Violation Number:** 060519CSPODG03

**Issued as Aggravated Level:**   NO

## Dept. of Buildings Compliance History and Events

**Certification Status:**        NO COMPLIANCE RECORDED

**Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  08/08/2019  8:30

**Hearing Status:**   PENDING

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 55 of 61

If you have any questions please review these <u>Frequently Asked Questions</u>, the <u>Glossary</u>, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

# NYC

## Buildings

⊠ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

**NYC Department of Buildings**

## ECB Violation Details

**Premises: 230 WEST 107 STREET MANHATTAN**                    Filed At: 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** 1056644   **Block:** 1878   **Lot:** 47                                 Community Board: 107

## ECB Violation Summary                                                          VIOLATION OPEN

ECB Violation Number: 39002406M

**Severity: CLASS - 2**                                          Certification Status: NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                                        Hearing Status: PENDING

---

## Respondent Information

**Name:**                    230 W 107 STREET LLC ATTE

**Mailing Address:**         P OBOX 967 , NEW YORK , NY 10272

---

## Violation Details

**Violation Date:**          04/27/2019          **Violation Type:**      CONSTRUCTION

**Served Date:**             04/27/2019          **Inspection Unit:**     MANHATTAN CONSTRUCTION

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 201 | 28-105.1 | WORK WITHOUT A PERMIT |

**Specific Violation Condition(s) and Remedy:**

WORK WITHOUT A PERMIT: NOTED: UPON INSPECTION OF APT 6K OBSERVED PARTITION WALLS BUILT AT FRONT
OF APT. CREATING AN EXTRA ROOM. ROOM IS APPROXIMATELY 8 FEET WIDE BY 16 FEET LONG. WOODEN DOOR
AND HARDWARE. WORK

**Issuing Inspector ID:**    2923                                **DOB Violation Number:**

**Issued as Aggravated Level:** NO

---

## Dept. of Buildings Compliance History and Events

**Certification Status:**        NO COMPLIANCE RECORDED                 **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

---

## ECB Hearing Information

**Scheduled Hearing Date/Time:** 08/29/2019  11:30       **Hearing Status:**      PENDING

---

## ECB Penalty Information

**Penalty Imposed:**         $0.00

**Adjustments:**             $0.00          **Amount Paid:**        $0.00

**Penalty Balance Due:**     $0.00

---

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 57 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

# NYC

## Buildings



✉ **CLICK HERE TO SIGN UP FOR BUILDINGS NEWS**

**NYC Department of Buildings**

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN                **Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**BIN:** <u>1056644</u>   **Block:** 1878   **Lot:** 47                **Community Board:** 107

## ECB Violation Summary                                       **VIOLATION OPEN**

ECB Violation Number: 35425454X

**Severity:** CLASS - 1                                **Certification Status:** NO COMPLIANCE RECORDED

**Penalty Balance Due:** $0.00                        **Hearing Status:** PENDING

---

## Respondent Information

**Name:**            230 W 107 STREET LLC
**Mailing Address:**  1 BATTERY PARK SUITE 3100 , NEW YORK , NY 10004

---

## Violation Details

| | | | |
|---|---|---|---|
| **Violation Date:** | 06/10/2019 | **Violation Type:** | CONSTRUCTION |
| **Served Date:** | 06/10/2019 | **Inspection Unit:** | MIDTOWN TASK FORCE |

| Infraction Codes | Section of Law | | Standard Description |
|---|---|---|---|
| 106 | 27-MISC, 28-MISC, BC -MIS | MISCELLANEOUS VIOLATIONS | |

**Specific Violation Condition(s) and Remedy:**
907.2.8 FAILURE TO PROVIDE FIRE ALARM SYSTEM FOR TRANSIENT USE AT APT#1J (CLASS J) REMEDY:
DISCONTINUE ILLEGAL OCCUPANCY.

**Issuing Inspector ID:**   3043                        **DOB Violation Number:** 061019CMTFHZ03
**Issued as Aggravated Level:** NO

---

## Dept. of Buildings Compliance History and Events

**Certification Status:**    NO COMPLIANCE RECORDED                **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not
dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even
if you have paid the penalty imposed by ECB.

---

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  08/08/2019  8:30        **Hearing Status:**        PENDING

---

## ECB Penalty Information

| | | | |
|---|---|---|---|
| **Penalty Imposed:** | $0.00 | | |
| **Adjustments:** | $0.00 | **Amount Paid:** | $0.00 |
| **Penalty Balance Due:** | $0.00 | | |

---

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 59 of 61

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.

# NYC

# Buildings

☒ CLICK HERE TO SIGN UP FOR BUILDINGS NEWS

NYC Department of Buildings

## ECB Violation Details

**Premises:** 230 WEST 107 STREET MANHATTAN

**BIN:** 1056644   **Block:** 1878   **Lot:** 47

**Filed At:** 230 WEST 107 STREET , MANHATTAN , NY 10025

**Community Board:** 107

## ECB Violation Summary

### VIOLATION OPEN

ECB Violation Number: 35434272J

**Severity:** CLASS - 1

**Penalty Balance Due:** $0.00

**Certification Status:** NO COMPLIANCE RECORDED

**Hearing Status:** PENDING

## Respondent Information

**Name:**                230 WEST 107TH STREET LLC

**Mailing Address:**     PO BOX 967 , MANHATTAN , NY 10272

## Violation Details

**Violation Date:**      06/25/2019

**Served Date:**         06/25/2019

**Violation Type:**      CONSTRUCTION

**Inspection Unit:**     SPECIAL OPERATIONS

| Infraction Codes | Section of Law | Standard Description |
|---|---|---|
| 103 | 28-118.3.2 | OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERTIFICATE OF OCCUPANCY OR BUILDINGS DEPARTMENT RECORDS |

**Specific Violation Condition(s) and Remedy:**

OCCUPANCY CONTRARY TO THAT ALLOWED BY THE CERTIFICATE OF OCCUPANCY ORBUILDING DEPARTMENT RECORDS NOTED:DUPLEZ APARTMENT 1K CELLAR SPACE ILLEGALLY ARRANGED AND OCCUPIED AS A BEDROOM WITH NED AND PERSONAL EFFECT

**Issuing Inspector ID:**   2871

**Issued as Aggravated Level:**   NO

**DOB Violation Number:** 06252019CSPODB02

## Dept. of Buildings Compliance History and Events

**Certification Status:**   NO COMPLIANCE RECORDED      **Compliance On:**

A Certificate of Correction must be submitted to the Administrative Enforcement Unit (AEU) for all violations. A violation that is not dismissed by ECB will continue to remain ACTIVE or "open" on DOB records until acceptable proof is submitted to the AEU, even if you have paid the penalty imposed by ECB.

## ECB Hearing Information

**Scheduled Hearing Date/Time:**  09/26/2019  10:30      **Hearing Status:**      PENDING

## ECB Penalty Information

**Penalty Imposed:**        $0.00

**Adjustments:**            $0.00            **Amount Paid:**      $0.00

ECB Violation Details

20-12960-lgb    Doc 15-1    Filed 01/03/21    Entered 01/03/21 19:59:17    Exhibit
Stipulation and Consent Order    Culver v 230 W 107 Street LLC    Index No 6    Pg 61 of 61
Penalty Balance Due    $0.00

If you have any questions please review these Frequently Asked Questions, the Glossary, or call the 311 Citizen Service Center by dialing 311 or (212) NEW YORK outside of New York City.