UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                    Chapter 11

    203 W 107 Street LLC, *et al*,[1]              Case No.  20-12960 (SCC)
                                                     Jointly Administered

    Debtors.
-----------------------------------------------------------x

# ORDER AUTHORIZING THE RETENTION OF BELKIN BURDEN GOLDMAN, LLP AS SPECIAL COUNSEL

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in-possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases"), pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Rules 2014-1 and 9013-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules"), for entry of an order authorizing the employment of BELKIN Burden Goldman, LLP ("BBG") as special landlord tenant counsel to the Debtors, all as more fully described in the Application; and upon the accompanying Declaration of Scott F. Loffredo attached to the Application as Exhibit A (the "Loffredo Declaration"); and the Court being satisfied, based upon the representations made in the Application and the Loffredo Declaration that BBG neither holds nor represents an interest adverse to the Debtors' estates with respect to the matters upon which it is to be engaged; and the Court having jurisdiction to decide the Application and the relief

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:    203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).
[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Application.

requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the relief requested in the Application having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, and is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Application is granted to the extent set forth herein; and it is further

ORDERED, that pursuant to § 327(e) of the Bankruptcy Code, the Debtors are authorized to employ and retain BBG as their special landlord tenant counsel in connection with the Special Counsel Matters in accordance with BBG's normal hourly rates and disbursement policies, all as contemplated by the Application; and it is further

ORDERED, that BBG is authorized to render the following professional services to the Debtors:

> a. Commence Landlord-Tenant related litigation including nonpayment proceedings, holdover proceedings, Supreme Court and Federal Court action to enforce Debtors' rights against defaulting tenants;
> b. Advise Debtors as to rent regulatory issues including but not limited to the preparation and filing of annual rent registration statements with the New York Statement Department

of Housing Community and Renewal ("DHCR"), and annual registrations with the Department of Housing Preservation and Development ("DHPD"),

c. Assisting with obtaining access into units within Debtors' properties for purposes of performing necessary repairs required by New York Law;

d. Defending Debtors' against any adverse filings made with any Federal, City, or State Court or Agency.

ORDERED, that compensation and expenses of BBG shall be sought upon, and paid, only upon an order granting an application pursuant to sections 330 and 331 of the Bankruptcy Code, as the case may be, and applicable provisions of the Bankruptcy Rules, the Local Bankruptcy Rules, fee and expenses guidelines, and any other applicable procedures and orders of the Court; and it is further

ORDERED, that at least ten business days before implementing any increases in the rates of BBG professionals providing services in this case, BBG shall file and serve on the Debtors, the U.S. Trustee, counsel to the Lender, and any statutory committee appointed in these chapter 11 cases a supplemental affidavit providing justification for any such rate increases and stating whether the Debtors have agreed to them. All parties in interest retain the right to object to any rate increases on any grounds; and it is further

ORDERED, that to the extent the Application, the supporting affidavits, and any engagement agreement(s) are inconsistent with this Order, the terms of this Order shall govern; and it is further

ORDERED, that the Debtors are authorized to take all action necessary to effectuate the relief granted in this Order; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

3

Dated: New York, New York
      January 27, 2021

                                           <u>/S/ Shelley C. Chapman</u>
                                           United States Bankruptcy Judge

4