# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: 203 W 107th Street LLC                                   CASE NO.: 20–12960–lgb

Social Security/Taxpayer ID/Employer ID/Other Nos.:             CHAPTER: 11
82–4248429

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Lisa G Beckerman on February 26, 2021 for administration. Please style all future captions with the appropriate judicial suffix (lgb ).

Dated: February 26, 2021                                        Vito Genna
                                                                Clerk of the Court