**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
|  | ) Case No. 20-12960 (LGB) |
| 203 W 107 STREET LLC, *et al.*,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

## ORDER APPROVING THE SETTLEMENT OF CERTAIN TENANT CLAIMS

Upon the motion (the "Motion") [ECF No. 134] of the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for entry of an order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the settlement (the "Settlement") of certain tenant claims (the "Tenant Claims") identified in Exhibit B to the Motion filed against the Debtors' estates pursuant to that certain settlement agreement attached as Exhibit D to the Motion (the "Settlement Agreement")[2] by and among the Debtors, LoanCore Capital Credit REIT LLC ("LoanCore") on behalf of itself and the Successor Owners, and each of those tenants identified in Exhibit B to the Motion (each, a "Settling Tenant" and collectively, the "Settling Tenants");[3] and upon the Diamond Declaration submitted in support of the Motion; and the Court having jurisdiction to consider the Motion and the relief

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

[2] Capitalized terms used but not otherwise defined in this 9019 Order shall have the meanings ascribed to such terms in the Motion.

[3] In addition to the Settling Tenants' names, Exhibit B indicates the claim number for each Tenant Claim, the Debtor against whom the Tenant Claim was filed, and the settlement number amounts to be inserted into the Settlement Agreement for each of the Settling Tenants.

requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and held a hearing to consider the relief requested in the Motion on December 21, 2021 (the "Hearing"); and upon the record of the Hearing; and after due deliberation, the Court having determined that the legal and factual basis set forth in the Motion and at the Hearing establish good and sufficient cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, creditors and all parties in interest; now, therefore, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Settlement Agreement attached to the Motion as Exhibit D is approved in its entirety; and it is further

**ORDERED** that the Court finds and determines that the proposed compromise and resolution embodied in the Settlement Agreement is reasonable and appropriate and a valid exercise of the Debtors' business judgment and that standard in *Motorola, Inc. v. Official Comm. of Unsecured Creditors (In re Iridium Operating LLC)*, 478 F.3d 452 (2d Cir. 2007) has been satisfied; and it is further

**ORDERED** that the Debtors are authorized and directed to execute the individual Settlement Agreements with each of the Settling Tenants and the other Parties and are authorized

to perform pursuant to its terms, and to take any and all actions necessary and appropriate to consummate such Settlement Agreements, and execute and deliver any documents, agreements or instruments as may be necessary or appropriate to implement such Settlement Agreements; and it is further

**ORDERED** that the Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order; and it is further

**ORDERED** that, notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order and the Settlement Agreement approved herein.


Dated: December 21, 2021           **/s/ Lisa G. Beckerman**
New York, NY                       The Honorable Lisa G. Beckerman