Hearing Date: June 29, 2022 at 10:00 a.m. (ET)

| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Robert T. Schmidt<br>Joseph A. Shifer<br>Rose Hill Bagley<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 | THE LEGAL AID SOCIETY<br>HOUSING JUSTICE UNIT<br>Yesenia M. Godoy<br>2090 Adam Clayton Powell Jr. Blvd, 3rd Floor<br>New York, NY 10027<br>Telephone: (212) 436-3008 |

*Attorneys for the Tenants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
: 
In re:                                                                                     :    Chapter 11
                                                                                               :
203 W 107 STREET LLC, *et al.*,                                       :    Case No. 20-12960 (LGB)
                                                                                               :
                              Debtors.                                               :    (Jointly Administered)
                                                                                               :
------------------------------------------------------------------ X

**NOTICE OF THE MOTION OF THE TENANTS FOR ENTRY OF AN ORDER (I) RECONSIDERING THE ORDER SUSTAINING THE DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS AS TO THE TENANTS, (II) DEEMING THE TENANTS' CLAIMS TIMELY FILED, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  A hearing on the Motion of the Tenants for Entry of an Order (I) Reconsidering the Order Sustaining the Debtors' First Omnibus Objection to Claims as to the Tenants, (II) Deeming the Tenants' Claims Timely Filed, and (III) Granting Related Relief [D.I. 194] (the "**Motion**") by the tenants of East 117 Realty LLC (the "**Tenants**") filed on June 13, 2022 will take place before the Hon. Lisa G. Beckerman, United States Bankruptcy Judge, at the Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 (the "**Court**") on **June 29, 2022 at 10:00 a.m. (ET)** (the "**Hearing**"). The Hearing on the Motion may be adjourned or continued from time to time by the Court.

KL2 3289850.1

- 2 -

2. Any responses or opposition to the Motions shall: (a) be in writing; (b) conform to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York; and (c) be timely served as required by the Local Bankruptcy Rules for the Southern District of New York on (i) counsel to the Tenants, Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Attn: Robert T. Schmidt, Joseph A. Shifer, and Rose Hill Bagley; and (ii) co-counsel to the Tenants, The Legal Aid Society, Housing Justice Unit, 2090 Adam Clayton Powell Jr. Blvd, 3rd Floor New York, NY 10027, Attn: Yesenia M. Godoy; and (iii) any person or entity with a particularized interest in the subject matter of the objection, on or before **June 22, 2022 at 5:00 p.m. (ET)**.

1. Only those responses that are timely filed, served, and received will be considered at the Hearing. Failure to file a timely response or objection may result in entry of an order sustaining the Motion as requested by the Tenants.

2. Copies of the Motion and any pleadings can be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  June 13, 2022

Respectfully submitted,

/s/ *Joseph A. Shifer*
Robert T. Schmidt
Joseph A. Shifer
Rose Hill Bagley
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Email: rschmidt@kramerlevin.com
jshifer@kramerlevin.com
rbagley@kramerlevin.com

Yesenia M. Godoy
THE LEGAL AID SOCIETY
HOUSING JUSTICE UNIT
2090 Adam Clayton Powell Jr. Blvd, 3rd Floor
New York, NY 10027
Telephone: (212) 436-3008
Email: YGodoy@legal-aid.org

*Attorneys for the Tenants*

- 3 -