KRAMER LEVIN NAFTALIS
& FRANKEL LLP
Robert T. Schmidt
Joseph A. Shifer
Rose Hill Bagley
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

THE LEGAL AID SOCIETY
HOUSING JUSTICE UNIT
Yesenia M. Godoy
2090 Adam Clayton Powell Jr. Blvd, 3rd Floor
New York, NY 10027
Telephone: (212) 436-3008

*Attorneys for the Tenants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| 203 W 107 STREET LLC, *et al.*, | : | Case No. 20-12960 (LGB) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

|  |  |  |
|---|---|---|
| STATE OF NEW YORK | : |  |
|  | : ss |  |
| COUNTY OF NEW YORK | : |  |

I, Wendy H. Kane, being duly sworn, deposes and says:

1.      I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.      On June 23, 2022, I caused a true and correct copy of the following document to be served upon the parties listed on the service list attached as Annex A by electronic mail service and upon the parties listed on the service list attached as Annex B by first class mail service.

- *Notice Adjourning Hearing on the Motion of the Tenants for Entry of an Order (I) Reconsidering the Order Sustaining the Debtors First Omnibus Objection to Claims as to the Tenants, (II) Deeming the Tenants Claims Timely Filed, and (III) Granting Related Relief* [ECF No. 200].

Wendy H. Kane

Sworn to before me this
28th day of June, 2022

Notary Public, State of New York

JACQUELINE H. KINDLER
Notary Public, State of New York
NO. 01KI6432166
Qualified in New York County
Commission Expires April 25, 20 26

## Annex A

**Via Electronic Mail**

ephraim@arbelcapital.com
mfrankel@bfklaw.com
paul.schwartzberg@usdoj.gov
steve.gliatta@arnoldporter.com
Benjamin.mintz@arnoldporter.com

**<u>Annex B</u>**

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
0081
CASE 20-12960-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-47-33 EST 2020

203 W 107TH STREET
LLC
PO BOX 967
NEW YORK NY 10272-0967

ALISON SCHWARTZ
203 W 107TH STREET
8B
NEW YORK NY 10025-3025

ANA VARELA
203 W 107TH STREET
C
NEW YORK NY 10025-3025

AVRA MATSOUKAS
203 W 107TH STREET
3B
NEW YORK NY 10025-3022

BARBARA FRIEDLAND
203 W 107TH STREET
7A
NEW YORK NY 10025-3024

BARBARA SWING
203 W 107TH STREET
D
NEW YORK NY 10025-3067

CITY WIDE EXTERMINATING
PO BOX 2018
DOYLESTOWN PA 18901-0610

COUNTY OIL COMPANY INC
65 SOUTH 11TH STREET
STE 1E
BROOKLYN NY 11249-7003

EXECUTIVE ENGINEERING PC
000 BAY PARKWAY
SUITE F
BROOKLYN NY 11204-5509

GOLDBERG AND WEINBERGER LLP 11312 US
15501 NORTH SUITE 107-141
CHAPEL HILL NC 27517-6375

HANA MARRITZ
203 W 107TH STREET
5A
NEW YORK NY 10025-3023

IRMA LAGUERRE
203 W 107TH STREET
B
NEW YORK NY 10025-3024

JEFF DOBBS
203 W 107TH STREET
2A
NEW YORK NY 10025-3067

JOHN OGRADY
203 W 107TH STREET
2B
NEW YORK NY 10025-3022

JOSEPH FRIENDLY
203 W 107TH STREET
A
NEW YORK NY 10025-3025

JUDITH GREENTREE
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

JULIA QUINTANA
203 W 107TH STREET
1C
NEW YORK NY 10025-3067

KATHERINE MARCUS
203 W 107TH STREET
6A
NEW YORK NY 10025-3024

KELLY IRWIN
203 W 107TH STREET
4C
NEW YORK NY 10025-3023

KOLBERG BUILDING CONSULTANTS LLC
101 BERRY STREET
APARTMENT 3
BROOKLYN NY 11249-2939

LENS APPLIANCE INC 8025 7TH AVENUE
BROOKLYN NY 11228-2803

LESLIE GOFF
203 W 107TH STREET
5B
NEW YORK NY 10025-3023

MPG CONSULTING INC
50 RUTLEDGE STREET
SUITE 504
BROOKLYN NY 11249-7812

NYC DEPARTMENT OF HOUSING PRESERVATION
AND DEVELOPMENT
00 GOLD STREET
NEW YORK NY 10038-1605

NYC DEPT OF ENVIRONMENTAL PROTECTION
5917 JUNCTION BLVD 13TH FLOOR
ELMHURST NY 11373-5108

NATIONAL FIRE EXTINGUISHER CO INC
97 SHEFFIELD AVE
BROOKLYN NY 11207-2410

NEW YORK WATER MANAGEMENT
1 UNIVERSITY PLAZA SUITE 600 HACKENSACK
NJ 07601-6224

PAOLA CUEVAS
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

PHILIP FEIL
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

RONALD SALEH
203 W 107TH STREET
9A
NEW YORK NY 10025-3026

STATE OF NEW YORK ATTORNEY GENERALS
OFFICE
120 BROADWAY
NEW YORK NY 10271-0002

SUSAN GRAHAM
203 W 107TH STREET
9A
NEW YORK NY 10025-3026

SUZZAN CRAIG
203 W 107TH STREET
1B
NEW YORK NY 10025-3025

TERESA RICHARDS
203 W 107TH STREET
2C
NEW YORK NY 10025-3022

TODD ROTHENBERG ESQ
271 NORTH AVE SUITE 115 NEW
ROCHELLE NY 10801-5109

UDAY DHAR
203 W 107TH STREET
6C
NEW YORK NY 10025-3024

ULTIMATE BOILER TREATMENTS 674
BROADWAY
CEDARHURST NY 11516-2620

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE US
FEDERAL OFFICE BUILDING
201 VARICK STREET
ROOM 1006
NEW YORK NY 10014-7016

UNITED STATES OF AMERICA CO US ATTORNEY
86 CHAMBERS STREET
NEW YORK NY 10007-1825

VCORP SERVICES
5 ROBERT PITT DR 204
MONSEY NY 10952

VERIZON
PO BOX 1100
ALBANY NY 12212-1100

WILLIAM DAHGLIAN
203 W 107TH STREET
6C
NEW YORK NY 10025-3025

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12961-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-48-02 EST 2020

210 W 107TH STREET
LLC
PO BOX 967
NEW YORK NY 10272-0967

210 W 107TH STREET
LLC
CO EMERALD EQUITY GROUP LLC ONE BATTERY
PARK PLAZA SUITE 3100
NEW YORK NY 10004-1402

ALEKSANDRA MELNIK
210 W 107TH STREET
4F
NEW YORK NY 10025-3087

ALISON MIRYLEES
210 W 107TH STREET
3F
NEW YORK NY 10025-8347

ANNA SMITH
210 W 107TH STREET
6E
NEW YORK NY 10025-3097

BROOKE FAIRBANKS
210 W 107TH STREET
2A
NEW YORK NY 10025-8346

CARLY STERN
210 W 107TH STREET
N
EW YORK NY 10025-8349

CAROL HESSLER
210 W 107TH STREET
D
NEW YORK NY 10025-8346

CHARLOTTE LEDOUX
210 W 107TH STREET
6C
NEW YORK NY 10025-3097

CHARTER COMMUNICATIONS
210 W 107TH STREET
NEW YORK NY 10025-3005

CHRISTOPHER CARR
210 W 107TH STREET
4H
NEW YORK NY 10025-3087

CITYLIGHT ENERGY INC
325 BROADWAY SUITE 402 N
EW YORK NY 10007-3665

CLAUDE BUSSIERES
210 W 107TH STREET
5E
NEW YORK NY 10025-8348

COINMACH CORP LAUNDRY
210 W 107TH STREET
NEW YORK NY 10025-3005

COUNTY OIL COMPANY INC
65 S 11TH STREET
BROOKLYN NY 11249-7000

DOUGLAS BOEHME
210 W 107TH STREET
6C
NEW YORK NY 10025-3097

EMILY FIGUEROA
210 W 107TH STREET
1C
NEW YORK NY 10025-3007

HELEN GONZALEZ
210 W 107TH STREET
3D
NEW YORK NY 10025-3073

JIAGENG GUO
210 W 107TH STREET
5H
NEW YORK NY 10025-3097

JIM RUSH
210 W 107TH STREET
4
NEW YORK NY 10025-3087

JIN SOO LIM REZI REZI
210 W 107TH STREET
3G
NEW YORK NY 10025-8347

JOHN HERR
210 W 107TH STREET
1B
NEW YORK NY 10025-3007

JOSH RASKIN
210 W 107TH STREET
3J
NEW YORK NY 10025-3073

JUAN DIAZ
210 W 107TH STREET
2E
NEW YORK NY 10025-8346

JUDY CASTRO
210 W 107TH STREET
2B
NEW YORK NY 10025-8346

KARIN KOERS REZI REZI
210 W 107TH STREET
4E
NEW YORK NY 10025-3087

KATHRYN FREY
210 W 107TH STREET
3H
NEW YORK NY 10025-8347

KUCKER MARINO WINIARSKY BITTENS LLP
747 3RD AVE
NEW YORK NY 10017-2803

LAURA VARGAS
210 W 107TH STREET
2C
NEW YORK NY 10025-8346

LUIS CAMARENA
210 W 107TH STREET
3C
NEW YORK NY 10025-3073

MPG CONSULTING INC
50 RUTLEDGE STREET
504
BROOKLYN NY 11249-7812

MARGARITA PALAEZ
210 W 107TH STREET
3B
NEW YORK NY 10025-3073

MARIO FERRER
210 W 107TH STREET
5G
NEW YORK NY 10025-8348

MAX COHEN
210 W 107TH STREET
1H
NEW YORK NY 10025-3007

MICHELLE CARR
210 W 107TH STREET
5F
NEW YORK NY 10025-8348

NANCY LANGE
210 W 107TH STREET
1F
NEW YORK NY 10025-3007

NICHOLAS TOLLIVER
210 W 107TH STREET
6F
NEW YORK NY 10025-8349

NOEMIE GUILHEM
20 W 107TH STREET
2A
NEW YORK NY 10025-3073

NORA VALENCIA
210 W 107TH STREET
5D
NEW YORK NY 10025-8348

PATRICIA TOMPKINS
210 W 107TH STREET
NEW YORK NY 10025-3097

RAKESH KUMAR
20 W 107TH STREET
6D
NEW YORK NY 10025-3097

RICHARD LANOIX
210 W 107TH STREET
4D
NEW YORK NY 10025-3087

ROBERTA REARDON
210 W 107TH STREET
4C
NEW YORK NY 10025-3087

ROGER HOWELL
20 W 107TH STREET
1A
NEW YORK NY 10025-3007

ROSE ARENAS
210 W 107TH STREET
5A
NEW YORK NY 10025-8348

SUPERIOR MAINTENANCE
162 SPENCER STREET
BROOKLYN NY 11205-3929

TIFFANY CHENG
20 W 107TH STREET
4G
NEW YORK NY 10025-3087

TIRSO PEREZ
210 W 107TH STREET
1E
NEW YORK NY 10025-3007

TONGYUAN LU
210 W 107TH STREET
3E
NEW YORK NY 10025-8347

VCORP SERVICES
3 ROBERT PITT DR 204
MONSEY NY 10952-3366

XIN ZHAO
210 W 107TH STREET
6G
NEW YORK NY 10025-8349

XINGDA LI
210 W 107TH STREET
2F
NEW YORK NY 10025-8346

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12963-SCC
SOUTHERN DISTRICT OF NEW YORK
TUE DEC 29 12-48-27 EST 2020

220 W 107TH STREET
LLC
PO BOX 967
NEW YORK NY 10272-0967

203 W 107TH STREET
LLC
CO EMERALD EQUITY GROUP LL
ONE BATTERY PARK PLAZA
SUITE 3100
MANHATTAN NEW YORK NY 10004-1402

20 W 107TH STREET
LLC
CO EMERALD EQUITY GROUP LLC ONE BATTERY
PARK PLAZA SUITE 3100
NEW YORK NY 10004-1402

AMANDA LEVINE
220 W 107TH STREET
NEW YORK NY 10025-3078

ANDREW GOLTZ
220 W 107TH STREET
3A
NEW YORK NY 10025-3078

ANGELA PISTILLI
20 W 107TH STREET
5D
NEW YORK NY 10025-3036

ANN GOLLIN
220 W 107TH STREET
5F
NEW YORK NY 10025-3036

AVIAD SUSMAN
220 W 107TH STREET
6F
NEW YORK NY 10025-3037

BENJAMIN GENART
20 W 107TH STREET
2F
NEW YORK NY 10025-3031

CAROL ROSEN
220 W 107TH STREET
3B
NEW YORK NY 10025-3032

CHI FENG
220 W 107TH STREET
4D
NEW YORK NY 10025-3034

CITYLIGHT ENERGY INC
25 BROADWAY SUITE 402
NEW YORK NY 10007-3665

CLAIRE LESPERANCE
220 W 107TH STREET
5G
NEW YORK NY 10025-3093

COINMACH CORP
220 W 107TH STREET
NEW YORK NY 10025-3028

CORRECT TEMP
68 HAMPSTEAD ST
METHUEN MA 01844-1250

CUI CAN
220 W 107TH STREET
3E
NEW YORK NY 10025-3032

DANIEL LEAF
220 W 107TH STREET
2C
NEW YORK NY 10025-3031

DANE ZINN
20 W 107TH STREET
6I
NEW YORK NY 10025-3068

ERIKA ROBLES
220 W 107TH STREET
1E
NEW YORK NY 10025-3029

EVA SCHULMAN
220 W 107TH STREET
2A
NEW YORK NY 10025-3030

FOREST BROOK ELECTRICAL CONTRACTORS INC
217 AVENUE X
BROOKLYN NY 11235-2507

FRANCIS POTASH
220 W 107TH STREET
4E
NEW YORK NY 10025-3034

GEORGE SCHIRMANN
220 W 107TH STREET
NEW YORK NY 10025-3035

EDWARD KAYE
20 W 107TH STREET
D
NEW YORK NY 10025-3029

JC SECURITY SYSTEMS
PO BOX 383
BRONX NY 10459-0383

JASMINE WILLIAMSON
220 W 107TH STREET
2G
NEW YORK NY 10025-3078

JESSICA BALBONI
20 W 107TH STREET
6A
NEW YORK NY 10025-3093

JOANNA BARRETT
220 W 107TH STREET
4J
NEW YORK NY 10025-3035

JULIA GLICK
220 W 107TH STREET
3F
NEW YORK NY 10025-3032

KIDEST FIKREMARIAM
20 W 107TH STREET
3I
NEW YORK NY 10025-3033

KYU CHAN KWAK
220 W 107TH STREET
1H
NEW YORK NY 10025-3030

LILLY RECHT
220 W 107TH STREET
NEW YORK NY 10025-3033

LINXUAN SHI
20 W 107TH STREET
2I
NEW YORK NY 10025-3078

MACKENZIE HEATH
220 W 107TH STREET
4C
NEW YORK NY 10025-3034

MARGARET DALY
220 W 107TH STREET
5H
NEW YORK NY 10025-3093

MARK MRAVIC
20 W 107TH STREET
3B
NEW YORK NY 10025-3031

MIAO YU
220 W 107TH STREET
4G
NEW YORK NY 10025-3035

MICHELLE FITZPATRICK
220 W 107TH STREET
4H
NEW YORK NY 10025-3035

NYC WATER BOARD
PO BOX 11863
NEWARK NJ 07101-8163

NOBUHIRO ARAZ
220 W 107TH STREET
4A
NEW YORK NY 10025-3033

NUNEZ RENOVATIONS LLC
55 WEST 129TH STREET
APT GA
NEW YORK NY 10027-2271

PHILIP ANDERSON
220 W 107TH STREET
6
NEW YORK NY 10025-3068

ROBERT COWAN
220 W 107TH STREET
6E
NEW YORK NY 10025-3037

ROBERT JOHANSEN
220 W 107TH STREET
2E
NEW YORK NY 10025-3031

ROBERT MICHAEL BIRD
220 W 107TH STREET
E
NEW YORK NY 10025-3036

ROLANDO ALVAREZ
220 W 107TH STREET
4F
NEW YORK NY 10025-3034

RON CURRIE
220 W 107TH STREET
1A
NEW YORK NY 10025-3029

SAMUEL VINCENT GREENE
220 W 107TH STREET
A
NEW YORK NY 10025-3035

SHAKTI RHYS
220 W 107TH STREET
2C
NEW YORK NY 10025-3031

SIYU ZHOU
220 W 107TH STREET
2D
NEW YORK NY 10025-3031

SOLOMON ROSENZWEIG PE PC
465 EAST 16TH STREET
BROOKLYN NY 11230-6607

STREET
ROD WELDING BOLLER REPAIR
170 BRISTOL ST
BROOKLYN NY 11212-5669

THE LAW FIRM OF CANDACE C CARPONTER
31 SMITH STREET
2ND FLOOR
BROOKLYN NY 11201-5148

UMBRELLA LOCKSMITH
806 2ND AVENUE
NEW YORK NY 10065-5733

WILLIAM COLON
853 MACY PLACE
2G
BRONX NY 10455-1885

XIYU LI
220 W 107TH STREET
2H
NEW YORK NY 10025-3078

YALIN SHI
220 W 107TH STREET
3
NEW YORK NY 10025-3033

YARDI SYSTEMS INC
430 S FAIRVIEW AVENUE
GOLETA CA 93117-3637

CANADA
YARDI SYSTEMS INC
970 LAWRENCE AVENUE WEST
SUITE 304
TORONTO ON M6A 3B6 CANADA

YXIAN ZHANG
220 W 107TH STREET
5
NEW YORK NY 10025-3093

YUNTING SHI
220 W 107TH STREET
6C
NEW YORK NY 10025-3037

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12964-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-48-53 EST 2020

220 W 107TH STREET
LLC
PO BOX 967
NEW YORK NY 10272-0967

210 W 107 STREET
LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

ADITYA MAKOL
230 W 107TH STREET
5H
NEW YORK NY 10025-3048

ALEC LEVINSON
230 W 107TH STREET
6C
NEW YORK NY 10025-3042

ARTHUR NOGUERA
230 W 107TH STREET
1H
NEW YORK NY 10025-3040

ARTHUR SOUFFRONT
230 W 107TH STREET
1F
NEW YORK NY 10025-3039

BROOKE ELBY
250 W 107TH STREET
NEW YORK NY 10025-3042

BEVERLEY SHENKMAN
2.50 W 107TH STREET
1E
NEW YORK NY 10025-3039

BIG APPLE ELEVATOR INDUSTRIES
3521 9TH STREET
ASTORIA NY 11106-5103

BIG APPLE ELEVATOR INDUSTRIES
PO BOX 1337
NEW YORK NY 10156-1337

BINAIFER NOWROJEE
230 W 107TH STREET
4E
NEW YORK NY 10025-3045

BLACK DIAMOND TRUCKING CORPORATION
3740 97TH STREET
CORONA NY 11368-1737

CARROLL MACADAM
230 W 107TH STREET
3B
NEW YORK NY 10025-3044

CHANDELLE WRONG
230 W 107TH STREET
2F
NEW YORK NY 10025-3041

CHARTER COMMUNICATIONS
12405 POWERSCOURT DR
ST. LOUIS MO 63131-3674

COINMATCH CORP CSC SERVICEWORKS
303 SUNNYSIDE BLVD. SUITE 70
PLAINVIEW NY 11803

CON EDISON
ORANGE AND ROCKLAND UTILITIES
390 WEST ROUTE 59 ATT ACCOUNTS PAYABLE
SPRING VALLEY NY 10977-5320

DAVID JOHNSTON
230 W 107TH STREET
4K
NEW YORK NY 10025-3047

DONG WANG
230 W 107TH STREET
4K
NEW YORK NY 10025-8330

DOUGLAS BELLITTO
2.50 W 107TH STREET
2 B
NEW YORK NY 10025-3040

DOUGLAS LORING
2.50 W 107TH STREET
4H
NEW YORK NY 10025-3045

EMAX BUILDERS SUPPLY CO
624 WEBSTER AVE
BRONX NY 10457-8016

EMILY TSUI
230 W 107TH STREET
3F
NEW YORK NY 10025-3043

EOGHAN HARTLEY
230 W 107TH STREET
3D
NEW YORK NY 10025-3043

EXCELLENT BOILER SERVICE INC
1050 53RD STREET
BROOKLYN NY 11219-4018

GERARD CARACCIOLI
230 W 107TH STREET
2E
NEW YORK NY 10025-3041

HOMELAND SURVEILLANCE INVESTIGATIONS
715 EAST 7TH STREET
BROOKLYN NY 11218-5904

HORING WELIKSON & ROSEN P.C
11 HILLSIDE AVENUE
WILLISTON PARK NY 11596-2303

IRENE SOBOCINSKI
230 W 107TH STREET
5B
NEW YORK NY 10025-3047

JC SECURITY SYSTEMS
PO BOX 383
BRONX NY 10459-0383

JACOB KUHN
230 W 107TH STREET
3A
NEW YORK NY 10025-3047

JIANI FU
230 W 107TH STREET
1J
NEW YORK NY 10025-3040

JILL COOPER
230 W 107TH STREET
6B
NEW YORK NY 10025-3069

JOEL GABRE
230 W 107TH STREET
5
NEW YORK NY 10025-3048

JOHN DENKOWSKI
230 W 107TH STREET
2H
NEW YORK NY 10025-3041

JOSE ALFONSO
230 W 107TH STREET
1D
NEW YORK NY 10025-3039

LENS APPLIANCE INC
825 7TH AVENUE
BROOKLYN NY 11228-2803

LI
230 WEST 107TH STREET
NEW YORK NY 10025-3038

LOANCORE CAPITAL CREDIT REIT LLC CO
LOANCORE CAPITAL
55 RAILROAD AVE SUITE 100
GREENWICH CT 06830-6378

MANIORPEDICOM INC
230 W 107TH STREET
1A
NEW YORK NY 10025-3039

MILLENNIUM ENTERPRISES LLC
1122 ROBERTSON BLVD 2
LOS ANGELES CA 90035-1462

POWER GREEN COMPACTORS INC
2400 90TH PLACE
EAST ELMHURST NY 11369-1113

RASHED AL QUDAH
230 W 107TH STREET
1B
NEW YORK NY 10025-3039

RAVEENA PHICHITSINGH
230 W 107TH STREET
5D
NEW YORK NY 10025-3048

RENA MILLER DEVEZA
230 W 107TH STREET
6F
NEW YORK NY 10025-3077

SALLY WILFERT
250 W 107TH STREET
NEW YORK NY 10025-3042

SICHENG FENG
2.50 W 107TH STREET
6C
NEW YORK NY 10025-3069

SIDNEY STERN
230 W 107TH STREET
4B
NEW YORK NY 10025-3044

SRILEKHA SRIDHAR
230 W 107TH STREET
3I
NEW YORK NY 10025-3043

SUDCHAI BOONMEE
230 W 107TH STREET
5J
NEW YORK NY 10025-3069

TONY CANDELA
230 W 107TH STREET
NEW YORK NY 10025-3077

WEI SONG
230 W 107TH STREET
6A
NEW YORK NY 10025-3069

WILLIAMS
230 WEST 107TH STREET
NEW YORK NY 10025-3038

YIFENG YANG
230 W 107TH STREET
6J
NEW YORK NY 10025-8330

YING REN
W 107TH STREET
3A
NEW YORK NY 10025-3042

YONIS MOSCOSO
ECHO PLACE
BRONX NY 10457-5378

YOUR VANITY REALTY LLC
224 WEST 30TH ST
UNIT 805
NEW YORK NY 10001-0897

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12965-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-49-16 EST 2020

124 136 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ALEJANDRO ROJAS
124136 EAST 117TH STREET
6L
NEW YORK NY 10035

ALEXA HEDGE
124136 EAST 117TH STREET
6J
NEW YORK NY 10035

ALONZO JOHNSON
124136 EAST 117TH STREET
2B
NEW YORK NY 10035

ALVIN IRBY
124136 EAST 117TH STREET
4D
NEW YORK NY 10035

ANA ACEVEDO
124136 EAST 117TH STREET
P
NEW YORK NY 10035

ANGELICA VIELMA
124136 EAST 117TH STREET
2P
NEW YORK NY 10035

ANNA ARCE
124136 EAST 117TH STREET
2E
NEW YORK NY 10035

ANNETTE AREIZAGA
124136 EAST 117TH STREET
K
NEW YORK NY 10035

BARBARA LOPES
124136 EAST 117TH STREET
6H
NEW YORK NY 10035

BRANDON DERRY
124136 EAST 117TH STREET
2C
NEW YORK NY 10035

COMPASIT CORPORATION
PO BOX 360375
BROOKLYN NY 11236-0375

CAMERON NIES
124136 EAST 117TH STREET
6P
NEW YORK NY 10035

CAROLYN LINDSAY
124136 EAST 117TH STREET
6F
NEW YORK NY 10035

CARRIE ROBINSON
124136 EAST 117TH STREET
6J
NEW YORK NY 10035

CATHY STEPHENS
124136 EAST 117TH STREET
2D
NEW YORK NY 10035

CEDRIC GREEN
124136 EAST 117TH STREET
3K
NEW YORK NY 10035

CHARTER COMMUNICATION
124136 EAST 117TH STREET
NEW YORK NY 10035-4616

CHRISTIAN CRAVEN
124136 EAST 117TH STREET
5K
NEW YORK NY 10035

DANYLUZ NELSON
124136 EAST 117TH STREET
2L
NEW YORK NY 10035

DAVID MCCAA
124136 EAST 117TH STREET
N
NEW YORK NY 10035

DAWN WELLS
124136 EAST 117TH STREET
6C
NEW YORK NY 10035

DENISE RIVERA
124136 EAST 117TH STREET
5B
NEW YORK NY 10035

DONIS HASANI
124136 EAST 117TH STREET
P
NEW YORK NY 10035

EDUARDO DICKSON
124136 EAST 117TH STREET
1B
NEW YORK NY 10035

EMILY SHOUP
124136 EAST 117TH STREET
2N
NEW YORK NY 10035

ESTELLE GOMEZ
124136 EAST 117TH STREET
1H
NEW YORK NY 10035

GLORIA LOPEZ
124136 EAST 117TH STREET
5N
NEW YORK NY 10035

HEATHER TATRO
124136 EAST 117TH STREET
2F
NEW YORK NY 10035

INSPARISK LLC
810 WHITESTONE EXPRESSWAY 3RD FLOOR
WHITESTONE NY 11357-3056

ISCI HUSEYIN
124136 EAST 117TH STREET
3J
NEW YORK NY 10035

JAMES BRAGG
124136 EAST 117TH STREET
4J
NEW YORK NY 10035

JAQWAN WRIGHT
124136 EAST 117TH STREET
1H
NEW YORK NY 10035

JASMINE HOOPER
124136 EAST 117TH STREET
5E
NEW YORK NY 10035

JENNA DANNEBERGER
124136 EAST 117TH STREET
4B
NEW YORK NY 10035

JENNIFER ALEGUN
124136 EAST 117TH STREET
6D
NEW YORK NY 10035

JESSIE BROWN
124136 EAST 117TH STREET
2J
NEW YORK NY 10035

JOSE SACA
124136 EAST 117TH STREET
3N
NEW YORK NY 10035

JULIO HERNANDEZ
124136 EAST 117TH STREET
6D
NEW YORK NY 10035

KELSEY NUSBAUM
124136 EAST 117TH STREET
3L
NEW YORK NY 10035

KRISTINA MENDEZ
124136 EAST 117TH STREET
5J
NEW YORK NY 10035

DONNIE DENNARD
124136 EAST 117TH STREET
6J
NEW YORK NY 10035

LOUISA JOHNSON
124136 EAST 117TH STREET
6J
NEW YORK NY 10035

LUIS CANAFE
124136 EAST 117TH STREET
4P
NEW YORK NY 10035

LUIS URIOSTE
124136 EAST 117TH STREET
5L
NEW YORK NY 10035

LUISA LOPEZ
124136 EAST 117TH STREET
3B
NEW YORK NY 10035

MARC NEWBERGER
3515 HENRY HUDSON PKWY
BRONX NY 10463-1326

MARK DAVY
124136 EAST 117TH STREET
6C
NEW YORK NY 10035

MICHAEL COMEE
124136 EAST 117TH STREET
6E
NEW YORK NY 10035

MICHELLE ABELL JACOOB
124136 EAST 117TH STREET
6B
NEW YORK NY 10035

NICHELLE SMITH
124136 EAST 117TH STREET
3B
NEW YORK NY 10035

MOLLIE ROHRBAUGH
124136 EAST 117TH STREET
4K
NEW YORK NY 10035

NELSON RODRIGUEZ
124136 EAST 117TH STREET
6N
NEW YORK NY 10035

PETER MONTANEZ
124136 EAST 117TH STREET
F
NEW YORK NY 10035

PEYTON SHAFFER
124136 EAST 117TH STREET
4C
NEW YORK NY 10035

POLINA KORCHAGINA
124136 EAST 117TH STREET
1L
NEW YORK NY 10035

RANIER ALFONSO ACOSTA
124136 EAST 117TH STREET
K
NEW YORK NY 10035

RHONDA REID
124136 EAST 117TH STREET
5F
NEW YORK NY 10035

ROBERT LAIRD
124136 EAST 117TH STREET
4E
NEW YORK NY 10035

ROBERT MARQUEZ
124136 EAST 117TH STREET
2I
NEW YORK NY 10035

ROCHELLE JACKSON
124136 EAST 117TH STREET
1A
NEW YORK NY 10035

ROSALIDA VARGAS
124136 EAST 117TH STREET
5H
NEW YORK NY 10035

SAMANTHA DAVIS
124136 EAST 117TH STREET
3I
NEW YORK NY 10035

SEBASTIEN VERPILE
124136 EAST 117TH STREET
1C
NEW YORK NY 10035

SUZANNAH WOODWARD
124136 EAST 117TH STREET
4L
NEW YORK NY 10035

TARGET EXTERMINATING INC
6911 69TH DRIVE
MIDDLE VILLAGE NY 11379-2904

THE JEWISH BOARD OF FAMILY SERVICES
124136 EAST 117TH STREET
1E
NEW YORK NY 10035

ULIANA LOPATINA
124136 EAST 117TH STREET
4F
NEW YORK NY 10035

VALERIE GREENE
124136 EAST 117TH STREET
3C
NEW YORK NY 10035

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12967-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-49-41 EST 2020

215 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ADELAIDO GARCIA
215 EAST 117TH STREET

NEW YORK NY 10035-4818

ALEXA KONJA
215 EAST 117TH STREET
9
NEW YORK NY 10035-4839

ALEXANDRA QUINTIN BELL
215 EAST 117TH STREET
14
NEW YORK NY 10035-4817

BASH ART CHOUDHRY
215 EAST 117TH STREET

NEW YORK NY 10035-4839

CARMEN ROSARIO
215 EAST 117TH STREET
15
NEW YORK NY 10035-4817

CHARTER COMMUNICATIONS
215 EAST 117TH STREET
NEW YORK NY 10035-4804

CHRISTINA GOLSON
215 EAST 117TH STREET

NEW YORK NY 10035-4818

DEP NYC DEPT ENVIRONMENTAL PROTECTION
5917 JUNCTION BOULEVARD
LEGAL DEPARTMENT
ELMHURST NY 11373-5108

DAVID PONTILLO
215 EAST 117TH STREET
24
NEW YORK NY 10035-4819

TEODORO PRUDENTE
215 EAST 117TH STREET
9
NEW YORK NY 10035-4806

FELIPE RAMIREZ
215 EAST 117TH STREET
1
NEW YORK NY 10035-4818

FIDEL ORTEGA
215 EAST 117TH STREET
17
NEW YORK NY 10035-4817

GELACIO REYES
215 EAST 117TH STREET

NEW YORK NY 10035-4818

GELACIO REYES
215 EAST 117TH STREET
5
NEW YORK NY 10035-4818

GLAUBER ROCHA
215 EAST 117TH STREET
27
NEW YORK NY 10035-4819

JACK BEBINGER
215 EAST 117TH STREET
2
NEW YORK NY 10035-4825

JANEE PITT
215 EAST 117TH STREET
12
NEW YORK NY 10035-4817

LOANCORE CAPITAL CREDIT REIT LLC
CO ARNOLD PORTER
250 WEST 55TH STREET
NEW YORK NY 10019-9710

MAGDALENA RODRIGUEZ
215 EAST 117TH STREET

NEW YORK NY 10035-4818

MARGARET MONAHAN
215 EAST 117TH STREET
25
NEW YORK NY 10035-4819

MAXIMINO LOPEZARCELIA VIVAR
215 EAST 117TH STREET
30
NEW YORK NY 10035-4806

NBAYANG DIALLO
215 EAST 117TH STREET
6
NEW YORK NY 10035-4817

NATASHA MUNIZ NEDRA JOHNSON
215 EAST 117TH STREET
6
NEW YORK NY 10035-4839

PRANITA BALUSU
215 EAST 117TH STREET
11
NEW YORK NY 10035-4817

RACHEL JOHNSTON
215 EAST 117TH STREET
9
NEW YORK NY 10035-4825

SUPER
215 EAST 117TH STREET
10
NEW YORK NY 10035-4839

SELVY CLEMONS
215 EAST 117TH STREET
23
NEW YORK NY 10035-4825

TIMOTHY MORALES STEFANY ROJAS
215 EAST 117TH STREET

NEW YORK NY 10035-4839

TYLER RODRIGUES
215 EAST 117TH STREET
26
NEW YORK NY 10035-4819

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12968-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-50-07 EST 2020

231 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

AMBER NORTH
231 EAST 117TH STREET
2D
NEW YORK NY 10035-4849

AUGUSTINA RAMIRO REYES
231 EAST 117TH STREET
4D
NEW YORK NY 10035-4849

ELAN STRIBLING
231 EAST 117TH STREET
5D
NEW YORK NY 10035-4849

CHARTER COMMUNICATIONS
231 EAST 117TH STREET
NEW YORK NY 10035-4848

CONSTANTINO PACHECO
231 EAST 117TH STREET
4B
NEW YORK NY 10035-4853

DONICIO GARCIA CANO FLORENCIA AGUILAR
231 EAST 117TH STREET
1B
NEW YORK NY 10035-4852

EDUARDO ORTIZ FRANCO
231 EAST 117TH STREET
3B
NEW YORK NY 10035-4853

EMILIO GUZMAN
231 EAST 117TH STREET
2A
NEW YORK NY 10035-4852

ENRIQUE DELAMONICA
231 EAST 117TH STREET
3F
NEW YORK NY 10035-4853

GENESIS VILLAFANEREBECCA MONTERO
231 EAST 117TH STREET
1E
NEW YORK NY 10035-4850

GILBERT NEGRON
231 EAST 117TH STREET
6B
NEW YORK NY 10035-4853

GOLDBERG AND WEINBERGER LLP
11312 US 15501 NORTH
SUITE 107-141
CHAPEL HILL NC 27517-6375

GUILLERMINA REYES
231 EAST 117TH STREET
4A
NEW YORK NY 10035-4852

HANNAH MORRISON
231 EAST 117TH STREET
4E
NEW YORK NY 10035-4850

IRENE ORONA
231 EAST 117TH STREET
5F
NEW YORK NY 10035-4851

JACQUELINE FLORES
231 EAST 117TH STREET
2B
NEW YORK NY 10035-4853

JASON WIMBERLY
231 EAST 117TH STREET
5D
NEW YORK NY 10035-4849

JULIA TANNER
231 EAST 117TH STREET
6C
NEW YORK NY 10035-4854

KATHY IZKOVICH
231 EAST 117TH STREET
6F
NEW YORK NY 10035-4851

LEVENT YILDIZ
231 EAST 117TH STREET
6E
NEW YORK NY 10035-4850

MANON BUDZYK
231 EAST 117TH STREET
4F
NEW YORK NY 10035-4851

MARIA BLANCAS
231 EAST 117TH STREET
4C
NEW YORK NY 10035-4854

MARIE MIRANDA
231 EAST 117TH STREET
1B
NEW YORK NY 10035-4852

NATHAN TULI
231 EAST 117TH STREET
2F
NEW YORK NY 10035-4851

OLGA PINA
231 EAST 117TH STREET
3D
NEW YORK NY 10035-4849

PABLO OBANDO
231 EAST 117TH STREET
1D
NEW YORK NY 10035-4849

PEDRO GARCIA
231 EAST 117TH STREET
1C
NEW YORK NY 10035-4853

RACHEL MOSLEY
231 EAST 117TH STREET
1A
NEW YORK NY 10035-4852

ROSA CALDERON
231 EAST 117TH STREET
5A
NEW YORK NY 10035-4852

TARIK ZAHR
231 EAST 117TH STREET
5F
NEW YORK NY 10035-4851

THOMAS UCCIFERRI
231 EAST 117TH STREET
5C
NEW YORK NY 10035-4854

VICTOR VEGA
231 EAST 117TH STREET
3E
NEW YORK NY 10035-4850

YOLANDA PROCTOR
21 EAST 117TH STREET
C
NEW YORK NY 10035-4854

ZACHARY MOHNEY
231 EAST 117TH STREET
3A
NEW YORK NY 10035-4852

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12969-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-50-31 EST 2020

25 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

A GOLDNER INC
1067 ALLERTON AVE
BRONX NY 10469-4419

ALBERT MARTINEZ
235 EAST 117TH STREET
3E
NEW YORK NY 10035-4827

ARISTEO BASURTO GONZALEZ
25 EAST 117TH STREET
C
NEW YORK NY 10035-4836

CANDIDO COLON
235 EAST 117TH STREET
5B
NEW YORK NY 10035-4803

CARMELINA SANTORO
235 EAST 117TH STREET
3C
NEW YORK NY 10035-4827

COURTNEY ATKINSON
831 SCHURZ AVENUE
APT 3
BRONX NY 10465-3198

DAVID MORILLO
235 EAST 117TH STREET
4E
NEW YORK NY 10035-4803

ELBA DOMINGUEZ
235 EAST 117TH STREET
4D
NEW YORK NY 10035-4828

EHADJI KANE
25 EAST 117TH STREET
A
NEW YORK NY 10035-4826

FERNANDO DIAZ
235 EAST 117TH STREET
4C
NEW YORK NY 10035-4828

FLORENCIA MERINO
235 EAST 117TH STREET
6D
NEW YORK NY 10035-4836

HARRISON NEUHAUS
25 EAST 117TH STREET
B
NEW YORK NY 10035-4835

INDAR RAMNAUTH
235 EAST 117TH STREET
6B
NEW YORK NY 10035-4859

ISAAC KASSIRER
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA SUITE 3100
NEW YORK NY 10004-1402

ISHA SANTOS
25 EAST 117TH STREET
D
NEW YORK NY 10035-4859

JEFFREY MUSILLO
235 EAST 117TH STREET
2F
NEW YORK NY 10035-4827

JONATHAN JURCEV
235 EAST 117TH STREET
5E
NEW YORK NY 10035-4859

JUAN VASQUEZ
25 EAST 117TH STREET
C
NEW YORK NY 10035-4835

KASSIN SABBAGH REALTY
1385 BROADWAY 22ND FLOOR
NEW YORK NY 10018-6022

KEWA LUO
235 EAST 117TH STREET
3D
NEW YORK NY 10035-4827

LUXURHAIR COLLECTION LLC
25 EAST 117TH STREET
S1
NEW YORK NY 10035-4826

MALVIN GENAO SUPER
235 EAST 117TH STREET
6F
NEW YORK NY 10035-4836

MARITZA RIVERA
235 EAST 117TH STREET
5C
NEW YORK NY 10035-4803

MICHAEL SILVESTRI
25 EAST 117TH STREET
6A
NEW YORK NY 10035-4859

NAOMI HAYES
235 EAST 117TH STREET
3F
NEW YORK NY 10035-4828

NATALIE WILSON
235 EAST 117TH STREET
4B
NEW YORK NY 10035-4828

RAUL ANTONIO RENTERIA
25 EAST 117TH STREET
1A
NEW YORK NY 10035-4835

RICHARD DEVITT
235 EAST 117TH STREET
2E
NEW YORK NY 10035-4827

ROBERT YEALU
235 EAST 117TH STREET
5A
NEW YORK NY 10035-4803

ROOMORS
25 DEER PARK AVE
BABYLON NY 11702-2834

RUBEN RODRIGUEZ
235 EAST 117TH STREET
6E
NEW YORK NY 10035-4836

SEYI MATTHEWS
235 EAST 117TH STREET
1C
NEW YORK NY 10035-4835

STEPHANIE MOHORN
25 EAST 117TH STREET
B
NEW YORK NY 10035-4835

SUPERIOR APPLIANCE
509 DAHILL RD
BROOKLYN NY 11218-5526

VACANT
235 EAST 117TH STREET
2A
NEW YORK NY 10035-4835

VACANT
25 EAST 117TH STREET
D
NEW YORK NY 10035-4835

VACANT
235 EAST 117TH STREET
3A
NEW YORK NY 10035-4827

VACANT
235 EAST 117TH STREET
3B
NEW YORK NY 10035-4827

VACANT
25 EAST 117TH STREET
A
NEW YORK NY 10035-4828

VACANT
235 EAST 117TH STREET
4F
NEW YORK NY 10035-4803

VACANT
235 EAST 117TH STREET
5F
NEW YORK NY 10035-4859

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12970-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-50-56 EST 2020

244 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

235 EAST 117 LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

A8 FIRE EXTINGUISHER
PO BOX 230581
BROOKLYN NY 11223-0581

ANNA LI
244 EAST 117TH STREET
6E
NEW YORK NY 10035-4867

BOUREIMA SOW
244 EAST 117TH STREET
3C
NEW YORK NY 10035-4858

BRANDON CROOKS
244 EAST 117TH STREET
2A
NEW YORK NY 10035-4840

BUSINESS ELECTRONICS
4051 MURDOCK AVENUE
BRONX NY 10466-2322

CATHLEEN ROWLEY
244 EAST 117TH STREET
2E
NEW YORK NY 10035-4840

CHARTER COMMUNICATIONS
244 EAST 117TH STREET
ANTENNA
NEW YORK NY 10035-4829

CHEICKNA SIBI
244 EAST 117TH STREET
4A
NEW YORK NY 10035-4831

CHRISTOPHER BARTON
244 EAST 117TH STREET
4C
NEW YORK NY 10035-4831

CON EDISON
390 WEST ROUTE 59
SPRING VALLEY NY 10977-5320

DAVENE HUGHES
244 EAST 117TH STREET
5F
NEW YORK NY 10035-4833

DERRON MCBRIDE
244 EAST 117TH STREET
4G
NEW YORK NY 10035-4832

DIANEERA WIJESINGHE
244 EAST 117TH STREET
6I
NEW YORK NY 10035-4858

DONTE HENDRICKS
244 EAST 117TH STREET
3E
NEW YORK NY 10035-4858

ERIKA WESLEY
244 EAST 117TH STREET
5G
NEW YORK NY 10035-4833

ESTHER SILVERIO
244 EAST 117TH STREET
3F
NEW YORK NY 10035-4831

ETHEL WANG
244 EAST 117TH STREET
4F
NEW YORK NY 10035-4832

FRANK UZCATEGUI
244 EAST 117TH STREET
2D
NEW YORK NY 10035-4840

JOHN ANDERSON
244 EAST 117TH STREET
2B
NEW YORK NY 10035-4840

JULIAN BAILEY
244 EAST 117TH STREET
6A
NEW YORK NY 10035-4866

KATIUSCIA RAMOS
244 EAST 117TH STREET
5B
NEW YORK NY 10035-4832

LARISA KAVALERCHICK
244 EAST 117TH STREET
B
NEW YORK NY 10035-4838

LISA KARLSTROM
244 EAST 117TH STREET
4D
NEW YORK NY 10035-4831

LOANCORE CAPITAL CREDIT REIT LLC
CO ARNOLD PORTER
250 WEST 55TH STREET
ATTENTION- BEN MINTZ
NEW YORK NY 10019-7639

LUIGI DEGUZMAN
244 EAST 117TH STREET
6B
NEW YORK NY 10035-4866

MODEL
244 EAST 117TH STREET
3G
NEW YORK NY 10035-4831

MARIA JOSE SOSA
244 EAST 117TH STREET
1A
NEW YORK NY 10035-4838

MELVIN HARRIS
244 EAST 117TH STREET
2C
NEW YORK NY 10035-4840

MICHAEL ROACH
244 EAST 117TH STREET
6F
NEW YORK NY 10035-4867

MICHAEL WEINSTEIN
244 EAST 117TH STREET
6C
NEW YORK NY 10035-4866

NICHOLAS MENEFEE
244 EAST 117TH STREET
3A
NEW YORK NY 10035-4858

NYANA DICKERSON
244 EAST 117TH STREET
5A
NEW YORK NY 10035-4832

PAULA D HUGEE
244 EAST 117TH STREET
1C
NEW YORK NY 10035-4838

RAQUEL NERIS
244 EAST 117TH STREET
B
NEW YORK NY 10035-4858

RAY HADNOT
244 EAST 117TH STREET
1E
NEW YORK NY 10035-4838

RESHAWN ROGERS
244 EAST 117TH STREET
5E
NEW YORK NY 10035-4833

SANDRA BENBARUK
244 EAST 117TH STREET
G
NEW YORK NY 10035-4867

VERIZON
POB 15124
ALBANY NY 12212-5124

VOLHA PINESHCHANKA
244 EAST 117TH STREET
4E
NEW YORK NY 10035-4832

WILLIAM LITTLE
244 EAST 117TH STREET
D
NEW YORK NY 10035-4858

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12972-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-51-17 EST 2020

1661 PA REALTY LLC
PO BOX 967
NEW YORK NY 10272-0967

ALEX SCHUMAN
1661 PARK AVENUE
B
NEW YORK NY 10035

ALL COUNTY SEWER DRAIN INC
7 GREEN FIELD
WARWICK NY 10990-3049

AMBER DWYER
1661 PARK AVENUE
6B
NEW YORK NY 10035

ANGEL ACOSTA
1661 PARK AVENUE
D
NEW YORK NY 10035

ATTN SVP GM BROADBAND SRVCS TIME WARN
1661 PARK AVENUE RFANT
NEW YORK NY 10035

AUGUSTIN GONZALEZ
1661 PARK AVENUE
6D
NEW YORK NY 10035

EZFILINGS
8020 EXCELSIOR DR
SUITE 200
MADISON WI 53717-1998

CNC PROPERTY MANAGEMENT LLC
1642 58TH STREET
BROOKLYN NY 11204-2117

CSC
PO BOX 7410023
CHICAGO IL 60674-5023

CECILIA POSSO
1661 PARK AVENUE
A
NEW YORK NY 10035

CHLOE OBACH
1661 PARK AVENUE
5F
NEW YORK NY 10035

CON EDISON
ORANGE AND ROCKLAND UTILITIES
390 WEST ROUTE 59
ATT ACCOUNTS PAYABLE
SPRING VALLEY NY 10977-5320

DMT PLUMBING HEATING CORP
88 E 198 ST
BRONX NY 10458-3154

DENNIS AVETA
1661 PARK AVENUE
2B
NEW YORK NY 10035

ELSA CARIDAD
1661 PARK AVENUE
3F
NEW YORK NY 10035

EMMA SKEELS
1661 PARK AVENUE
6
NEW YORK NY 10035

ERICKA MUNOZ
1661 PARK AVENUE
4E
NEW YORK NY 10035

EYBUL KARTAL
1661 PARK AVENUE
1E
NEW YORK NY 10035

GLENN COLLAKU
1661 PARK AVENUE
6A
NEW YORK NY 10035

GUILLERMO MEJIA
1661 PARK AVENUE
1A
NEW YORK NY 10035

IDALIA MORALES
1661 PARK AVENUE
2A
NEW YORK NY 10035

JOSE VELEZ
1661 PARK AVENUE
1E
NEW YORK NY 10035

JUSTIN ACOSTA
116 E 102ST STREET
NEW YORK NY 10029-5751

KIVANC KOMESLI
1661 PARK AVENUE
1F
NEW YORK NY 10035

LEONARDO TRAJANO ESPINZA 1661 PARK
AVENUE
1E
NEW YORK NY 10035

LETITIA AGEE
1661 PARK AVENUE
2C
NEW YORK NY 10035

LUCY TELEMACO
1661 PARK AVENUE
4D
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-1
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-2
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-3
NEW YORK NY 10035

MARCELLA PEREDA
1661 PARK AVENUE
1E
NEW YORK NY 10035

MICHAEL MARINO
1661 PARK AVENUE
4C
NEW YORK NY 10035

NATASHA HOHERCHAK
1661 PARK AVENUE
6C
NEW YORK NY 10035

NEW YORK WATER MANAGEMENT
PO BOX 190727
BROOKLYN NY 11219-0727

NOOKLYNCOM LLC
28 SCOTT AVENUE SUITE 106
BROOKLYN NY 11237-2478

OLIVIA CHACON
1661 PARK AVENUE
2F
NEW YORK NY 10035

RAMADAN ABDELGELIL
1661 PARK AVENUE
1B
NEW YORK NY 10035

ROTH CO
1428 36TH STREET
SUITE 200
BROOKLYN NY 11218-3765

S HYMAN PLUMBING SUPPLIES CO
432 CLAREMONT PARKWAY
BRONX NY 10457-8091

SANDRA SANTANA
1661 PARK AVENUE
2A
NEW YORK NY 10035

TEOFILO PRUDENTE
1661 PARK AVENUE
2D
NEW YORK NY 10035

TOMACITA ROSALINDA BRAVO
1661 PARK AVENUE
3B
NEW YORK NY 10035

TOPLINE CONSTRUCTION LLC
106 EAST 100TH STREET
BROOKLYN NY 11236-2624

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING 02081
CASE 20-12973-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-51-40 EST 2020

EAST 117 REALTY LLC
PO BOX 967
NEW YORK NY 10272-0967

EXCLUDE
MANHATTAN DIVISION ONE BOWLING GREEN
NEW YORK NY 10004-1415

A B EC CORP
487 BRONXVILLE ROAD BRONXVILLE NY 10708-
1118

AAA APPLIANCE
PO BOX 207
LAWRENCE NY 11559-0207

A. SA AIDI ABDULLAH
36 EAST 117TH STREET
36-08
NEW YORK NY 10035-4908

ALEXANDER RODRIGUEZ
316 EAST 117TH STREET
316-01
NEW YORK NY 10035-4908

ALEXANDRA IDSO
326 EAST 117TH STREET
326-03
NEW YORK NY 10035-4913

ALFREDO GARCIA
22 EAST 117TH STREET
22-13
NEW YORK NY 10035-4909

ALL MAKE APPLIANCE
15 RYANS WAY
JACKSON NJ 08527-2259

ANISEH TALEBI
326 EAST 117TH STREET
326-01
NEW YORK NY 10035-4913

ANNE CHEN JOHNNY CHEN
326 EAST 117TH STREET
326-11
NEW YORK NY 10035-4913

ANTHONY RAMIREZ
326 EAST 117TH STREET
326-13
NEW YORK NY 10035-4913

ANTONIA CABRERA
316 EAST 117TH STREET
316-12
NEW YORK NY 10035-4908

ARCHROCK LLC
PO BOX 967
NEW YORK NY 10272-0967

ARIEL SMALLWOOD
326 EAST 117TH STREET
326-12
NEW YORK NY 10035-4913

ARTURO GONZALEZ
326 EAST 117TH STREET
326-27
NEW YORK NY 10035-4913

AUSTIN LIU
36 EAST 117TH STREET
36-09
NEW YORK NY 10035-4908

BACKENROTH FRANKEL KRINSKY 800 THIRD
AVENUE
11TH FLOOR
NEW YORK NY 10022-7651

BEATRIZ HERNANDEZ
326 EAST 117TH STREET
326-20
NEW YORK NY 10035-4913

BELKIN BURDEN WENIG GOLDMAN LLP
20 MADISON AVENUE 5TH FLOOR
NEW YORK NY 10016-0601

BROOKLYN BROKERAGE CORP
324 TROY AVE
BROOKLYN NY 11213-4649

CARA KNIGHT
322 EAST 117TH STREET
322-07
NEW YORK NY 10035-4909

CELSO RIVERA
326 EAST 117TH STREET
326-22
NEW YORK NY 10035-4913

CITY OF NEW YORK NYC LAW DEPARTMENT
100 CHURCH ST
NEW YORK NY 10007-2668

CLEMENTINA MIGUEL QUINTERO
326 EAST 117TH STREET
326-06
NEW YORK NY 10035-4913

CLICK PAY SERVICES LLC
33 HACKENSACK AVENUE
HACKENSACK NJ 07601-6319

CON EDISON
4 IRVING PL
NEW YORK NY 10003-3598

DMT PLUMBING
388 E 198 ST
BRONX NY 10458-3154

DI XIONG HUANG
316 EAST 117TH STREET
316-03
NEW YORK NY 10035-4908

DELFINO MARTINEZ VILLANO
322 EAST 117TH STREET
322-16
NEW YORK NY 10035-4909

EDGAR GONZAGA
322 EAST 117TH STREET
322-11
NEW YORK NY 10035-4909

ELVIRA CABALLERO
322 EAST 117TH STREET
322-28
NEW YORK NY 10035-4909

EMILY BORGES
322 EAST 117TH STREET
322-23
NEW YORK NY 10035-4909

ENTECH BOILER CONTROLS
POB 339
LAKEWOOD NJ 08701-0339

ENTECH ENERGY DESIGN CONSULTING
PO BOX 339
LAKEWOOD NJ 08701-0339

ERICKA JOHNSON
326 EAST 117TH STREET
326-24
NEW YORK NY 10035-4913

ERIN PRYZBYLINSKI
322 EAST 117TH STREET
322-26
NEW YORK NY 10035-4909

ESTEBAN LAURENTINO MARTINEZ
322 EAST 117TH STREET
322-19
NEW YORK NY 10035-4909

ESTRELLA CORONA
316 EAST 117TH STREET
316-14
NEW YORK NY 10035-4908

FRANCISCA PERALTA
326 EAST 117TH STREET
326-21
NEW YORK NY 10035-4913

GUILLERMINA CARCHI
326 EAST 117TH STREET
326-16
NEW YORK NY 10035-4913

HADZI MILICA LUKOVIC
322 EAST 117TH STREET
322-22
NEW YORK NY 10035-4909

HAKEEM SHOOLA
326 EAST 117TH STREET
326-09
NEW YORK NY 10035-4913

LORING WELIKSON ROSEN DIGRUGILLIERSPC
11 HILLSIDE AVENUE
WILLISTON PARK NY 11596-2303

IBRAHAM ENNAW
322 EAST 117TH STREET
322-20
NEW YORK NY 10035-4909

IKROM IBROHIMOV
316 EAST 117TH STREET
316-10
NEW YORK NY 10035-4908

INEZ VELIZ
322 EAST 117TH STREET
322-12
NEW YORK NY 10035-4909

INTERNAL REVENUE SERVICE CO
US ATTORNEY CLAIMS UNIT
ONE SAINT ANDREWS PLAZA RM 417
NEW YORK NY 10007-1701

IRMA ESPINDOLA
326 EAST 117TH STREET
326-18
NEW YORK NY 10035-4913

JORGE CRUZ ROSAS
316 EAST 117TH STREET
316-17
NEW YORK NY 10035-4908

JOSE ENCALADA
322 EAST 117TH STREET
322-03
NEW YORK NY 10035-4909

JOSE SANCHEZ
322 EAST 117TH STREET
322-25
NEW YORK NY 10035-4909

JUAN REYES
326 EAST 117TH STREET
326-17
NEW YORK NY 10035-4913

KARL SYDNEUS
322 EAST 117TH STREET
322-24
NEW YORK NY 10035-4909

KHIRY GORDON
326 EAST 117TH STREET
326-26
NEW YORK NY 10035-4913

INDA FALCO
26 EAST 117TH STREET
26-04
NEW YORK NY 10035-4913

LUIS MALDONADO DOMINGO SANCHEZ
322 EAST 117TH STREET
322-14
NEW YORK NY 10035-4909

M M GLASS LLC
PO BOX 190330
BROOKLYN NY 11219-0330

MARGARITA JULIANA VILLEGAS
26 EAST 117TH STREET
26-1FE
NEW YORK NY 10035-4913

MARGIRARITA JULIANA VILLEGAS
326 EAST 117TH STREET
326-1FW
NEW YORK NY 10035-4913

MARIA GARCIA
316 EAST 117TH STREET
316-07
NEW YORK NY 10035-4908

MARIA VICTORIANO CASTANEDA
26 EAST 117TH STREET
26-25
NEW YORK NY 10035-4913

MARIO MIGUEL SALVADOR
316 EAST 117TH STREET
316-02
NEW YORK NY 10035-4908

MARIO ALEJANDREZ
322 EAST 117TH STREET
322-05
NEW YORK NY 10035-4909

MARIZOL CID ESPINOSA
16 EAST 117TH STREET
16-11
NEW YORK NY 10035-4908

MATIAS MAZZA
322 EAST 117TH STREET
322-04
NEW YORK NY 10035-4909

MAURO VILLALBA
316 EAST 117TH STREET
316-13
NEW YORK NY 10035-4908

MOON CONSTRUCTION
014 38TH ST
BROOKLYN NY 11219-1053

MR ISAAC KASSIRER
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA SUITE 3100
NEW YORK NY 10004-1402

NYC DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK NY 10038-3728

NYC DEPT ENVIRONMENTAL PROTECTION
9917 JUNCTION BOULEVARD
LEGAL DEPARTMENT ELMHURST
NY 11373-5108

NYS DEPT OF TAX FINANCE BANKRUPTCY UNIT
PO BOX 5300
ALBANY NY 12205-0300

NEKA KNOWLES
322 EAST 117TH STREET
322-15
NEW YORK NY 10035-4909

OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
01 VARICK STREET
SUITE 1006
NEW YORK NY 10014-4811

ONESIMA ESPINDOLA LORENZO
326 EAST 117TH STREET
326-08
NEW YORK NY 10035-4913

ORANGE AND ROCKLAND UTILITIES
ATT ACCOUNTS PAYABLE
390 WEST ROUTE 59
SPRING VALLEY NY 10977-5320

PG BUILDING CONSULTANTS LLC
9 BROADWAY SUITE 1830
NEW YORK NY 10006-3096

PATRICIA GONZALEZ
322 EAST 117TH STREET
322-10
NEW YORK NY 10035-4909

RDS WINDOWS CORP
1707 BOSTON RD
SUITE 4A
BRONX NY 10460-4985

REYNA GUERRERO
26 EAST 117TH STREET
26-19
NEW YORK NY 10035-4913

RODOLFO ESTRELLA
326 EAST 117TH STREET
326-23
NEW YORK NY 10035-4913

ROGELIO MARTINEZ
322 EAST 117TH STREET
322-18
NEW YORK NY 10035-4909

ROWAN WILLIAMS
322 EAST 117TH STREET
322-17
NEW YORK NY 10035-4909

S HYMAN PLUMBING SUPPLIES CO
432 CLAREMONT PARKWAY
BRONX NY 10457-8091

SANDRA ACEVEDO
316 EAST 117TH STREET
316-05
NEW YORK NY 10035-4908

SANDRA JANET TORRES
322 EAST 117TH STREET
322-21
NEW YORK NY 10035-4909

SERENITY MILLS
322 EAST 117TH STREET
322-01
NEW YORK NY 10035-4909

SONIA MORALES
316 EAST 117TH STREET
316-18
NEW YORK NY 10035-4908

SPECTRUM
PO BOX 11820
NEWARK NJ 07101-8120

SUPER PANCHO
322 EAST 117TH STREET
322-02
NEW YORK NY 10035-4909

TIME WARNER CABLE
326 EAST 117TH STREET
ROOF
NEW YORK NY 10035-4913

TIRZAH EVORA VARELA
326 EAST 117TH STREET
326-14
NEW YORK NY 10035-4913

TRI BORO MOLD REMEDIATION
199 LEE AVENUE SUITE 842
BROOKLYN NY 11211-8919

VICTORIA LOPEZ
322 EAST 117TH STREET
322-06
NEW YORK NY 10035-4909

VIRGILIO SANCHEZ
322 EAST 117TH STREET
322-08
NEW YORK NY 10035-4909

VIRGINIA ZAMORA
326 EAST 117TH STREET
326-05
NEW YORK NY 10035-4913

YESICA VILLEGAS
326 EAST 117TH STREET
326-07
NEW YORK NY 10035-4913

YOLANDA ACEVEDO
316 EAST 117TH STREET
316-04
NEW YORK NY 10035-4908

ZENAIDA CANDIDO MALDONADO
316 EAST 117TH STREET
316-06
NEW YORK NY 10035-4908

MARK A FRANKEL
BACKENROTH FRANKEL KRINSKY LLP
800 THIRD AVENUE 11TH FLOOR
NEW YORK NY 10022-7651