Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York 10022
(212) 593-1100

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                                                                    Chapter 11

    203 W 107 Street LLC, *et al*,[1]          Case No. 20-12960 (LGB)
                                                                                Jointly Administered
                               Debtors.

---------------------------------------------------------x

## **NOTICE OF ADJOURNMENT**

PLEASE TAKE NOTICE, that the motion for reconsideration [Dkt. Nos. 194-195] scheduled to be heard in the above-captioned cases on July 27, 2022 has been adjourned to August 4, 2022 at 10:00 a.m.

Dated: New York, New York
         July 22, 2022

                                                        BACKENROTH FRANKEL & KRINSKY, LLP

                                By:    <u>s/ Mark Frankel</u>
                                          800 Third Avenue
                                          New York, New York 10022
                                          (212) 593-1100

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).