Hearing Date: September 7, 2022, 10:00 a.m.
Objections Date: August 31, 2022
Reply Date: September 2, 2022

Douglas A. Kellner, Esq.
KELLNER HERLIHY GETTY & FRIEDMAN, LLP
470 Park Avenue South, 7th Floor
New York, New York 10016-6951
Tel. No. (212) 889-2121
Email: dak@khgflaw.com
*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>203 W 107 STREET LLC et al.,<br><br>Debtors | Case No. 20-12960 (LGB)<br>Chapter 11<br>Jointly Administered |
| 203 W 107 STREET LLC et al.,<br><br>Plaintiffs,<br><br>- against –<br><br>KELLNER HERLIHY GETTY & FRIEDMAN LLP, et al.,<br><br>Defendants. | Adv. Proc. No. 22-01114(LGB) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon Defendants' Memorandum of Law in Support of their Motion to Dismiss, the accompanying Declarations of Douglas A. Kellner, Skye Morgan and Joseph Vattakkaven, and the exhibits thereto, the Complaint in this adversary proceeding, and all prior pleadings and proceedings herein, Defendants will move this Court on September 7, 2022 at 10 a.m. for an order dismissing the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(5) and 12(b)(6), as made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 7012(b) of the Federal Rules of Bankruptcy Procedure, Defendants consent to the entry of final orders or judgment by this Court.

Dated: August 5, 2022

*Douglas A. Kellner*
_____
Douglas A. Kellner
470 Park Avenue South, 7th Floor
New York, New York 10016-6951
Tel. No. (212) 889-2121
Email: dak@khgflaw.com