UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>203 W 107 STREET LLC et al.,<br><br>Debtors | Case No. 20-12960 (LGB)<br>Chapter 11<br>Jointly Administered |
| 203 W 107 STREET LLC et al.,<br><br>Plaintiffs,<br><br>- against –<br><br>KELLNER HERLIHY GETTY & FRIEDMAN LLP, et al.,<br><br>Defendants. | Adv. Proc. No. 22-01114(LGB) |

## DECLARATION OF JOSEPH VATTAKKAVEN

JOSEPH VATTAKKAVEN, declares under penalties of perjury as follows:

1. l reside in Apartment 3G at 230 West 107th Street, New York, New York. I submit this declaration in support of my motion to dismiss the complaint against me.

2. I have never participated in the rent strike by withholding my rent. I have never deposited any funds to the escrow account of Kellner Herlihy Getty & Friedman LLP. I have always paid my rent on time to building management. I have attached my last two rent invoices, which show that there are no arrears on my account.

3. I do not understand why I have been named as a defendant in this case. On July 19, 2022, I sent the attached letter to Mark Frankel, the attorney for the plaintiffs. He never responded to my letter.

4. As my letter indicates, the summons was addressed to the wrong apartment, so I have not been properly served as a defendant.

For all of these reasons, I respectfully request that the Court dismiss me from this lawsuit.

Dated: August 2, 2022

_____
Joseph Vattakkaven

Tri-Hill Management LLC
P.O. Box G
New York, NY 10159

(646) 485-0910

www.trihill.com

Please address billing disputes and written inquiries to 230 West 107 Street, LLC, P.O. Box G, New York, NY 10159. For other questions, call (646) 485-0910

**STATEMENT AS OF JULY 20, 2022**

**TOTAL AMOUNT** 

## $965.96

PAY THIS BILL ONLINE
https://trihill.appfolio.com/connect

1oz - #10 - Q12535 - 2688 - 4766

JOSEPH VATTAKKAVEN
230 W 107TH ST APT 3G
NEW YORK NY  10025-3043

1oz - #10 - 2688 - 4766

| | | AMOUNT | BALANCE |
|---|---|---|---|
| **CURRENT & UPCOMING CHARGES** | | | |
| 01 AUG   RENT | AUGUST 2022 - MONTHLY RENT | $965.96 | $965.96 |

*Please detach this portion and mail it with your payment*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PAYMENT DETAILS**

**Joseph Vattakkaven**
Account # **2SH**

**MAKE CHECKS PAYABLE TO**

230 West 107 Street, LLC
Property ID **6D**

**TOTAL AMOUNT DUE**

## $965.96

PAY THIS BILL ONLINE AT
https://trihill.appfolio.com/connect

**MAIL PAYMENT TO**

230 West 107 Street, LLC - 0000
P.O Box 67076
Newark, NJ 07101

0000  00006D  000000000000002SH  VATTAKKAVEN0  096596  1





```
                CATHEDRAL
              215 W 104TH ST
            NEW YORK, NY 10025-9998
                (800)275-8777
07/19/2022                        04:23 PM
-------------------------------------------
Product            Qty    Unit      Price
                          Price
-------------------------------------------
First-Class Mail®   1                $0.60
Letter
    New York, NY 10022
    Weight: 0 lb 0.60 oz
    Estimated Delivery Date
        Thu 07/21/2022
    Certified Mail®                  $4.00
        Tracking #:
        70180360000145511161
Total
                                     $4.60

Grand Total:
                                     $4.60
Cash                                $20.00
Change                             -$15.40

*******************************************
    Every household in the U.S. is now
    eligible to receive a third set
        of 8 free test kits.
        Go to www.covidtests.gov
*******************************************
```

From
Joseph Vattakkaven,                                        July. 19th 2022
230 West 107 Street, Apt: 3G
New York, NY 10025

To
Mr. Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, FL 11
New York, NY 10022

Dear Mr. Frankel,

With reference to your letter dated July 1. 2022 / Chapter 11 Case # 20-12960 (LGB) / 203 W 107 Street LLC, and mailed to me, please be advised the following:

1) Your letter to me was incorrectly addressed and mailed to Apartment 3J where I do not live. I live in Apt 3G of 230 W 107 Street, New York, NY10025
2) I am not a " Rent Striker" and my name should not have been on the Plaintiffs list you submitted to the court
3) My name or apartment #3G does not seem to appear on the the KHGF Escrow Account list provided by your Exhibits
4) I pay my rent directly to the landlord and I do not have any unpaid balance or any other type of arrieriers.

For your convenience and to verify the facts above I am attaching a copy of the most recent Rent Slip from my landlord. And I respectfully request you to remove my name from the Plaintiffs List and confirm it at your earliest convenience.

Sincerely
Joseph Vattakkaven

7018 0360 0001 4551 1161

Tri-Hill Management LLC
P.O. Box G
New York, NY 10159

(646) 485-0910
www.trihill.com

Please address billing disputes and written inquiries to 230 West 107 Street, LLC, P.O. Box G, New York, NY 10159. For other questions, call (646) 485-0910.

**STATEMENT AS OF JUNE 2**

**TOTAL AMOUN**

**$965.9**

PAY THIS BILL ONLI
https://trihill.appfolio.com/co

1oz - #10 - Q11682 - 2524 - 5491
JOSEPH VATTAKKAVEN
230 W 107TH ST APT 3G
NEW YORK NY  10025-3043

| CURRENT & UPCOMING CHARGES | | AMOUNT | BALA |
|---|---|---|---|
| 01 JUL  RENT | JULY 2022 - MONTHLY RENT | $965.96 | $96 |

Please detach this portion and mail it with your payment

---

**PAYMENT DETAILS**

Joseph Vattakkaven
Account # 2SH

**MAIL PAYMENT TO**

230 West 107 Street, LLC - 0000
P.O Box 67076
Newark, NJ 07101

**MAKE CHECKS PAYA**

230 West 107 Street
Property

**TOTAL AMOU**

**$965.9**

PAY THIS BILL ON
https://trihill.appfolio.com/co

0000  00006D  000000000000002SH VATTAKKAVEN0 09659b

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

In re:

   203 W 107 Street LLC, *et al.*,[1]

                        Debtors.

------------------------------------------------------------ x

203 W 107 Street LLC, *et al.*,

                        Plaintiffs

v.

Kellner Herlihy Getty & Friedman LLP, Julia Quintana, Jeffrey Dobbs, John O'Grady, Teresa Richards, Jhona Huntington, Avra Matsoukas, Philip Feil, Kelly Irwin, Hana Marritz, Leslie Goff, Katherine Marcus, Irma Laguerre, Uday Dhar, Barbra Friedland, Josiah Gluck, Suzzan Craig, Susan Graham, Ronald Saleh, Wilawn Saleh, Barbra Swing, George Rubey, Joshua Raskin, Karen Elizabeth Dugan Raskin, Nancy Lange, Kathryn Frey, Jim Rush, Nora Valencia, Patricia Tompkins, Boylston Tompkins, Anna Smith, Amanda Levine, Andrew Goltz, Carole Rosen, Francis Potash, George Schirmann, Angela Pistilli, Diane Zinn, Beverley Shenkman, Douglas Bellito, Marlaine Wade, Gerard Caraccioli, Kelly Burchill, Joseph Vattakkaven, Marie Grace, David Johnston, Danilo Costa, Peter Wargo, Margaret Wargo, Jill Cooper, Rena Miller Devenza, Sally Wilfert, Roger Howell, Daniel Leaf, Erica Ackerberg, Robert Bird, Howard Stoodard, Margaret Daly, Jose Alfonso, Luz Laureano, Alyssa Goodpaster, Kathryn Goodpaster, Hira Ismail, Mark Mravic, Kidest Fikremariam, Ron Peralta, Molly Russo, Nobuhiro Arai, Joanna Barrett, Ann Gollin, Skye Morgan, Arthur Noguera, Francis Allarey, Mark Setlock, Kira Arnold, John DeFrance, Joyce

                        Chapter 11
                        Case No. 20-12960 (LGB)
                        Jointly Administered

                        Adv. Proc. No. 22-_____ (___)

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429), 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).