**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| 203 W 107 STREET LLC, *et al.*,[1] | ) Case No. 20-12960 (LGB) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING OF DEBTORS' FIFTH QUARTERLY STATEMENT REGARDING PAYMENTS MADE TO ORDINARY COURSE PROFESSIONALS FOR SERVICES PROVIDED DURING THE PERIOD OF MAY 1, 2022 THROUGH JULY 31, 2022**

PLESE TAKE NOTICE that, pursuant to paragraph 3(f) of the *Order Authorizing the Retention and Compensation of Certain Professionals Utilized in the Ordinary Course of Business* [ECF No. 73], the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby submit this report attached hereto as Exhibit A which contains the following information: (i) the name of the professionals utilized in the ordinary course of the Debtors' business (each, an "OCP"); (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that OCP during the period from May 1, 2022 through July 31, 2022 (the "Fee Period"); (iii) all postpetition payments made to that OCP to date; and (iv) a general description of the services rendered by that OCP during the Fee Period.

Dated: August 4, 2022
New York, New York

/s/ *Mark Frankel*
Mark Frankel
Backenroth Frankel & Krinsky LLP
800 Third Avenue, 11th Floor
New York, NY 10022
(212) 593-1100
Email:  mfrankel@bfklaw.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  203 W 107 Street LLC (8429), 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

# **EXHIBIT A**

OCP QUARTERLY STATEMENT FOR SERVICES PROVIDED DURING THE PERIOD
MAY 1, 2022 THROUGH JULY 31, 2022

| OCP Name | Total Compensation Paid to the OCP During the Fee Period | Total Compensation Paid to the OCP to Date | General Description of Services Provided by the OCP |
|---|---|---|---|
| Todd Rothenberg, Esq. *See* ECF No. 75 | $0 | $2,512.50 | Legal services provided to the Debtors in connection with non-payment proceedings against certain tenants. |
| Horing Welikson Rosen & Digrugilliers P.C. *See* ECF No. 81 | $7,743.40 | $12,257.36 | Legal services provided to the Debtors in connection with non-payment proceedings against certain tenants. |
| Borah, Goldstein, Altschuler, Nahins & Goidel, P.C. *See* ECF No. 86 | $0 | $16,829.60 | Legal services provided to the Debtors in connection with non-payment proceedings against certain tenants. |
| Azoulay Weiss LLP. *See* ECF No. 107 | $0 | $6,714.17 | Legal services provided to the Debtors in connection with non-payment proceedings against certain tenants. |
| Schwartz Sladkus Reich Greenberg Atlas LLP.  *See* ECF Nos. 147 & 154. | $0 | $0 | Legal services provided to the Debtors in connection with a tenant's death so that such tenant's apartment may be turned over to the Debtors. |

| | | | |
|---|---|---|---|
| Podell, Schwartz, Schechter & Banfield LLP. *See* ECF No. 164 | $0 | $0 | Review and correction of New York City Real estate property tax assessments. |