Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York  10022
(212) 593-1100
*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

In re                                                                                         Chapter 11

    203 W 107 Street LLC, *et al*,[1]                              Case No.  20-12960 (LGB)
                                                                              Jointly Administered

                            Debtors.

---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

      PLEASE TAKE NOTICE, that the motion for reconsideration [Dkt. Nos. 194-195] scheduled to be heard in the above-captioned cases on September 22, 2022 has been adjourned to September 29, 2022 at 3:00 p.m.

      PLEASE TAKE FURTHER NOTICE, that all attorneys appearing before the Court must register for the Hearing through the Electronic Appearance Portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by no later than 4:00 p.m. one business day before the Hearing. Failure to register by the specified deadline will result in the party not being admitted to the Hearing. The Court will circulate the Zoom link to such persons by email after 4:00 pm one business day before the Hearing. Parties are strictly forbidden from circulating or sharing the Zoom link.

Dated:  New York, New York
           August 11, 2022

                                                                      BACKENROTH FRANKEL & KRINSKY, LLP

                                         By:    <u>s/ Mark Frankel</u>
                                                   800 Third Avenue
                                                   New York, New York  10022
                                                   (212) 593-1100

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).