**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 20-12960 (LGB)<br><br>(Jointly Administered) |
| 203 W 107 STREET LLC, *et al.*,[1] | | |
| Debtors. | | |

### ORDER AUTHORIZING THE DEBTORS TO ENTER INTO CERTAIN LICENSE AGREEMENTS AND GRANTING RELATED RELIEF

Upon the motion [ECF No. 217] (the "Motion")[2] of the Debtors requesting entry of an order, pursuant to sections 105 and 363 of title 11 of the United States Code (the "Bankruptcy Code"), rule 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 6006-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), authorizing the Debtors to enter into two license agreements (the "License Agreements"), substantially in the form attached to the Motion as Exhibits B and C, with RCG Tower Group I, LLC (the "Licensee"), under which the Licensee shall, among other things, install and operate rooftop communication sites at the Licensed Properties and granting related relief; and upon no objections to the Motion having been filed on the Court's electronic case filing system; and the Court having considered the Motion and determined the relief requested therein is in the best interests of the Debtors' Estates; and after due deliberation and good cause appearing therefor, it is hereby:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429), 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

[2] Capitalized terms used but not otherwise defined in this Final Order shall have the meanings ascribed to such terms in the Motion.

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that, pursuant to Bankruptcy Code section 363(b)(1), the Licensors are hereby authorized, but not directed, to enter into the License Agreements attached to the Motion as Exhibits B and C; and it is further

**ORDERED** that the Debtors are authorized an empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or implementation of this Order.

Dated: September 16th, 2022　　　　　　　**/s/ Lisa G. Beckerman**
New York, New York　　　　　　　　　　　The Honorable Lisa G. Beckerman