Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Third Avenue, Floor 11
New York, New York 10022
(212) 593-1100

*Counsel for the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| 203 W 107 Street LLC, *et al*,[1] | Case No. 20-12960 (LGB) |
| | Jointly Administered |
| Debtors. | |

---------------------------------------------------------x

## NOTICE OF ADJOURNMENT

PLEASE TAKE NOTICE, that hearing on confirmation of the Debtors' Chapter 11 plan has been adjourned to November 2, 2022 at 10:00 a.m. The hearing will be conducted telephonically through www.court-solutions.com.

Dated: New York, New York
       September 22, 2022

                                        BACKENROTH FRANKEL & KRINSKY, LLP

                                By:     s/ Mark Frankel
                                        800 Third Avenue
                                        New York, New York 10022
                                        (212) 593-1100

---

1 The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).