**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| 203 W 107 STREET LLC, *et al.*,[1] | ) Case No. 20-12960 (LGB) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE
DEBTORS'MOTION FOR AN ORDER APPROVING THE SETTLEMENT OF CLAIM
NO. 8-1 FILED AGAINST DEBTOR 215 EAST 117 LLC AND THE NON-PAYMENT
PROCEEDING COMMENCED BY DEBTOR 215 EAST 117 LLC
<u>AGAINST THE SETTING TENANT</u>**

Upon the motion (the "Motion") [ECF No. 236] of the debtors and debtors-in-possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") for entry of an order pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 and 9077-1 of the Local Rules of the Bankruptcy Court for the Southern District of New York (the "Local Rules") shortening the notice required to be provided with respect to the hearing scheduled on October 31, 2022 to consider approval of the *Debtors' Motion for an Order Approving the Settlement of Claim No. 8-1 Filed Against Debtor 215 East 117 LLC and the Non-Payment Proceeding Commenced by Debtor 215 East 117 LLC Against the Settling Tenant* (the "Settlement Motion"),[2] filed contemporaneously with the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the Amended Standing Order of Reference M-431,

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows:  203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

[2] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Settlement Motion.

dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion and after due deliberation determined that the legal and factual basis set forth in the Motion establish good and sufficient cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, creditors and all parties in interest; now, therefore, it is hereby:

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that that twenty-one day notice period otherwise applicable to consider approval of the Settlement Motion is hereby shortened to 11 days so as to allow the hearing to consider the relief requested in the Settlement Motion to take place on October 31, 2022 at 10:00 a.m. (prevailing Eastern Time); and it is further

**ORDERED** that objections to the Settlement Motion must be filed on the Court's electronic case filing system on or before October 26, 2022 at 4:00 p.m. (prevailing Eastern Time) and served on: (i) counsel to the Debtors, Backenroth Frankel & Krinsky LLP, 800 Third Avenue, 11th Floor, New York, NY 10022 (Attn: Mark Frankel, mfrankel@bfklaw.com); (i) counsel to the Settling Tenant, Manhattan Legal Services of New York City, 1 West 125th Street, 2nd Floor, New York, NY 10027 (Attn: Matthew Latterner, mlatterner@lsnyc.com); and (iii) the United States Trustee, 201 Varick Street, New York, NY 10014 (Attn: Paul Schwartzberg, paul.schwartzberg@usdoj.com); provided that the Debtors reserve their right to file a reply to any objection by no later than October 28, 2022 at 4:00 p.m. (prevailing Eastern Time); and it is further

**ORDERED** that the notice procedures set forth in the Motion are good and sufficient notice to satisfy Bankruptcy Rules 2002(a), 6006, 6007, and 9014 by providing the counterparties with notice and an opportunity to object and be heard at the hearing; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation, interpretation or enforcement of this Order.

Dated: October 21, 2022             _____/s/ Lisa G. Beckerman_____
New York, NY             **HON. LISA G. BECKERMAN**
            **UNITED STATES BANKRUPTCY JUDGE**