UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>203 W 107 Street LLC | CASE NO: 20-12960<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 11/14/2022, I did cause a copy of the following documents, described below,

DIP Finance Motion

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/14/2022

/s/ Mark Frankel
Mark Frankel

Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022
212 593 1100
mfrankel@bfklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

203 W 107 Street LLC

CASE NO: 20-12960

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 11/14/2022, a copy of the following documents, described below,

DIP Finance Motion

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/14/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 3rd Ave. Fl 11
New York, NY  10022

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL AT THE LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12960-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-47-33 EST 2020

ANA VARELA
203 W 107TH STREET
7C
NEW YORK NY 10025-3025

BARBARA SWING
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

EXECUTIVE ENGINEERING PC
7000 BAY PARKWAY
SUITE F
BROOKLYN NY 11204-5509

IRMA LAGUERRE
203 W 107TH STREET
6B
NEW YORK NY 10025-3024

JOSEPH FRIENDLY
203 W 107TH STREET
8A
NEW YORK NY 10025-3025

KATHERINE MARCUS
203 W 107TH STREET
6A
NEW YORK NY 10025-3024

LENS APPLIANCE INC
8025 7TH AVENUE
BROOKLYN NY 11228-2803

NYC DEPARTMENT OF HOUSING
PRESERVATION AND DEVELOPMENT
100 GOLD STREET
NEW YORK NY 10038-1605

203 W 107TH STREET LLC
PO BOX 967
NEW YORK NY 10272-0967

AVRA MATSOUKAS
203 W 107TH STREET
3B
NEW YORK NY 10025-3022

CITY WIDE EXTERMINATING
PO BOX 2018
DOYLESTOWN PA 18901-0610

GOLDBERG AND WEINBERGER LLP
11312 US 15501 NORTH
SUITE 107-141
CHAPEL HILL NC 27517-6375

JEFF DOBBS
203 W 107TH STREET
2A
NEW YORK NY 10025-3067

JUDITH GREENTREE
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

KELLY IRWIN
203 W 107TH STREET
4C
NEW YORK NY 10025-3023

LESLIE GOFF
203 W 107TH STREET
5B
NEW YORK NY 10025-3023

NYC DEPT OF ENVIRONMENTAL PROTECTION
5917 JUNCTION BLVD
13TH FLOOR
ELMHURST NY 11373-5108

ALISON SCHWARTZ
203 W 107TH STREET
8B
NEW YORK NY 10025-3025

BARBARA FRIEDLAND
203 W 107TH STREET
7A
NEW YORK NY 10025-3024

COUNTY OIL COMPANY INC
65 SOUTH 11TH STREET
STE 1E
BROOKLYN NY 11249-7003

HANA MARRITZ
203 W 107TH STREET
5A
NEW YORK NY 10025-3023

JOHN OGRADY
203 W 107TH STREET
2B
NEW YORK NY 10025-3022

JULIA QUINTANA
203 W 107TH STREET
1C
NEW YORK NY 10025-3067

KOLBERG BUILDING CONSULTANTS LLC
101 BERRY STREET
APARTMENT 3
BROOKLYN NY 11249-2939

MPG CONSULTING INC
50 RUTLEDGE STREET
SUITE 504
BROOKLYN NY 11249-7812

NATIONAL FIRE EXTINGUISHER CO INC
97 SHEFFIELD AVE
BROOKLYN NY 11207-2410

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL AT THE LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NEW YORK WATER MANAGEMENT
2 UNIVERSITY PLAZA SUITE 600
HACKENSACK NJ 07601-6224

RONALD SALEH
203 W 107TH STREET
9B
NEW YORK NY 10025-3026

SUZZAN CRAIG
203 W 107TH STREET
7B
NEW YORK NY 10025-3025

UDAY DHAR
203 W 107TH STREET
6C
NEW YORK NY 10025-3024

UNITED STATES OF AMERICA
CO US ATTORNEY
86 CHAMBERS STREET
NEW YORK NY 10007-1825

WILLIAM DAHGLIAN
203 W 107TH STREET
8C
NEW YORK NY 10025-3025

220 W 107TH STREET LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

ANNA SMITH
210 W 107TH STREET
6E
NEW YORK NY 10025-3097

CAROL HESSLER
210 W 107TH STREET
2D
NEW YORK NY 10025-8346

PAOLA CUEVAS
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

STATE OF NEW YORK
ATTORNEY GENERALS OFFICE
120 BROADWAY
NEW YORK NY 10271-0002

TERESA RICHARDS
203 W 107TH STREET
2C
NEW YORK NY 10025-3022

ULTIMATE BOILER TREATMENTS
674 BROADWAY
CEDARHURST NY 11516-2620

VCORP SERVICES
5 ROBERT PITT DR 204
MONSEY NY 10952

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12961-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

ALEKSANDRA MELNIK
210 W 107TH STREET
4F
NEW YORK NY 10025-3087

BROOKE FAIRBANKS
210 W 107TH STREET
2A
NEW YORK NY 10025-8346

CHARLOTTE LEDOUX
210 W 107TH STREET
6C
NEW YORK NY 10025-3097

PHILIP FEIL
203 W 107TH STREET
1D
NEW YORK NY 10025-3067

SUSAN GRAHAM
203 W 107TH STREET
9A
NEW YORK NY 10025-3026

TODD ROTHENBERG ESQ
271 NORTH AVE SUITE 115
NEW ROCHELLE NY 10801-5109

UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET ROOM 1006
NEW YORK NY 10014-7016

VERIZON
PO BOX 1100
ALBANY NY 12212-1100

210 W 107TH STREET LLC
PO BOX 967
NEW YORK NY 10272-0967

ALISON MIRYLEES
210 W 107TH STREET
3F
NEW YORK NY 10025-8347

CARLY STERN
210 W 107TH STREET
6 I
NEW YORK NY 10025-8349

CHARTER COMMUNICATIONS
210 W 107TH STREET
NEW YORK NY 10025-3005

PARTIES DESIGNATED (INCLUDING OWNERS) NOT DESIGNATED WITH A FIELD CODE ... WILL RECEIVE NOTICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" ... WILL RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CHRISTOPHER CARR
210 W 107TH STREET
4H
NEW YORK NY 10025-3087

COINMACH CORP LAUNDRY
210 W 107TH STREET
NEW YORK NY 10025-3005

EMILY FIGUEROA
210 W 107TH STREET
1C
NEW YORK NY 10025-3007

JIM RUSH
210 W 107TH STREET
4 I
NEW YORK NY 10025-3087

JOSH RASKIN
210 W 107TH STREET
2 I
NEW YORK NY 10025-3073

KARIN KOERS REZI REZI
210 W 107TH STREET
4E
NEW YORK NY 10025-3087

LAURA VARGAS
210 W 107TH STREET
2C
NEW YORK NY 10025-8346

MARGARITA PALAEZ
210 W 107TH STREET
3B
NEW YORK NY 10025-3073

MICHELLE CARR
210 W 107TH STREET
5F
NEW YORK NY 10025-8348

CITYLIGHT ENERGY INC
325 BROADWAY SUITE 402
NEW YORK NY 10007-3665

COUNTY OIL COMPANY INC
65 S 11TH STREET
BROOKLYN NY 11249-7000

HELEN GONZALEZ
210 W 107TH STREET
3D
NEW YORK NY 10025-3073

JIN SOO LIM REZI REZI
210 W 107TH STREET
3G
NEW YORK NY 10025-8347

JUAN DIAZ
210 W 107TH STREET
2E
NEW YORK NY 10025-8346

KATHRYN FREY
210 W 107TH STREET
3H
NEW YORK NY 10025-8347

LUIS CAMARENA
210 W 107TH STREET
3C
NEW YORK NY 10025-3073

MARIO FERRER
210 W 107TH STREET
5G
NEW YORK NY 10025-8348

NANCY LANGE
210 W 107TH STREET
1F
NEW YORK NY 10025-3007

CLAUDE BUSSIERES
210 W 107TH STREET
5E
NEW YORK NY 10025-8348

DOUGLAS BOEHME
210 W 107TH STREET
6C
NEW YORK NY 10025-3097

JIAGENG GUO
210 W 107TH STREET
5H
NEW YORK NY 10025-3097

JOHN HERR
210 W 107TH STREET
1B
NEW YORK NY 10025-3007

JUDY CASTRO
210 W 107TH STREET
2B
NEW YORK NY 10025-8346

KUCKER MARINO WINIARSKY BITTENS LLP
747 3RD AVE
NEW YORK NY 10017-2803

MPG CONSULTING INC
50 RUTLEDGE STREET 504
BROOKLYN NY 11249-7812

MAX COHEN
210 W 107TH STREET
1H
NEW YORK NY 10025-3007

NICHOLAS TOLLIVER
210 W 107TH STREET
6F
NEW YORK NY 10025-8349

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL (SEE NODE 2 ABOVE FOR ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NOEMIE GUILHEM
210 W 107TH STREET
3A
NEW YORK NY 10025-3073

RAKESH KUMAR
210 W 107TH STREET
6D
NEW YORK NY 10025-3097

ROGER HOWELL
210 W 107TH STREET
1A
NEW YORK NY 10025-3007

TIFFANY CHENG
210 W 107TH STREET
4G
NEW YORK NY 10025-3087

VCORP SERVICES
25 ROBERT PITT DR 204
MONSEY NY 10952-3366

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12963-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

230 W 107TH STREET LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

ANGELA PISTILLI
220 W 107TH STREET
5D
NEW YORK NY 10025-3036

BENJAMIN GENART
220 W 107TH STREET
2F
NEW YORK NY 10025-3031

NORA VALENCIA
210 W 107TH STREET
5D
NEW YORK NY 10025-8348

RICHARD LANOIX
210 W 107TH STREET
4D
NEW YORK NY 10025-3087

ROSE ARENAS
210 W 107TH STREET
5A
NEW YORK NY 10025-8348

TIRSO PEREZ
210 W 107TH STREET
1E
NEW YORK NY 10025-3007

XIN ZHAO
210 W 107TH STREET
6G
NEW YORK NY 10025-8349

220 W 107TH STREET LLC
PO BOX 967
NEW YORK NY 10272-0967

AMANDA LEVINE
220 W 107TH STREET
2 I
NEW YORK NY 10025-3078

ANN GOLLIN
220 W 107TH STREET
5F
NEW YORK NY 10025-3036

CAROL ROSEN
220 W 107TH STREET
3B
NEW YORK NY 10025-3032

PATRICIA TOMPKINS
210 W 107TH STREET
5 I
NEW YORK NY 10025-3097

ROBERTA REARDON
210 W 107TH STREET
4C
NEW YORK NY 10025-3087

SUPERIOR MAINTENANCE
162 SPENCER STREET
BROOKLYN NY 11205-3929

TONGYUAN LU
210 W 107TH STREET
3E
NEW YORK NY 10025-8347

XINGDA LI
210 W 107TH STREET
2F
NEW YORK NY 10025-8346

DEBTOR
203 W 107TH STREET LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

ANDREW GOLTZ
220 W 107TH STREET
3A
NEW YORK NY 10025-3078

AVIAD SUSMAN
220 W 107TH STREET
6F
NEW YORK NY 10025-3037

CHI FENG
220 W 107TH STREET
4D
NEW YORK NY 10025-3034

PARTIES DESIGNATED WITH A '+' INCLUDED IN NOTICE ARE SUBJECT TO FILING AS LISTED IN THE ATTACHED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CITYLIGHT ENERGY INC
325 BROADWAY SUITE 402
NEW YORK NY 10007-3665

CORRECT TEMP
268 HAMPSTEAD ST
METHUEN MA 01844-1250

DIANE ZINN
220 W 107TH STREET
6H
NEW YORK NY 10025-3068

FOREST BROOK ELECTRICAL CONTRACTORS INC
2217 AVENUE X
BROOKLYN NY 11235-2507

HOWARD KAYE
220 W 107TH STREET
1D
NEW YORK NY 10025-3029

JESSICA BALBONI
220 W 107TH STREET
6A
NEW YORK NY 10025-3093

KIDEST FIKREMARIAM
220 W 107TH STREET
3H
NEW YORK NY 10025-3033

LINXUAN SHI
220 W 107TH STREET
2J
NEW YORK NY 10025-3078

MARK MRAVIC
220 W 107TH STREET
2B
NEW YORK NY 10025-3031

CLAIRE LESPERANCE
220 W 107TH STREET
5G
NEW YORK NY 10025-3093

CUI CAN
220 W 107TH STREET
3E
NEW YORK NY 10025-3032

ERIKA ROBLES
220 W 107TH STREET
1E
NEW YORK NY 10025-3029

FRANCIS POTASH
220 W 107TH STREET
4E
NEW YORK NY 10025-3034

JC SECURITY SYSTEMS
PO BOX 383
BRONX NY 10459-0383

JOANNA BARRETT
220 W 107TH STREET
4J
NEW YORK NY 10025-3035

KYU CHAN KWAK
220 W 107TH STREET
1H
NEW YORK NY 10025-3030

MACKENZIE HEATH
220 W 107TH STREET
4C
NEW YORK NY 10025-3034

MIAO YU
220 W 107TH STREET
4G
NEW YORK NY 10025-3035

COINMACH CORP
220 W 107TH STREET
NEW YORK NY 10025-3028

DANIEL LEAF
220 W 107TH STREET
2C
NEW YORK NY 10025-3031

EVA SCHULMAN
220 W 107TH STREET
2A
NEW YORK NY 10025-3030

GEORGE SCHIRMANN
220 W 107TH STREET
4 I
NEW YORK NY 10025-3035

JASMINE WILLIAMSON
220 W 107TH STREET
2G
NEW YORK NY 10025-3078

JULIA GLICK
220 W 107TH STREET
3F
NEW YORK NY 10025-3032

LILLY RECHT
220 W 107TH STREET
3 I
NEW YORK NY 10025-3033

MARGARET DALY
220 W 107TH STREET
5H
NEW YORK NY 10025-3093

MICHELLE FITZPATRICK
220 W 107TH STREET
4H
NEW YORK NY 10025-3035

PARTIES DESIGNATED FOR ELECTRONIC NOTICE INCLUDED HEREIN ARE NOT SERVED A HARD COPY VIA FIRST CLASS MAIL. SUCH PARTIES ARE LISTED ABOVE WITH
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PO BOX 11863
NEWARK NJ 07101-8163

PHILIP ANDERSON
220 W 107TH STREET
6J
NEW YORK NY 10025-3068

ROBERT MICHAEL BIRD
220 W 107TH STREET
5E
NEW YORK NY 10025-3036

SAMUEL VINCENT GREENE
220 W 107TH STREET
5A
NEW YORK NY 10025-3035

SOLOMON ROSENZWEIG PE PC
1465 EAST 16TH STREET
BROOKLYN NY 11230-6607

UMBRELLA LOCKSMITH
1306 2ND AVENUE
NEW YORK NY 10065-5733

YALIN SHI
220 W 107TH STREET
3J
NEW YORK NY 10025-3033

YIXIAN ZHANG
220 W 107TH STREET
5J
NEW YORK NY 10025-3093

230 W 107TH STREET LLC
PO BOX 967
NEW YORK NY 10272-0967

NOBUHIRO ARAZ
220 W 107TH STREET
4A
NEW YORK NY 10025-3033

ROBERT COWAN
220 W 107TH STREET
6E
NEW YORK NY 10025-3037

ROLANDO ALVAREZ
220 W 107TH STREET
4F
NEW YORK NY 10025-3034

SHAKTI RHYS
220 W 107TH STREET
2C
NEW YORK NY 10025-3031

STREET ROD WELDING BOLLER REPAIR
170 BRISTOL ST
BROOKLYN NY 11212-5669

WILLIAM COLON
853 MACY PLACE
2G
BRONX NY 10455-1885

YARDI SYSTEMS INC
430 S FAIRVIEW AVENUE
GOLETA CA 93117-3637

YUNTING SHI
220 W 107TH STREET
6C
NEW YORK NY 10025-3037

210 W 107 STREET LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

NUNEZ RENOVATIONS LLC
55 WEST 129TH STREET
APT GA
NEW YORK NY 10027-2271

ROBERT JOHANSEN
220 W 107TH STREET
2E
NEW YORK NY 10025-3031

RON CURRIE
220 W 107TH STREET
1A
NEW YORK NY 10025-3029

SIYU ZHOU
220 W 107TH STREET
2D
NEW YORK NY 10025-3031

THE LAW FIRM OF CANDACE C CARPONTER
31 SMITH STREET
2ND FLOOR
BROOKLYN NY 11201-5148

XIYU LI
220 W 107TH STREET
2H
NEW YORK NY 10025-3078

CANADA

CANADA
YARDI SYSTEMS INC
970 LAWRENCE AVENUE WEST
SUITE 304
TORONTO ON M6A 3B6 CANADA

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12964-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

ADITYA MAKOL
230 W 107TH STREET
5H
NEW YORK NY 10025-3048

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL AT THE ADDRESSES LISTED. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SENT AN ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ALEC LEVINSON
230 W 107TH STREET
3C
NEW YORK NY 10025-3042

BROOKE ELBY
230 W 107TH STREET
2 I
NEW YORK NY 10025-3042

BIG APPLE ELEVATOR INDUSTRIES
PO BOX 1337
NEW YORK NY 10156-1337

CARROLL MACADAM
230 W 107TH STREET
3I
NEW YORK NY 10025-3044

COINMATCH CORP
CSC SERVICEWORKS
303 SUNNYSIDE BLVD.
SUITE 70
PLAINVIEW NY 11803

DONG WANG
230 W 107TH STREET
6K
NEW YORK NY 10025-8330

ELMAX BUILDERS SUPPLY CO
1624 WEBSTER AVE
BRONX NY 10457-8016

EXCELLENT BOILER SERVICE INC
1050 53RD STREET
BROOKLYN NY 11219-4018

HORING WELIKSON & ROSEN P.C
11 HILLSIDE AVENUE
WILLISTON PARK NY 11596-2303

ARTHUR NOGUERA
230 W 107TH STREET
1H
NEW YORK NY 10025-3040

BEVERLEY SHENKMAN
230 W 107TH STREET
1E
NEW YORK NY 10025-3039

BINAIFER NOWROJEE
230 W 107TH STREET
4E
NEW YORK NY 10025-3045

CHANDELLE WRONG
230 W 107TH STREET
2F
NEW YORK NY 10025-3041

CON EDISON
ORANGE AND ROCKLAND UTILITIES
390 WEST ROUTE 59
ATT ACCOUNTS PAYABLE
SPRING VALLEY NY 10977-5320

DOUGLAS BELLITTO
230 W 107TH STREET
2 B
NEW YORK NY 10025-3040

EMILY TSUI
230 W 107TH STREET
3F
NEW YORK NY 10025-3043

GERARD CARACCIOLI
230 W 107TH STREET
2E
NEW YORK NY 10025-3041

IRENE SOBOCINSKI
230 W 107TH STREET
5B
NEW YORK NY 10025-3047

ARTHUR SOUFFRONT
230 W 107TH STREET
1F
NEW YORK NY 10025-3039

BIG APPLE ELEVATOR INDUSTRIES
3521 9TH STREET
ASTORIA NY 11106-5103

BLACK DIAMOND TRUCKING CORPORATION
3740 97TH STREET
CORONA NY 11368-1737

CHARTER COMMUNICATIONS
12405 POWERSCOURT DR
ST. LOUIS MO 63131-3674

DAVID JOHNSTON
230 W 107TH STREET
4K
NEW YORK NY 10025-3047

DOUGLAS LORING
230 W 107TH STREET
4H
NEW YORK NY 10025-3045

EOGHAN HARTLEY
230 W 107TH STREET
3D
NEW YORK NY 10025-3043

HOMELAND SURVEILLANCE INVESTIGATIONS
715 EAST 7TH STREET
BROOKLYN NY 11218-5904

JC SECURITY SYSTEMS
PO BOX 383
BRONX NY 10459-0383

PARTIES DES... ...CLUDED... ...NOT... ...FILED... ...FI... ...MAIL... ...ADD...
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE... ...LECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JACOB KUHN
230 W 107TH STREET
5A
NEW YORK NY 10025-3047

JOEL GABRE
230 W 107TH STREET
5I
NEW YORK NY 10025-3048

LENS APPLIANCE INC
8025 7TH AVENUE
BROOKLYN NY 11228-2803

MANIORPEDICOM INC
230 W 107TH STREET
1A
NEW YORK NY 10025-3039

RASHED AL QUDAH
230 W 107TH STREET
1B
NEW YORK NY 10025-3039

SALLY WILFERT
230 W 107TH STREET
2 I
NEW YORK NY 10025-3042

SRILEKHA SRIDHAR
230 W 107TH STREET
3H
NEW YORK NY 10025-3043

230 W 107TH STREET
6A
NEW YORK NY 10025-3069

YIJING REN
230 W 107TH STREET
3A
NEW YORK NY 10025-3042

JIANI FU
230 W 107TH STREET
1J
NEW YORK NY 10025-3040

JOHN DENKOWSKI
230 W 107TH STREET
2H
NEW YORK NY 10025-3041

LI
230 WEST 107TH STREET
NEW YORK NY 10025-3038

MILLENNIUM ENTERPRISES LLC
1122 ROBERTSON BLVD
2
LOS ANGELES CA 90035-1462

RAVEENA PHICHITSINGH
230 W 107TH STREET
5D
NEW YORK NY 10025-3048

SICHENG FENG
230 W 107TH STREET
6C
NEW YORK NY 10025-3069

SUDCHAI BOONMEE
230 W 107TH STREET
5J
NEW YORK NY 10025-3069

WILLIAMS
230 WEST 107TH STREET
NEW YORK NY 10025-3038

YONIS MOSCOSO
231 ECHO PLACE
BRONX NY 10457-5378

JILL COOPER
230 W 107TH STREET
6B
NEW YORK NY 10025-3069

JOSE ALFONSO
230 W 107TH STREET
1D
NEW YORK NY 10025-3039

LOANCORE CAPITAL CREDIT REIT LLC
CO LOANCORE CAPITAL
55 RAILROAD AVE
SUITE 100
GREENWICH CT 06830-6378

POWER GREEN COMPACTORS INC
2400 90TH PLACE
EAST ELMHURST NY 11369-1113

RENA MILLER DEVEZA
230 W 107TH STREET
6F
NEW YORK NY 10025-3077

SIDNEY STERN
230 W 107TH STREET
4B
NEW YORK NY 10025-3044

TONY CANDELA
230 W 107TH STREET
6 I
NEW YORK NY 10025-3077

YIFENG YANG
230 W 107TH STREET
6J
NEW YORK NY 10025-8330

YOUR VANITY REALTY LLC
224 WEST 30TH ST
UNIT 805
NEW YORK NY 10001-0897

PARTIES DESIGNATED WITH A '-' INCLUDED IN, NOT MATCHED TO, OR FILTERED OUT OF THE DEBTOR'S LIST OF ADDRESSES
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12965-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN
TUE DEC 29 12-49-16 EST 2020

ALEXA HEDGE
124136 EAST 117TH STREET
4G
NEW YORK NY 10035

ANA ACEVEDO
124136 EAST 117TH STREET
3P
NEW YORK NY 10035

ANNETTE AREIZAGA
124136 EAST 117TH STREET
2K
NEW YORK NY 10035

COMPASIT CORPORATION
PO BOX 360375
BROOKLYN NY 11236-0375

CARRIE ROBINSON
124136 EAST 117TH STREET
6G
NEW YORK NY 10035

CHARTER COMMUNICATION
124136 EAST 117TH STREET
NEW YORK NY 10035-4616

DAVID MCCAA
124136 EAST 117TH STREET
1N
NEW YORK NY 10035

EDONIS HASANI
124136 EAST 117TH STREET
5P
NEW YORK NY 10035

124 136 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ALONZO JOHNSON
124136 EAST 117TH STREET
2B
NEW YORK NY 10035

ANGELICA VIELMA
124136 EAST 117TH STREET
2P
NEW YORK NY 10035

BARBARA LOPES
124136 EAST 117TH STREET
6H
NEW YORK NY 10035

CAMERON NIES
124136 EAST 117TH STREET
6P
NEW YORK NY 10035

CATHY STEPHENS
124136 EAST 117TH STREET
2D
NEW YORK NY 10035

CHRISTIAN CRAVEN
124136 EAST 117TH STREET
5K
NEW YORK NY 10035

DAWN WELLS
124136 EAST 117TH STREET
6C
NEW YORK NY 10035

EDUARDO DICKSON
124136 EAST 117TH STREET
1B
NEW YORK NY 10035

ALEJANDRO ROJAS
124136 EAST 117TH STREET
6L
NEW YORK NY 10035

ALVIN IRBY
124136 EAST 117TH STREET
4D
NEW YORK NY 10035

ANNA ARCE
124136 EAST 117TH STREET
2E
NEW YORK NY 10035

BRANDON DERRY
124136 EAST 117TH STREET
2C
NEW YORK NY 10035

CAROLYN LINDSAY
124136 EAST 117TH STREET
6F
NEW YORK NY 10035

CEDRIC GREEN
124136 EAST 117TH STREET
3K
NEW YORK NY 10035

DANYLUZ NELSON
124136 EAST 117TH STREET
2L
NEW YORK NY 10035

DENISE RIVERA
124136 EAST 117TH STREET
5B
NEW YORK NY 10035

EMILY SHOUP
124136 EAST 117TH STREET
2N
NEW YORK NY 10035

PARTIES DESIGNATED FOR ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ESTELLE GOMEZ
124136 EAST 117TH STREET
3H
NEW YORK NY 10035

INSPARISK LLC
1810 WHITESTONE EXPRESSWAY 3RD FLOOR
WHITESTONE NY 11357-3056

JAQWAN WRIGHT
124136 EAST 117TH STREET
1H
NEW YORK NY 10035

JENNIFER ALEGUN
124136 EAST 117TH STREET
6D
NEW YORK NY 10035

JULIO HERNANDEZ
124136 EAST 117TH STREET
3D
NEW YORK NY 10035

LONNIE DENNARD
124136 EAST 117TH STREET
5G
NEW YORK NY 10035

LUIS URIOSTE
124136 EAST 117TH STREET
5L
NEW YORK NY 10035

MARK DAVY
124136 EAST 117TH STREET
5C
NEW YORK NY 10035

MICHELLE SMITH
124136 EAST 117TH STREET
2B
NEW YORK NY 10035

GLORIA LOPEZ
124136 EAST 117TH STREET
5N
NEW YORK NY 10035

ISCI HUSEYIN
124136 EAST 117TH STREET
3J
NEW YORK NY 10035

JASMINE HOOPER
124136 EAST 117TH STREET
5E
NEW YORK NY 10035

JESSIE BROWN
124136 EAST 117TH STREET
2J
NEW YORK NY 10035

KELSEY NUSBAUM
124136 EAST 117TH STREET
3L
NEW YORK NY 10035

LOUISA JOHNSON
124136 EAST 117TH STREET
6J
NEW YORK NY 10035

LUISA LOPEZ
124136 EAST 117TH STREET
3B
NEW YORK NY 10035

MICHAEL COMEE
124136 EAST 117TH STREET
6E
NEW YORK NY 10035

MOLLIE ROHRBAUGH
124136 EAST 117TH STREET
4K
NEW YORK NY 10035

HEATHER TATRO
124136 EAST 117TH STREET
2F
NEW YORK NY 10035

JAMES BRAGG
124136 EAST 117TH STREET
4J
NEW YORK NY 10035

JENNA DANNEBERGER
124136 EAST 117TH STREET
4B
NEW YORK NY 10035

JOSE SACA
124136 EAST 117TH STREET
3N
NEW YORK NY 10035

KRISTINA MENDEZ
124136 EAST 117TH STREET
5J
NEW YORK NY 10035

LUIS CANAFE
124136 EAST 117TH STREET
4P
NEW YORK NY 10035

MARC NEWBERGER
3515 HENRY HUDSON PKWY
BRONX NY 10463-1326

MICHELLE ABELL JACOOB
124136 EAST 117TH STREET
6B
NEW YORK NY 10035

NELSON RODRIGUEZ
124136 EAST 117TH STREET
6N
NEW YORK NY 10035

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL AT THE LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

PETER MONTANEZ
124136 EAST 117TH STREET
1F
NEW YORK NY 10035

RANIER ALFONSO ACOSTA
124136 EAST 117TH STREET
1K
NEW YORK NY 10035

ROBERT MARQUEZ
124136 EAST 117TH STREET
2H
NEW YORK NY 10035

SAMANTHA DAVIS
124136 EAST 117TH STREET
4H
NEW YORK NY 10035

TARGET EXTERMINATING INC
7911 69TH DRIVE
MIDDLE VILLAGE NY 11379-2904

VALERIE GREENE
124136 EAST 117TH STREET
3C
NEW YORK NY 10035

ADELAIDO GARCIA
215 EAST 117TH STREET
3
NEW YORK NY 10035-4818

BASH ART CHOUDHRY
215 EAST 117TH STREET
7
NEW YORK NY 10035-4839

CHRISTINA GOLSON
215 EAST 117TH STREET
4
NEW YORK NY 10035-4818

PEYTON SHAFFER
124136 EAST 117TH STREET
4C
NEW YORK NY 10035

RHONDA REID
124136 EAST 117TH STREET
5F
NEW YORK NY 10035

ROCHELLE JACKSON
124136 EAST 117TH STREET
1A
NEW YORK NY 10035

SEBASTIEN VERPILE
124136 EAST 117TH STREET
1C
NEW YORK NY 10035

THE JEWISH BOARD OF FAMILY SERVICES
124136 EAST 117TH STREET
1E
NEW YORK NY 10035

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12967-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

ALEXA KONJA
215 EAST 117TH STREET
9
NEW YORK NY 10035-4839

CARMEN ROSARIO
215 EAST 117TH STREET
15
NEW YORK NY 10035-4817

DEP NYC DEPT ENVIRONMENTAL PROTECTION
5917 JUNCTION BOULEVARD
LEGAL DEPARTMENT
ELMHURST NY 11373-5108

POLINA KORCHAGINA
124136 EAST 117TH STREET
1L
NEW YORK NY 10035

ROBERT LAIRD
124136 EAST 117TH STREET
4E
NEW YORK NY 10035

ROSALIDA VARGAS
124136 EAST 117TH STREET
5H
NEW YORK NY 10035

SUZANNAH WOODWARD
124136 EAST 117TH STREET
4L
NEW YORK NY 10035

ULIANA LOPATINA
124136 EAST 117TH STREET
4F
NEW YORK NY 10035

215 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ALEXANDRA QUINTIN BELL
215 EAST 117TH STREET
14
NEW YORK NY 10035-4817

CHARTER COMMUNICATIONS
215 EAST 117TH STREET
NEW YORK NY 10035-4804

DAVID PONTILLO
215 EAST 117TH STREET
24
NEW YORK NY 10035-4819

PARTIES DESIGNATED ... INCLUDED ... NOT ... FILED ... FIELD ... PARTIES WITH A PREFERRED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ELEODORO PRUDENTE
215 EAST 117TH STREET
29
NEW YORK NY 10035-4806

GELACIO REYES
215 EAST 117TH STREET
5
NEW YORK NY 10035-4818

JACK BEBINGER
215 EAST 117TH STREET
21
NEW YORK NY 10035-4825

MAGDALENA RODRIGUEZ
215 EAST 117TH STREET
2
NEW YORK NY 10035-4818

MBAYANG DIALLO
215 EAST 117TH STREET
16
NEW YORK NY 10035-4817

RACHEL JOHNSTON
215 EAST 117TH STREET
19
NEW YORK NY 10035-4825

TIMOTHY MORALES STEFANY ROJAS
215 EAST 117TH STREET
8
NEW YORK NY 10035-4839

231 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

BILAN STRIBLING
231 EAST 117TH STREET
6D
NEW YORK NY 10035-4849

FELIPE RAMIREZ
215 EAST 117TH STREET
1
NEW YORK NY 10035-4818

GELACIO REYES
215 EAST 117TH STREET
5
NEW YORK NY 10035-4818

JANEE PITT
215 EAST 117TH STREET
12
NEW YORK NY 10035-4817

MARGARET MONAHAN
215 EAST 117TH STREET
25
NEW YORK NY 10035-4819

NATASHA MUNIZ NEDRA JOHNSON
215 EAST 117TH STREET
6
NEW YORK NY 10035-4839

SUPER
215 EAST 117TH STREET
10
NEW YORK NY 10035-4839

TYLER RODRIGUES
215 EAST 117TH STREET
26
NEW YORK NY 10035-4819

AMBER NORTH
231 EAST 117TH STREET
2D
NEW YORK NY 10035-4849

CHARTER COMMUNICATIONS
231 EAST 117TH STREET
NEW YORK NY 10035-4848

FIDEL ORTEGA
215 EAST 117TH STREET
17
NEW YORK NY 10035-4817

GLAUBER ROCHA
215 EAST 117TH STREET
27
NEW YORK NY 10035-4819

LOANCORE CAPITAL CREDIT REIT LLC
CO ARNOLD PORTER
250 WEST 55TH STREET
NEW YORK NY 10019-9710

MAXIMINO LOPEZARCELIA VIVAR
215 EAST 117TH STREET
30
NEW YORK NY 10035-4806

PRANITA BALUSU
215 EAST 117TH STREET
11
NEW YORK NY 10035-4817

SELVY CLEMONS
215 EAST 117TH STREET
23
NEW YORK NY 10035-4825

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12968-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

AUGUSTINA RAMIRO REYES
231 EAST 117TH STREET
4D
NEW YORK NY 10035-4849

CONSTANTINO PACHECO
231 EAST 117TH STREET
4B
NEW YORK NY 10035-4853

PARTIES DESIGNATED INCLUDING OWNER NOT ON FILE WILL RECEIVE SERVICE AT THE LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVE ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DIONICIO GARCIA CANO FLORENCIA AGUILAR
231 EAST 117TH STREET
1B
NEW YORK NY 10035-4852

ENRIQUE DELAMONICA
231 EAST 117TH STREET
5B
NEW YORK NY 10035-4853

GOLDBERG AND WEINBERGER LLP
11312 US 15501 NORTH
SUITE 107-141
CHAPEL HILL NC 27517-6375

IRENE ORONA
231 EAST 117TH STREET
5F
NEW YORK NY 10035-4851

JULIA TANNER
231 EAST 117TH STREET
3C
NEW YORK NY 10035-4854

MANON BUDZYK
231 EAST 117TH STREET
4F
NEW YORK NY 10035-4851

NATHAN TULI
231 EAST 117TH STREET
2F
NEW YORK NY 10035-4851

PEDRO GARCIA
231 EAST 117TH STREET
1C
NEW YORK NY 10035-4853

TARIK ZAHR
231 EAST 117TH STREET
1F
NEW YORK NY 10035-4851

EDUARDO ORTIZ FRANCO
231 EAST 117TH STREET
3B
NEW YORK NY 10035-4853

GENESIS VILLAFANEREBECCA MONTERO
231 EAST 117TH STREET
1E
NEW YORK NY 10035-4850

GUILLERMINA REYES
231 EAST 117TH STREET
4A
NEW YORK NY 10035-4852

JACQUELINE FLORES
231 EAST 117TH STREET
2B
NEW YORK NY 10035-4853

KATHY IZKOVICH
231 EAST 117TH STREET
6F
NEW YORK NY 10035-4851

MARIA BLANCAS
231 EAST 117TH STREET
4C
NEW YORK NY 10035-4854

OLGA PINA
231 EAST 117TH STREET
3D
NEW YORK NY 10035-4849

RACHEL MOSLEY
231 EAST 117TH STREET
1A
NEW YORK NY 10035-4852

THOMAS UCCIFERRI
231 EAST 117TH STREET
5C
NEW YORK NY 10035-4854

EMILIO GUZMAN
231 EAST 117TH STREET
2A
NEW YORK NY 10035-4852

GILBERT NEGRON
231 EAST 117TH STREET
6B
NEW YORK NY 10035-4853

HANNAH MORRISON
231 EAST 117TH STREET
4E
NEW YORK NY 10035-4850

JASON WIMBERLY
231 EAST 117TH STREET
5D
NEW YORK NY 10035-4849

LEVENT YILDIZ
231 EAST 117TH STREET
6E
NEW YORK NY 10035-4850

MARIE MIRANDA
231 EAST 117TH STREET
1B
NEW YORK NY 10035-4852

PABLO OBANDO
231 EAST 117TH STREET
1D
NEW YORK NY 10035-4849

ROSA CALDERON
231 EAST 117TH STREET
5A
NEW YORK NY 10035-4852

VICTOR VEGA
231 EAST 117TH STREET
3E
NEW YORK NY 10035-4850

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA FIRST CLASS MAIL AT THE ADDRESS LISTED. THOSE PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

YOLANDA PROCTOR
231 EAST 117TH STREET
2C
NEW YORK NY 10035-4854

235 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ARISTEO BASURTO GONZALEZ
235 EAST 117TH STREET
6C
NEW YORK NY 10035-4836

COURTNEY ATKINSON
2631 SCHURZ AVENUE
APT 3
BRONX NY 10465-3198

ELHADJI KANE
235 EAST 117TH STREET
A
NEW YORK NY 10035-4826

HARRISON NEUHAUS
235 EAST 117TH STREET
2B
NEW YORK NY 10035-4835

ISHA SANTOS
235 EAST 117TH STREET
5D
NEW YORK NY 10035-4859

JUAN VASQUEZ
235 EAST 117TH STREET
2C
NEW YORK NY 10035-4835

LUXURHAIR COLLECTION LLC
235 EAST 117TH STREET
ST1
NEW YORK NY 10035-4826

ZACHARY MOHNEY
231 EAST 117TH STREET
3A
NEW YORK NY 10035-4852

A GOLDNER INC
1067 ALLERTON AVE
BRONX NY 10469-4419

CANDIDO COLON
235 EAST 117TH STREET
5B
NEW YORK NY 10035-4803

DAVID MORILLO
235 EAST 117TH STREET
4E
NEW YORK NY 10035-4803

FERNANDO DIAZ
235 EAST 117TH STREET
4C
NEW YORK NY 10035-4828

INDAR RAMNAUTH
235 EAST 117TH STREET
6B
NEW YORK NY 10035-4859

JEFFREY MUSILLO
235 EAST 117TH STREET
2F
NEW YORK NY 10035-4827

KASSIN SABBAGH REALTY
1385 BROADWAY 22ND FLOOR
NEW YORK NY 10018-6022

MALVIN GENAO SUPER
235 EAST 117TH STREET
6F
NEW YORK NY 10035-4836

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12969-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

ALBERT MARTINEZ
235 EAST 117TH STREET
3E
NEW YORK NY 10035-4827

CARMELINA SANTORO
235 EAST 117TH STREET
3C
NEW YORK NY 10035-4827

ELBA DOMINGUEZ
235 EAST 117TH STREET
4D
NEW YORK NY 10035-4828

FLORENCIA MERINO
235 EAST 117TH STREET
6D
NEW YORK NY 10035-4836

ISAAC KASSIRER
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

JONATHAN JURCEV
235 EAST 117TH STREET
5E
NEW YORK NY 10035-4859

KEWA LUO
235 EAST 117TH STREET
3D
NEW YORK NY 10035-4827

MARITZA RIVERA
235 EAST 117TH STREET
5C
NEW YORK NY 10035-4803

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED (SEE EXHIBIT 1 FILED UNDER SEAL FOR ALTERNATE ADDRESSES)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MICHAEL SILVESTRI
235 EAST 117TH STREET
6A
NEW YORK NY 10035-4859

RAUL ANTONIO RENTERIA
235 EAST 117TH STREET
1A
NEW YORK NY 10035-4835

ROOMORS
255 DEER PARK AVE
BABYLON NY 11702-2834

STEPHANIE MOHORN
235 EAST 117TH STREET
1B
NEW YORK NY 10035-4835

VACANT
235 EAST 117TH STREET
2D
NEW YORK NY 10035-4835

VACANT
235 EAST 117TH STREET
4A
NEW YORK NY 10035-4828

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12970-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

AB FIRE EXTINGUISHER
PO BOX 230581
BROOKLYN NY 11223-0581

BRANDON CROOKS
244 EAST 117TH STREET
2A
NEW YORK NY 10035-4840

NAOMI HAYES
235 EAST 117TH STREET
3F
NEW YORK NY 10035-4828

RICHARD DEVITT
235 EAST 117TH STREET
2E
NEW YORK NY 10035-4827

RUBEN RODRIGUEZ
235 EAST 117TH STREET
6E
NEW YORK NY 10035-4836

SUPERIOR APPLIANCE
509 DAHILL RD
BROOKLYN NY 11218-5526

VACANT
235 EAST 117TH STREET
3A
NEW YORK NY 10035-4827

VACANT
235 EAST 117TH STREET
4F
NEW YORK NY 10035-4803

244 EAST 117 LLC
PO BOX 967
NEW YORK NY 10272-0967

ANNA LI
244 EAST 117TH STREET
6E
NEW YORK NY 10035-4867

BUSINESS ELECTRONICS
4051 MURDOCK AVENUE
BRONX NY 10466-2322

NATALIE WILSON
235 EAST 117TH STREET
4B
NEW YORK NY 10035-4828

ROBERT YEALU
235 EAST 117TH STREET
5A
NEW YORK NY 10035-4803

SEYI MATTHEWS
235 EAST 117TH STREET
1C
NEW YORK NY 10035-4835

VACANT
235 EAST 117TH STREET
2A
NEW YORK NY 10035-4835

VACANT
235 EAST 117TH STREET
3B
NEW YORK NY 10035-4827

VACANT
235 EAST 117TH STREET
5F
NEW YORK NY 10035-4859

235 EAST 117 LLC
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

BOUREIMA SOW
244 EAST 117TH STREET
3C
NEW YORK NY 10035-4858

CATHLEEN ROWLEY
244 EAST 117TH STREET
2E
NEW YORK NY 10035-4840

CHARTER COMMUNICATIONS
244 EAST 117TH STREET
ANTENNA
NEW YORK NY 10035-4829

CON EDISON
390 WEST ROUTE 59
SPRING VALLEY NY 10977-5320

DHANEERA WIJESINGHE
244 EAST 117TH STREET
2G
NEW YORK NY 10035-4858

ESTHER SILVERIO
244 EAST 117TH STREET
3F
NEW YORK NY 10035-4831

JOHN ANDERSON
244 EAST 117TH STREET
2B
NEW YORK NY 10035-4840

LARISA KAVALERCHICK
244 EAST 117TH STREET
1B
NEW YORK NY 10035-4838

LUIGI DEGUZMAN
244 EAST 117TH STREET
6B
NEW YORK NY 10035-4866

MELVIN HARRIS
244 EAST 117TH STREET
2C
NEW YORK NY 10035-4840

NICHOLAS MENEFEE
244 EAST 117TH STREET
3A
NEW YORK NY 10035-4858

CHEICKNA SIBI
244 EAST 117TH STREET
4A
NEW YORK NY 10035-4831

DAVENE HUGHES
244 EAST 117TH STREET
5F
NEW YORK NY 10035-4833

DONTE HENDRICKS
244 EAST 117TH STREET
3E
NEW YORK NY 10035-4858

ETHEL WANG
244 EAST 117TH STREET
4F
NEW YORK NY 10035-4832

JULIAN BAILEY
244 EAST 117TH STREET
6A
NEW YORK NY 10035-4866

LISA KARLSTROM
244 EAST 117TH STREET
4D
NEW YORK NY 10035-4831

MODEL
244 EAST 117TH STREET
3G
NEW YORK NY 10035-4831

MICHAEL ROACH
244 EAST 117TH STREET
6F
NEW YORK NY 10035-4867

NYANA DICKERSON
244 EAST 117TH STREET
5A
NEW YORK NY 10035-4832

CHRISTOPHER BARTON
244 EAST 117TH STREET
4C
NEW YORK NY 10035-4831

DERRON MCBRIDE
244 EAST 117TH STREET
4G
NEW YORK NY 10035-4832

ERIKA WESLEY
244 EAST 117TH STREET
5G
NEW YORK NY 10035-4833

FRANK UZCATEGUI
244 EAST 117TH STREET
2D
NEW YORK NY 10035-4840

KATIUSCIA RAMOS
244 EAST 117TH STREET
5B
NEW YORK NY 10035-4832

LOANCORE CAPITAL CREDIT REIT LLC
CO ARNOLD PORTER
250 WEST 55TH STREET
ATTENTION- BEN MINTZ
NEW YORK NY 10019-7639

MARIA JOSE SOSA
244 EAST 117TH STREET
1A
NEW YORK NY 10035-4838

MICHAEL WEINSTEIN
244 EAST 117TH STREET
6C
NEW YORK NY 10035-4866

PAULA D HUGEE
244 EAST 117TH STREET
1C
NEW YORK NY 10035-4838

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL THIS LABEL MATRIX. THE FOLLOWING
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

RAQUEL NERIS
244 EAST 117TH STREET
3B
NEW YORK NY 10035-4858

SANDRA BENBARUK
244 EAST 117TH STREET
6G
NEW YORK NY 10035-4867

WILLIAM LITTLE
244 EAST 117TH STREET
3D
NEW YORK NY 10035-4858

ALEX SCHUMAN
1661 PARK AVENUE
5B
NEW YORK NY 10035

ANGEL ACOSTA
1661 PARK AVENUE
1D
NEW YORK NY 10035

BIZFILINGS
8020 EXCELSIOR DR
SUITE 200
MADISON WI 53717-1998

CECILIA POSSO
1661 PARK AVENUE
4A
NEW YORK NY 10035

DMT PLUMBING HEATING CORP
388 E 198 ST
BRONX NY 10458-3154

EMMA SKEELS
1661 PARK AVENUE
6F
NEW YORK NY 10035

RAY HADNOT
244 EAST 117TH STREET
1E
NEW YORK NY 10035-4838

VERIZON
POB 15124
ALBANY NY 12212-5124

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12972-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

ALL COUNTY SEWER DRAIN INC
7 GREEN FIELD
WARWICK NY 10990-3049

ATTN SVP GM BROADBAND SRVCS TIME WARN
1661 PARK AVENUE
RFANT
NEW YORK NY 10035

CNC PROPERTY MANAGEMENT LLC
1642 58TH STREET
BROOKLYN NY 11204-2117

CHLOE OBACH
1661 PARK AVENUE
5F
NEW YORK NY 10035

DENNIS AVETA
1661 PARK AVENUE
2B
NEW YORK NY 10035

ERICKA MUNOZ
1661 PARK AVENUE
4E
NEW YORK NY 10035

RESHAWN ROGERS
244 EAST 117TH STREET
5E
NEW YORK NY 10035-4833

VOLHA PINESHCHANKA
244 EAST 117TH STREET
4E
NEW YORK NY 10035-4832

1661 PA REALTY LLC
PO BOX 967
NEW YORK NY 10272-0967

AMBER DWYER
1661 PARK AVENUE
6B
NEW YORK NY 10035

AUGUSTIN GONZALEZ
1661 PARK AVENUE
6D
NEW YORK NY 10035

CSC
PO BOX 7410023
CHICAGO IL 60674-5023

CON EDISON
ORANGE AND ROCKLAND UTILITIES
390 WEST ROUTE 59
ATT ACCOUNTS PAYABLE
SPRING VALLEY NY 10977-5320

ELSA CARIDAD
1661 PARK AVENUE
3F
NEW YORK NY 10035

EYBUL KARTAL
1661 PARK AVENUE
1E
NEW YORK NY 10035

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL OR AT THE LISTED EMAIL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

GLENN COLLAKU
1661 PARK AVENUE
6A
NEW YORK NY 10035

JOSE VELEZ
1661 PARK AVENUE
2E
NEW YORK NY 10035

LEONARDO TRAJANO ESPINOZA
1661 PARK AVENUE
5E
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-1
NEW YORK NY 10035

MARCELLA PEREDA
1661 PARK AVENUE
6E
NEW YORK NY 10035

NEW YORK WATER MANAGEMENT
PO BOX 190727
BROOKLYN NY 11219-0727

RAMADAN ABDELGELIL
1661 PARK AVENUE
4B
NEW YORK NY 10035

SANDRA SANTANA
1661 PARK AVENUE
3A
NEW YORK NY 10035

TOPLINE CONSTRUCTION LLC
706 EAST 100TH STREET
BROOKLYN NY 11236-2624

GUILLERMO MEJIA
1661 PARK AVENUE
1A
NEW YORK NY 10035

JUSTIN ACOSTA
116 E 102ST STREET
NEW YORK NY 10029-5751

LETITIA AGEE
1661 PARK AVENUE
2C
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-2
NEW YORK NY 10035

MICHAEL MARINO
1661 PARK AVENUE
4C
NEW YORK NY 10035

NOOKLYNCOM LLC
28 SCOTT AVENUE
SUITE 106
BROOKLYN NY 11237-2478

ROTH CO
1428 36TH STREET SUITE 200
BROOKLYN NY 11218-3765

TEOFILO PRUDENTE
1661 PARK AVENUE
2D
NEW YORK NY 10035

CASE INFO
11LABEL MATRIX FOR LOCAL NOTICING
02081
CASE 20-12973-SCC
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN

IDALIA MORALES
1661 PARK AVENUE
2A
NEW YORK NY 10035

KIVANC KOMESLI
1661 PARK AVENUE
1F
NEW YORK NY 10035

LUCY TELEMACO
1661 PARK AVENUE
4D
NEW YORK NY 10035

MANUEL CUEVAS
1661 PARK AVENUE
ST-3
NEW YORK NY 10035

NATASHA HOHERCHAK
1661 PARK AVENUE
6C
NEW YORK NY 10035

OLIVIA CHACON
1661 PARK AVENUE
2F
NEW YORK NY 10035

S HYMAN PLUMBING SUPPLIES CO
432 CLAREMONT PARKWAY
BRONX NY 10457-8091

TOMACITA ROSALINDA BRAVO
1661 PARK AVENUE
3B
NEW YORK NY 10035

EAST 117 REALTY LLC
PO BOX 967
NEW YORK NY 10272-0967

PARTIES DESIGNATED... INCLUDE... WILL NOT RECEIVE... FILED... PARTIES... LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE"... ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

AL SA AIDI ABDULLAH
316 EAST 117TH STREET
316-08
NEW YORK NY 10035-4908

ALFREDO GARCIA
322 EAST 117TH STREET
322-13
NEW YORK NY 10035-4909

ANNE CHEN JOHNNY CHEN
326 EAST 117TH STREET
326-11
NEW YORK NY 10035-4913

ARCHROCK LLC
PO BOX 967
NEW YORK NY 10272-0967

AUSTIN LIU
316 EAST 117TH STREET
316-09
NEW YORK NY 10035-4908

BELKIN BURDEN WENIG GOLDMAN LLP
270 MADISON AVENUE
5TH FLOOR
NEW YORK NY 10016-0601

CELSO RIVERA
326 EAST 117TH STREET
326-22
NEW YORK NY 10035-4913

CLICK PAY SERVICES LLC
433 HACKENSACK AVENUE
HACKENSACK NJ 07601-6319

A B EC CORP
487 BRONXVILLE ROAD
BRONXVILLE NY 10708-1118

ALEXANDER RODRIGUEZ
316 EAST 117TH STREET
316-01
NEW YORK NY 10035-4908

ALL MAKE APPLIANCE
15 RYANS WAY
JACKSON NJ 08527-2259

ANTHONY RAMIREZ
326 EAST 117TH STREET
326-13
NEW YORK NY 10035-4913

ARIEL SMALLWOOD
326 EAST 117TH STREET
326-12
NEW YORK NY 10035-4913

BACKENROTH FRANKEL KRINSKY
800 THIRD AVENUE
11TH FLOOR
NEW YORK NY 10022-7651

BROOKLYN BROKERAGE CORP
324 TROY AVE
BROOKLYN NY 11213-4649

CITY OF NEW YORK
NYC LAW DEPARTMENT
100 CHURCH ST
NEW YORK NY 10007-2668

CON EDISON
4 IRVING PL
NEW YORK NY 10003-3598

AAA APPLIANCE
PO BOX 207
LAWRENCE NY 11559-0207

ALEXANDRA IDSO
326 EAST 117TH STREET
326-03
NEW YORK NY 10035-4913

ANISEH TALEBI
326 EAST 117TH STREET
326-01
NEW YORK NY 10035-4913

ANTONIA CABRERA
316 EAST 117TH STREET
316-12
NEW YORK NY 10035-4908

ARTURO GONZALEZ
326 EAST 117TH STREET
326-27
NEW YORK NY 10035-4913

BEATRIZ HERNANDEZ
326 EAST 117TH STREET
326-20
NEW YORK NY 10035-4913

CARA KNIGHT
322 EAST 117TH STREET
322-07
NEW YORK NY 10035-4909

CLEMENTINA MIGUEL QUINTERO
326 EAST 117TH STREET
326-06
NEW YORK NY 10035-4913

DMT PLUMBING
388 E 198 ST
BRONX NY 10458-3154

DE XIONG HUANG
316 EAST 117TH STREET
316-03
NEW YORK NY 10035-4908

PARTIES DES...WIS...INCLUD...OWN...NOT IN...D ALL...D FIL...S ...S...D ...D ...D...ADD...
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVIC...R...E...ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ELVIRA CABALLERO
322 EAST 117TH STREET
322-28
NEW YORK NY 10035-4909

ENTECH ENERGY DESIGN CONSULTING
PO BOX 339
LAKEWOOD NJ 08701-0339

ESTEBAN LAURENTINO MARTINEZ
322 EAST 117TH STREET
322-19
NEW YORK NY 10035-4909

GUILLERMINA CARCHI
326 EAST 117TH STREET
326-16
NEW YORK NY 10035-4913

HORING WELIKSON ROSEN DIGRUGILLIERSPC
11 HILLSIDE AVENUE
WILLISTON PARK NY 11596-2303

INEZ VELIZ
322 EAST 117TH STREET
322-12
NEW YORK NY 10035-4909

JORGE CRUZ ROSAS
316 EAST 117TH STREET
316-17
NEW YORK NY 10035-4908

JUAN REYES
326 EAST 117TH STREET
326-17
NEW YORK NY 10035-4913

DELFINO MARTINEZ VILLANO
322 EAST 117TH STREET
322-16
NEW YORK NY 10035-4909

EMILY BORGES
322 EAST 117TH STREET
322-23
NEW YORK NY 10035-4909

ERICKA JOHNSON
326 EAST 117TH STREET
326-24
NEW YORK NY 10035-4913

ESTRELLA CORONA
316 EAST 117TH STREET
316-14
NEW YORK NY 10035-4908

HADZI MILICA LUKOVIC
322 EAST 117TH STREET
322-22
NEW YORK NY 10035-4909

IBRAHAM ENNAW
322 EAST 117TH STREET
322-20
NEW YORK NY 10035-4909

INTERNAL REVENUE SERVICE
CO US ATTORNEY CLAIMS UNIT
ONE SAINT ANDREWS PLAZA RM 417
NEW YORK NY 10007-1701

JOSE ENCALADA
322 EAST 117TH STREET
322-03
NEW YORK NY 10035-4909

KARL SYDNEUS
322 EAST 117TH STREET
322-24
NEW YORK NY 10035-4909

EDGAR GONZAGA
322 EAST 117TH STREET
322-11
NEW YORK NY 10035-4909

ENTECH BOILER CONTROLS
POB 339
LAKEWOOD NJ 08701-0339

ERIN PRYZBYLINSKI
322 EAST 117TH STREET
322-26
NEW YORK NY 10035-4909

FRANCISCA PERALTA
326 EAST 117TH STREET
326-21
NEW YORK NY 10035-4913

HAKEEM SHOOLA
326 EAST 117TH STREET
326-09
NEW YORK NY 10035-4913

IKROM IBROHIMOV
316 EAST 117TH STREET
316-10
NEW YORK NY 10035-4908

IRMA ESPINDOLA
326 EAST 117TH STREET
326-18
NEW YORK NY 10035-4913

JOSE SANCHEZ
322 EAST 117TH STREET
322-25
NEW YORK NY 10035-4909

KHIRY GORDON
326 EAST 117TH STREET
326-26
NEW YORK NY 10035-4913

LINDA FALCO
326 EAST 117TH STREET
326-04
NEW YORK NY 10035-4913

PARTIES DESIGNATED (INCLUDING ANY NOT RECEIVING ELECTRONIC NOTICE AT THEIR LISTED EMAIL ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" WERE SERVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

MARGARITA JULIANA VILLEGAS
326 EAST 117TH STREET
326-1FE
NEW YORK NY 10035-4913

MARIA VICTORIANO CASTANEDA
326 EAST 117TH STREET
326-25
NEW YORK NY 10035-4913

MARIZOL CID ESPINOSA
316 EAST 117TH STREET
316-11
NEW YORK NY 10035-4908

MOON CONSTRUCTION
1014 38TH ST
BROOKLYN NY 11219-1053

NYC DEPT ENVIRONMENTAL PROTECTION
5917 JUNCTION BOULEVARD
LEGAL DEPARTMENT
ELMHURST NY 11373-5108

OFFICE OF THE UNITED STATES TRUSTEE
US FEDERAL OFFICE BUILDING
201 VARICK STREET
SUITE 1006
NEW YORK NY 10014-4811

PDG BUILDING CONSULTANTS LLC
39 BROADWAY
SUITE 1830
NEW YORK NY 10006-3096

REYNA GUERRERO
326 EAST 117TH STREET
326-19
NEW YORK NY 10035-4913

LUIS MALDONADO DOMINGO SANCHEZ
322 EAST 117TH STREET
322-14
NEW YORK NY 10035-4909

MARGIRARITA JULIANA VILLEGAS
326 EAST 117TH STREET
326-1FW
NEW YORK NY 10035-4913

MARIO MIGUEL SALVADOR
316 EAST 117TH STREET
316-02
NEW YORK NY 10035-4908

MATIAS MAZZA
322 EAST 117TH STREET
322-04
NEW YORK NY 10035-4909

MR ISAAC KASSIRER
CO EMERALD EQUITY GROUP LLC
ONE BATTERY PARK PLAZA
SUITE 3100
NEW YORK NY 10004-1402

NYS DEPT OF TAX FINANCE
BANKRUPTCY UNIT
PO BOX 5300
ALBANY NY 12205-0300

ONESIMA ESPINDOLA LORENZO
326 EAST 117TH STREET
326-08
NEW YORK NY 10035-4913

PATRICIA GONZALEZ
322 EAST 117TH STREET
322-10
NEW YORK NY 10035-4909

RODOLFO ESTRELLA
326 EAST 117TH STREET
326-23
NEW YORK NY 10035-4913

M M GLASS LLC
PO BOX 190330
BROOKLYN NY 11219-0330

MARIA GARCIA
316 EAST 117TH STREET
316-07
NEW YORK NY 10035-4908

MARIO ALEJANDREZ
322 EAST 117TH STREET
322-05
NEW YORK NY 10035-4909

MAURO VILLALBA
316 EAST 117TH STREET
316-13
NEW YORK NY 10035-4908

NYC DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK NY 10038-3728

NEKA KNOWLES
322 EAST 117TH STREET
322-15
NEW YORK NY 10035-4909

ORANGE AND ROCKLAND UTILITIES
ATT ACCOUNTS PAYABLE
390 WEST ROUTE 59
SPRING VALLEY NY 10977-5320

RDS WINDOWS CORP
1707 BOSTON RD
SUITE 4A
BRONX NY 10460-4985

ROGELIO MARTINEZ
322 EAST 117TH STREET
322-18
NEW YORK NY 10035-4909

ROWAN WILLIAMS
322 EAST 117TH STREET
322-17
NEW YORK NY 10035-4909

PARTIES DESIGNATED AS INCLUDED BUT NOT CHECKED WILL BE SERVED BY FIRST CLASS MAIL AT THEIR LISTED ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SANDRA JANET TORRES
322 EAST 117TH STREET
322-21
NEW YORK NY 10035-4909

SPECTRUM
PO BOX 11820
NEWARK NJ 07101-8120

TIRZAH EVORA VARELA
326 EAST 117TH STREET
326-14
NEW YORK NY 10035-4913

VIRGILIO SANCHEZ
322 EAST 117TH STREET
322-08
NEW YORK NY 10035-4909

YOLANDA ACEVEDO
316 EAST 117TH STREET
316-04
NEW YORK NY 10035-4908

S HYMAN PLUMBING SUPPLIES CO
432 CLAREMONT PARKWAY
BRONX NY 10457-8091

SERENITY MILLS
322 EAST 117TH STREET
322-01
NEW YORK NY 10035-4909

SUPER PANCHO
322 EAST 117TH STREET
322-02
NEW YORK NY 10035-4909

TRI BORO MOLD REMEDIATION
199 LEE AVENUE
SUITE 842
BROOKLYN NY 11211-8919

VIRGINIA ZAMORA
326 EAST 117TH STREET
326-05
NEW YORK NY 10035-4913

ZENAIDA CANDIDO MALDONADO
316 EAST 117TH STREET
316-06
NEW YORK NY 10035-4908

SANDRA ACEVEDO
316 EAST 117TH STREET
316-05
NEW YORK NY 10035-4908

SONIA MORALES
316 EAST 117TH STREET
316-18
NEW YORK NY 10035-4908

TIME WARNER CABLE
326 EAST 117TH STREET
ROOF
NEW YORK NY 10035-4913

VICTORIA LOPEZ
322 EAST 117TH STREET
322-06
NEW YORK NY 10035-4909

YESICA VILLEGAS
326 EAST 117TH STREET
326-07
NEW YORK NY 10035-4913

MARK A FRANKEL
BACKENROTH FRANKEL KRINSKY LLP
800 THIRD AVENUE
11TH FLOOR
NEW YORK NY 10022-7651