UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
|    203 W 107 Street LLC *et al*,[1] | Case No. 20-12960 |
|               Debtors. | |

------------------------------------------------------------x

## ORDER GRANTING FIRST APPLICATION OF BBG FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the first application (the "Application") of Belkin Burden Goldman LLP ("BBG"), attorneys for the Debtor, for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on June 28, 2023, and after due deliberation, and consideration sufficient cause appearing therefore, it is

ORDERED that the Application be, and it hereby is, granted to the extent set forth in the Schedule annexed hereto, and that Debtors are authorized to pay such amount to BBG less a 10% holdback for a net amount to be paid of $100,959.57.

Dated: July 5, 2023
      New York, New York

                                                                         /s/ Lisa G. Beckerman
                                                       THE HONORABLE LISA G. BECKERMAN
                                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

Case No.: 20-12960

Case Name: *In re: 203 W 107 Street LLC, et. al.*  Schedule A

## INTERIM APPLICATION TOTALS

*For Period Spanning January 1, 2021
through April 30, 2023*

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses Allowed | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Belkin Burden Goldman LLP | May 31, 2023 First Interim Application Docket No. 300 | $112,571.66 | $111,416.66 | $100,274.99 | $100,274.99 | $815.41 | $684.58 | $684.58 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED:    07/05/2023    INITIALS: **LGB** USBJ