UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re                                                    Chapter 11

    203 W 107 Street LLC *et al*,[1]           Case No. 20-12960

                    Debtors.
------------------------------------x

## ORDER GRANTING SECOND APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon the second application (the "Application") of Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for the Debtor, for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on June 28, 2023, and after due deliberation, and consideration sufficient cause appearing therefore, it is

ORDERED that the Application be, and it hereby is, granted to the extent set forth in the Schedule annexed hereto, and that (a) the Debtor is authorized to pay such amount to BFK less a 10% holdback for a net amount to be paid of $120,900, and in addition, and (b) the Debtor is authorized to pay $16,029 representing one half of the 20% holdback from this Court's March 10, 2022 interim compensation order.

Dated: July 5, 2023
      New York, New York

                                    /s/ Lisa G. Beckerman
                              THE HONORABLE LISA G. BECKERMAN
                              UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: 203 W 107 Street LLC (8429); 210 W 107 Street LLC (3364), 220 W 107 Street LLC (0461), 230 W 107 Street LLC (3686), 124-136 East 117 LLC (6631), 215 East 117 LLC (6961), 231 East 117 LLC (0105), 235 East 117 LLC (8762), 244 East 117 LLC (1142), East 117 Realty LLC (1721) and 1661 PA Realty LLC (5280).

Case No.: 20-12960

Case Name: 203 W 107 Street LLC                                                                 Schedule A

## SECOND INTERIM APPLICATION TOTALS
February 3, 2022 through March 7, 2023

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim fees Requested on Application | (4) Interim Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Total Fees to be Paid | (7) Interim Expenses Requested | (8) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | June 2, 2023 Docket No. 298 Interim Application | $141,183.00 | $134,333.00 | $120,900.00 | $136,929.00[2] | -0- | -0- |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Revised September 2011          DATE ON WHICH ORDER WAS SIGNED:     07/05/2023         INITIALS: **LGB** USBJ

---

[2] $16,029 is a portion of the holdback from the first interim application.